UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 1:22-cv-24119

GR OPCO, LLC,

*Plaintiff*,

v.

ELEVEN IP HOLDINGS, LLC
GRASSY CREEK LLC, and
C S IRWIN LLC

*Defendants*.

_____/

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1(a), I, the undersigned counsel of record for GR Opco LLC certify that to the best of my knowledge and belief, GR Opco, LLC is 75% owned by World Class Investors, LLC (Florida) and 25% owned by 11USAGroup, LLC (Florida). Both shareholders are privately held companies; no public corporation owns any shares.

Dated:  December 20, 2022

HUNTON ANDREWS KURTH LLP

By: /s/ *Jaime Zysk Isani*
Jamie Zysk Isani
Florida Bar No. 0728861
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
Email: jisani@huntonAK.com

Jeremy S. Boczko (*pro hac vice motion forthcoming*)
Armin Ghiam (*pro hac vice motion forthcoming*)
200 Park Avenue
New York, NY 10166
Tel.: (212) 309-1000
Fax: (212) 309-1100
Email: jboczko@HuntonAK.com
        aghiam@HuntonAK.com

Erik C. Kane (*pro hac vice motion forthcoming*)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201
Email: ekane@HuntonAK.com

*Counsel for Plaintiff*
*GR Opco, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I caused to be electronically filed on behalf of Plaintiff GR Opco, LLC, the Rule 7.1 Corporate Disclosure Statement with the Court using the CM/ECF system.

By: /s/ *Jamie Zysk Isani*
Jamie Zysk Isani
Florida Bar No. 0728861
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
Email: jisani@huntonAK.com