# EXHIBIT B



# ELEVEN

**Reg. No. 4,180,401**
**Registered July 24, 2012**
**Int. Cls.: 39 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 403
221 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

FOR: ARRANGING AND CONDUCTING SKIING, BACK COUNTRY SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREK EXPEDITIONS; TRAVEL AND EXCURSION ARRANGEMENT; COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND GROUPS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

FOR: SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREK GUIDE SERVICES; ARRANGING AND CONDUCTING LIVE SPORTING ADVENTURES FOR SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREKKING; INSTRUCTION IN THE FIELDS OF SKIING, BACK COUNTRY SKIING, WHITE WATER RAFTING, FISHING, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREKKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-289,102, FILED 4-7-2011.

INGRID C. EULIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



# ELEVEN

**Reg. No. 4,265,159**

**Registered Dec. 25, 2012**

**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 403
221 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

FOR: HOTELS, EXCLUDING RESTAURANT SERVICES; HOTEL SERVICES, NAMELY, PROVIDING LUXURY HOTEL ACCOMMODATIONS, EXCLUDING RESTAURANT SERVICES; RESORT LODGING SERVICES, EXCLUDING RESTAURANT SERVICES; PROVIDING TEMPORARY LODGING SERVICES IN THE NATURE OF A TOURIST HOME, EXCLUDING RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-289,682, FILED 4-7-2011.

DEIRDRE ROBERTSON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,269,438**
**Registered Jan. 1, 2013**
**Int. Cl.: 39**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 403
221 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

FOR: ARRANGING AND CONDUCTING SKIING, BACK COUNTRY SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREK EXPEDITIONS; TRAVEL AND EXCURSION ARRANGEMENT; COORDINATING TRAVEL ARRANGEMENTS FOR INDIVIDUALS AND GROUPS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF A STYLIZED NUMBER "11" WITHIN A DIAMOND SHAPE.

SN 85-458,463, FILED 10-27-2011.

KAREN K. BUSH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online **at** http://www.uspto.gov.



# ELEVEN

**Reg. No. 4,269,487**  
**Registered Jan. 1, 2013**  
**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)  
SUITE 403  
221 NORTH HOGAN STREET  
JACKSONVILLE, FL 32202

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TEMPORARY LODGING; PROVIDING TRAVEL LODGING INFORMATION SERVICES FOR TRAVELERS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-466,721, FILED 11-8-2011.

KAREN K. BUSH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,384,681**  ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)
                        221 NORTH HOGAN STREET, SUITE 403
**Registered Aug. 13, 2013** JACKSONVILLE, FL 32202

**Int. Cl.: 36**        FOR: RENTAL OF HOMES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

                        FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.
**SERVICE MARK**
                        THE MARK CONSISTS OF A STYLIZED NUMBER "11" WITHIN A DIAMOND SHAPE.
**PRINCIPAL REGISTER**
                        SN 85-458,461, FILED 10-27-2011.

                        KAREN K. BUSH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.   If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,384,681

United States of America

United States Patent and Trademark Office



**Reg. No. 4,610,113**  
**Registered Sep. 23, 2014**  
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)  
SUITE 403  
221 NORTH HOGAN STREET  
JACKSONVILLE, FL 32202

FOR: SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREK GUIDE SERVICES; ARRANGING AND CONDUCTING LIVE SPORTING ADVENTURES FOR SKIING, WHITE WATER RAFTING, FISHING, MOUNTAIN, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREKKING; INSTRUCTION IN THE FIELDS OF SKIING, BACK COUNTRY SKIING, WHITE WATER RAFTING, FISHING, MOUNTAINEERING, BIKING, CLIMBING, HIKING AND BACK COUNTRY TREKKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF A STYLIZED NUMBER "11" WITHIN A DIAMOND SHAPE.

SN 85-458,466, FILED 10-27-2011.

KAREN K. BUSH, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



United States of America

United States Patent and Trademark Office

| | |
|---|---|
| **Reg. No. 4,610,119** | ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Sep. 23, 2014** | SUITE 403<br>221 NORTH HOGAN STREET<br>JACKSONVILLE, FL 32202 |
| **Int. Cl.: 43** | |
| | FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKING FOR TEMPORARY LODGING; PROVIDING TRAVEL LODGING INFORMATION SERVICES FOR TRAVELERS, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 11-11-2011; IN COMMERCE 11-11-2011. |
| | THE MARK CONSISTS OF A STYLIZED NUMBER "11" WITHIN A DIAMOND SHAPE. |
| | SN 85-466,719, FILED 11-8-2011. |
| | KAREN K. BUSH, EXAMINING ATTORNEY |



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,621,491**  
**Registered Oct. 14, 2014**  
**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ELEVEN IP HOLDINGS LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 403
221 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

FOR: HOTELS; HOTEL SERVICES, NAMELY, PROVIDING LUXURY HOTEL ACCOMMODATIONS; RESORT LODGING SERVICES; PROVIDING TEMPORARY LODGING SERVICES IN THE NATURE OF A HOME; PUBS; BAR SERVICES; RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-11-2011; IN COMMERCE 11-11-2011.

THE MARK CONSISTS OF A STYLIZED NUMBER "11" WITHIN A DIAMOND SHAPE.

SN 85-458,469, FILED 10-27-2011.

KAREN K. BUSH, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

 *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

 *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
 *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

 You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:**  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.