AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 11USA Group, LLC
1112 North Miami Avenue, Miami FL 33136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2024

s/ C.Quinones
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marc Roberts
1000 S. Pointe Dr.
PH 2
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024

Angela E. Noble
Clerk of Court



s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dennis DeGori
3449 NE 1st Ave.
Apt. L44
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Simkins
5869 Pine Tree Dr.
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024



*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marc Roberts Companies LLC c/o Debra Slifkn
4167 Main Street, Jupiter FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024



s/ C.Quinones
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Property Markets Group, Inc.
398 NE 5th St, 13th Floor, Miami FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024

Angela E. Noble
Clerk of Court

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PMG-11th Street Ventures, LLC
251 Little Falls Drive, Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**


s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| GR OPCO, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:22-cv-24119-FAM-BECERRA |
| ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PMG-11th Street Ventures II, LLC
251 Little Falls Drive, Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024

Angela E. Noble
Clerk of Court

SUMMONS


*s/ C.Quinones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Block 17 Trustees, LLC c/o Lowell Plotkin
398 NE 5th St, 13th Fl, Miami FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 11, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Block 17 Residential Owners, LLC c/o Lowell Plotkin
398 NE 5th St, 13th Fl, Miami FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**


s/ C.Quinones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GR OPCO, LLC <br> *Plaintiff(s)* <br> v. <br> ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC <br> *Defendant(s)* | Civil Action No. 1:22-cv-24119-FAM-BECERRA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lion Development Opportunity Fund, LLC c/o Karen Llera
5080 Biscayne Blvd., Suite A, Miami FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 11, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts