UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 22-24119-CIV-MORENO

GR OPCO, LLC, *et al.*,

    Plaintiff/Counter Defendants,

vs.

ELEVEN IP HOLDINGS, *et al.*,

    Defendants/Counter Plaintiffs.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART PLAINTIFFS / COUNTER DEFENDANTS' MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, Chief United States Magistrate Judge, for a Report and Recommendation on Plaintiff / Counter Defendants' Motion to Dismiss, filed on **April 16, 2024**. The Magistrate Judge filed a Report and Recommendation **(D.E. 194)** on **July 17, 2024**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Chief United States Magistrate Judge Edwin G. Torres' Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that the Motion to Dismiss is denied as to all counts except as to Count 5. Count 5 is dismissed as improperly pled with leave to refile, consistent with Magistrate Torres' Recommendation, no later than **September 27, 2024**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 of September 2024.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Chief United States Magistrate Judge Edwin G. Torres
Counsel of Record