# EXHIBIT A









ELEVEN



LODGES
ADVENTURES
HOMES
ABOUT US
ELEVEN TV
CONTACT US

UNOFFICIAL MISSION: TO HEAR THE WORDS...

## "THAT WAS THE BEST DAY OF MY LIFE."

## WHY ELEVEN?

OFF THE BEATEN PATH

At the root of Eleven's identity is the belief that you shouldn't have to sacrifice the comforts of home in order to experience some of the world's most beautiful landscapes and incredible adventures. Our team has scoured the globe for destinations relatively unknown, with a strong connection to both community and landscape. Even our most off-the-grid properties are custom designed with high-end touches, such as steam showers, saunas, pools, gyms, and fully-stocked bars.

Our collection of hideouts are intimate in size and located in remote and remarkable corners of the world. Available for private, full property buyouts to entirely control your experience, our lodges are ideal venues to focus on outdoor adventure pursuits and escape from the hustle and bustle of daily life. Please visit our COVID-19 Update Page for information on how we are preparing for the health and safety of our guests and team members across our global portfolio of properties.

CUSTOM TAILORED EXPERIENCES

We believe that your trip should be about you. That means that no trip is ever the same. Even before you arrive, our Experience Managers will help plan every detail of your dream itinerary, from travel logistics to dinner menus. Most of our stays are largely all-inclusive — meaning that your professional guides, outdoor activities, most meals, house alcohol, and local transportation are included. Specific offerings vary at each property – please see destination pages for details.

Give us a follow @elevenexperience





## ELEVEN GUIDE TEAM

Our guide team is the core of every Eleven experience. This international group of highly-trained outdoor and adventure specialists is the reason you come back for more. Their mission is to assess your goals and comfort levels and then customize your adventure to provide that "best-day-ever" experience. Our guides' enthusiasm for their local surroundings is infectious. It's what sets Eleven apart from any other company in the industry. If getting after it and being slightly out of your comfort zone sounds exciting, our team will safely lead you through a life-changing adventure.

**BEST DAY EVER POLICY**

Unlike other resorts and guide operations, we don't acknowledge "down days" or "weather days." There are no rain checks. We are always ready to improvise and be creative. If we can't ski, we'll surf. If we can't fish, we'll go mountain biking with a gourmet riverside lunch. You came to have a once-in-a-lifetime experience, and that's what you'll get.

'CAN'T BEGIN TO DESCRIBE HOW FIRED UP I AM RIGHT NOW. EMPTY, GLASSY, PERFECT RIGHT POINT THIS MORNING AND NOW WE'RE SUITING UP TO HOP IN THE HELI TO FILM SKIING. DOES IT GET ANY BETTER?'

— SCOTT GAFFNEY, MSP FILMS AT DEPLAR FARM



## CONSERVATION

The Grassy Creek Foundation, or GCF, is a private family foundation established in 2011 by the founder of Eleven. It was built on the same principles as those underlying all that we do at Eleven: a deep respect for nature and a dedication to environmental conservation and responsible stewardship of natural resources.

These shared principles are visible in the Foundation's programming and grant-making initiatives. Over the years, GCF has supported a diverse roster of organizations, from large nonprofits such as the National Fish and Wildlife Foundation and the North Atlantic Salmon Fund, to more regional and local conservation groups such as the Gasparilla Island Conservation and Improvement Association in Boca Grande, and the Bonefish and Tarpon Trust in the Florida Keys. It is also developing on-the-ground initiatives in locations where Eleven operates, supporting local communities through direct charitable activities such as clean-up efforts and environmental outreach and education.

For more information about GCF and its work, please visit grassycreekfoundation.org.

## JOIN OUR NEWSLETTER

| First Name | Last Name | Email Address |
|---|---|---|

**SUBSCRIBE**

## EXPLORE ELEVEN

### LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Rio Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

### ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

### ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers

## FOLLOW US

reservations@elevenexperience.com

View All Contact Information >

©2022 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap













ELEVEN

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



## ELEVEN BAHAMA HOUSE
### HARBOUR ISLAND, BAHAMAS

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy    **BOOK NOW**



FEATURED ADVENTURE

### BAHAMAS BONEFISHING EXPERIENCE

Enjoy a full- or half-day of saltwater flats fishing for bonefish and other species around Harbour Island and Spanish Wells.

DETAILS

## THE LODGE

### ABOUT THE PROPERTY

Harbour Island has always been a bit of a Caribbean insider's secret. Pink sand beaches, pastel-painted houses draped with colorful bougainvillea, turquoise waters and distinct cultural heritage cast a spell on all who visit.

With just 11 rooms, Bahama House feels more like a stylish friend's beach retreat. A freshwater swimming pool and handcrafted tiki bar make it hard to leave. Luckily, guests don't have to go far to experience local culture. Located in the heart of Dunmore Town, popular restaurants and live music spots, are just minutes away. While the island is known for its laid back pace, Eleven's guides know how to deliver a dose of adventure. Scuba dive or snorkel, cliff jump into a sapphire blue hole, or catch your own dinner on a deep sea fishing excursion. The property has a 35-foot Scorpion RIB Boat and captain, making it easy to explore neighboring islands. No matter how you choose to spend your day, it will always end in true island style as you watch the sunset with a Goombay Smash cocktail in hand.

The health and safety of our guests and employees has always been a priority for us at Eleven. At only three miles long and half a mile wide, Harbour Island is the perfect destination for those who are looking for a secluded island experience far from cities and population centers. For information on steps we are taking to protect the health and safety of our guests and employees, please visit our COVID-19 update.





**DETAILS**

- The 1800 building with two king en suite and one queen en suite bedrooms
- The Annex building with two king en suite and two queen en suite bedrooms
- Two cottages each with two queen en suite bedrooms and a shared lounge space
- Outdoor freshwater pool with adjoining jet tub
- Indoor/outdoor lounge
- Handcrafted on-site rum bar
- Outdoor tiki bar

⬇ Download Brochure

🖼 Property Floor Plan

🖼 Photo Gallery

ⓘ Guestroom Information

🏆 Press & Awards

**LODGE BUYOUT**    **BY ROOM**

**EXPLORE THE LODGE**



**SLEEP**

Guest rooms are old-world yet elegantly modern, decorated in chic plantation style with vintage rattan furniture, four-poster beds, grass cloth wallpaper, and bespoke artwork. Guests also have the added treat of air-conditioning.

**LEARN MORE**

**HANG SPACE**

A New Orleans-style central courtyard features a pool, sunken handcrafted tiki bar, terraces and hidden alcoves shaded by tall palm trees. Inside, common areas are decorated with a mix of Bahamian, Caribbean, and Palm Beach heritage pieces and vintage rattan furniture sourced from Paul Aronson's private bamboo and rattan collection. A rum bar, a staple of any proper Caribbean retreat, is stocked with nearly 40 aged rums.









**ELEVEN**

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



## ELEVEN CEDAR LODGE
**SOUTH ISLAND, NEW ZEALAND**

ARRIVAL: mm/dd/yyyy     DEPARTURE: mm/dd/yyyy     BOOK NOW

# THE LODGE

### ABOUT THE PROPERTY

Tucked in the shadow of the remote peaks of the Southern Alps of New Zealand, Cedar Lodge is a fly fishing and adventure lodge like none other, offering immaculately appointed accommodations well off the beaten path. Fly fishers in the know consider New Zealand the trophy trout capital of the world for good reason. With an illustrious reputation in its own right, and known for large brown and rainbow trout and pristine, gin clear water, Cedar Lodge offers the ultimate opportunity to target trophy trout.   With more than 30 years of heli-fishing experience exclusively in the South Island region, the award-winning Cedar Lodge is considered the South Island's premier fly fishing lodge. Eleven Experience looks forward to years of incredible fly fishing and maintaining the legendary tradition of Cedar Lodge. Perfect for the angler and non-angler alike, Cedar Lodge guests can enjoy intimate tours of New Zealand's most renowned wineries, helicopter assisted hiking, and, of course, world-class helicopter assisted fly fishing led by highly knowledgeable and experienced local guides. Our guided fly fishing and vacation packages are tailored to make you feel at home on the South Island while sight fishing for wild trout on New Zealand's most picturesque and exotic waters.

Cedar Lodge is nestled away, in the rural valley of Makarora, otherwise known as the "timeless land" and considered a special place to the locals. Its stunning and seemingly endless mountains, pristine waters, wildlife and serenity easily captivate anyone who visits. The lodge is easily accessible by car, charter plane via the Makarora airstrip, and helicopter. By placing the entire country on a strict lockdown, New Zealand has been successful in essentially eliminating the virus within its borders. For information on steps we are taking to protect the health and safety of our guests and employees, please visit our COVID-19 Update Page.

### DETAILS

- Four guest suites with king sized beds and en suite bathrooms
  - All rooms have king beds with the ability to split the kings into two twins for double occupancy
- Sublime South Island views from every room
- In room Wi-Fi
- Helicopter fly out angling and heli assisted hiking











**ELEVEN**
LODGES
ADVENTURES
HOMES
ABOUT US
ELEVEN TV
CONTACT US



❄ WINTER          ☀ SUMMER

**ELEVEN CHALET HIBOU**
LE MIROIR, FRANCE

ARRIVAL: [mm/dd/yyyy]    DEPARTURE: [mm/dd/yyyy]    **BOOK NOW**

# THE LODGE

### ABOUT THE PROPERTY

New for this winter, Chalet Hibou will be offering two, different winter experiences. Our unique and unrivaled Heli Skiing Experience in the Alps includes a private, guided heli skiing adventure each day of your stay. The chalet's proximity to the Italian border provides guests access to three heli ski bases, with runs averaging 1,000 to 2,200 vertical meters. Chalet Hibou invites you to start each day at your own private heli ski lodge and be treated to multiple runs and endless powder.

If you're looking to fill your days with a variety of winter adventures, our Winter Experience is a choose-your-own-adventure-style vacation that achieves versatility by offering a multitude of activity options. With the ability to choose between seven world-class ski resorts, you can ski a different resort each day of your stay. Ski touring, ice climbing, snow shoeing, and cross-country skiing are also available. Chalet Hibou is the perfect base for your next winter adventure. After a powder day, recharge with a steam and sauna or relax by the fire in the living room. Then, let our chef introduce you to regional specialties like Raclette and fondue.

Like all properties in the Eleven® portfolio, Chalet Hibou is a remote sanctuary located far from the beaten track. At Eleven, we take the health and safety of our guests and employees very seriously. For more information about our COVID policies please view our COVID-19 updates.

### DETAILS

- Five king bedrooms with en suite bathrooms
- One queen bedroom with en suite bathroom and sitting area
- One bunkroom with an en suite bathroom
- Media room
- Outdoor hot tub
- Sauna and steam room
- The Alpage, a sheep herder's hut-turned- off-piste outpost for buyout guests

⬇ Download Brochure

🖼 Property Floor Plan

📷 Photo Gallery

ⓘ Guestroom Information













# ELEVEN

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



❄ WINTER          ☀ SUMMER

## ELEVEN CHALET PELERIN
**LE MIROIR, FRANCE**

ARRIVAL: mm/dd/yyyy        DEPARTURE: mm/dd/yyyy        **BOOK NOW**

## THE LODGE

### ABOUT THE PROPERTY

New for this season, Chalet Pelerin will now be offering two distinct winter experiences. Our new, bespoke Heli Skiing Experience is unlike any existing heli ski operation in Europe. Sitting at the foot of the Rhone-Alps, Chalet Pelerin's proximity to the Italian border allows guests access to three heli ski bases, with runs averaging 1,000 to 2,200 vertical meters. One part heli ski lodge, one part mountain chalet, our alpine abode will check all of your boxes for the ultimate ski experience. This is the epitome of epic, big mountain skiing in a private group setting. Add in expert guides, exquisite accommodations, down-day activities and unmatched amenities, and you've got a truly one-of-a-kind European adventure.

If heli skiing doesn't fit into your agenda, our Winter Experience is the perfect alternative for guests looking to find the best of winter in the Alps.  This is a choose-your-own-adventure-style vacation with a multitude of activity options included in your stay. Each day, choose between seven world-class ski resorts, including Tignes and Val d'Isère, or explore the area on cross-country skis or snowshoes. If ski-touring is more your style, our IFMGA certified guide team can take you to legendary off-piste runs with steep and deep lines that you can ski straight to the Chalet door. With such a variety of winter activities to choose from, Chalet Pelerin puts guests at the epicenter of alpine adventure.

Chalet Pelerin's setting, nestled in the tiny France mountain hamlet of Le Miroir, immerses guests in the local culture and provides the perfect base to recharge after a powder day. Après in the outdoor hot tub or fireside in the well-appointed, rustic living room, then indulge in regional specialities like fondue and tartiflette.

A word about our COVID protocols:

The health and safety of our guests and employees has always been a top-of-mind priority for our team at Eleven®. For more information on the steps we are taking to protect the health and safety of our guests and employees, please visit our COVID-19 Update page.

### DETAILS

- Four king bedrooms with en suite bathrooms
- One bunkroom with four twin beds and an en suite bathroom















ELEVEN

LODGES
ADVENTURES
HOMES
ABOUT US
ELEVEN TV
CONTACT US

SUMMER     WINTER     HELI SKIING

**ELEVEN DEPLAR FARM**
TROLL PENINSULA, ICELAND

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy    BOOK NOW

## THE LODGE

ABOUT THE PROPERTY

It doesn't get more off-the-grid than the Fljót Valley on the mountainous Troll Peninsula in northern Iceland. Deplar Farm, named one of 2023's "Best Hotels In the World" on Condé Nast Traveler's Gold List, embodies an adventurous spirit fueled by deep connections to extraordinary landscapes. This remote area is a gateway for adventures ranging from skiing to sea kayaking and the perfect location for viewing the Aurora Borealis due to its notable lack of artificial light. Located on a converted sheep farm, Deplar Farm blends into the natural landscape with its black timber cladding and living roof. Floor-to-ceiling windows throughout the property embrace the surrounding peaks and allow for an optimal perspective on the colorful skies dancing outside. Our winter season, from November through mid-March, may be short on sunlight, but days are still packed with adventures, like whale watching in the surrounding fjords, astro-touring the celestial events in our backyard, and fat biking groomed trails around the valley.

Back at the lodge, many guests choose to spend entire days in our spa, hopping from the geothermal-heated indoor/outdoor pool to our Isopod flotation tanks and outdoor Viking sauna. And this time of year, our pool provides front-row seats to view the ghostly Northern Lights.

In Iceland, sheep outnumber humans by more than 2:1. Although this is true, this does not suppress the importance we put on the health and safety of our guests and employees. Deplar Farm is intimate in size and freestanding by design and is designed to get our guests out to explore the abundant and breathtaking landscapes that surround the lodge. For information on the steps we are taking to protect the health and safety of our guests and employees, please visit our COVID-19 Update Page.

DETAILS

- Thirteen en suite bedrooms including:
  - Five king suites with en suite bathrooms
  - Four king suites with en suite bathrooms, queen sleeping lofts and balconies
  - Two queen suites with en suite bathrooms
  - One king suite with an en suite bathroom, lofted lounge and private balcony
  - One bunkroom with four double beds and a double en suite bathroom
- Geothermal indoor/outdoor pool with swim-up bar
- Sauna and steam room
- Indoor and outdoor hot tubs
- Media room
- Premium spa facility featuring two Isopod flotation tanks and three treatment rooms
- Two helipads
- Billiards, foosball and ping pong table
- Custom-made band loft
- Bar and lounge
- Gym and yoga room
- Cold plunge

⬇ Download Brochure

🖼 Property Floor Plan

📷 Photo Gallery

ⓘ Guestroom Information

🏆 Press & Awards







INCLUDED ADVENTURES

WATER SPORTS
SURFING

OUTDOORS
SNOWSHOEING

ELEVEN CYCLING
FAT BIKING

OUTDOORS
HIKING

WINTER AT DEPLAR FARM

BOOK NOW

JOIN OUR NEWSLETTER

First Name

Last Name

Email Address

SUBSCRIBE

EXPLORE ELEVEN

LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Río Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers



FOLLOW US

reservations@elevenexperience.com

View All Contact Information ›

©2022 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap



**ELEVEN**

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



**ELEVEN MARTIN PESCADOR LODGE**
PUERTO CARDENAS & LA JUNTA, CHILE

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy    BOOK NOW

## THE LODGE

### ABOUT THE PROPERTY

Full of nonstop action, endless access, extreme variety, and world-renowned trout, this multi-lodge angling experience is our most unique, and arguably most exciting, fly fishing program. Two strategically located lodges put guests at the heart of an extensive assortment of fisheries, including Río and Lago Yelcho, Río Futaleufú, Río and Lago Rosselot, Río Figueroa, Río Pico, and others that are too numerous to list, while jet boats, rafts, catarafts, and hybrid power drifters deliver never-repeated days. Martín Pescador Lodge was designed to up the ante on anyone's idea of a great day on the water, with a view and a Pisco Sour to top it all off.

The 7-day itinerary begins and ends on a Saturday, with half of the experience based out of Martín Pescador's northernmost lodge, Puerto Cardenas. Set on a beautiful bend of the Río Yelcho, Puerto Cardenas' cozy cabins each include en suite bathrooms, wood burning stoves, and decks with striking views of the pristine water and nearby glaciers. Anglers can depart directly by boat to access the Río Yelcho and Lago Yelcho, with additional proximity to Río Futaleufú.

The other portion of your trip will be experienced from La Junta, another riverfront lodge situated further south that delivers entirely new angling opportunities. This spacious, beautifully crafted lodge blends traditional aesthetics with contemporary architecture and offers immaculate views from wraparound decks. Here you'll enjoy immediate access to Río Rosselot, Río Figueroa and Río Pico, in addition to a myriad of smaller rivers and lakes.

For a truly immersive experience of Patagonia that focuses less on angling, spend a few additional days at Río Palena Lodge, where the finest of accommodations and a well-rounded adventure menu caters to everyone in your group.

### DETAILS

#### Puerto Cardenas

- Five private cabins configured for twin or king beds with en suite bathrooms, wood burning stoves, and outdoor decks
- A Main Lodge, the central gathering space where meals and cocktails are served, with a deck offering stunning glacier and river views

#### La Junta

- Five double rooms configured for twin or king beds with en suite





- Terrace seating on wraparound deck with breathtaking views of the Melimoyu Volcano and neighboring valley farms
- Ample living room with comfortable couches, wood burning stove, and fully stocked bar
- Hot tub
- Outdoor Fire Pit

⬇ Download Brochure

🖼 Photo Gallery

**LODGE BUYOUT**     **BY ROOM**

**SLEEP**

Marked by rustic natural wood and colorful splashes of textured accents, the rooms at Puerto Cardenas and La Junta are as cozy as they are convenient. Along with the sound of rising fish just outside your window, these wood-heated retreats provide breathtaking views of the surrounding wilderness and all of the delightful amenities that guests crave after a long day on the water.

**HANG SPACE**

Puerto Cardenas' main lodge is situated just a short walk from the cabins and welcomes guests to gather and swap fishing stories amidst a dapper space with countless windows. La Junta's wraparound decks entrance guests with views of untouched landscapes, including the Melimoyu Volcano and regional farming land. The large living room rejuvenates guests with inviting couches and signature cocktails in the glow of a wood-burning stove.

**EAT & DRINK**

The cuisine at Martin Pescador Lodge is as highly valued as the fishing. Expect locally grown ingredients from neighboring farms, local butcheries, and our own greenhouses to serve as the foundation of flavorful Chilean and international dishes. The chef's culinary creativity packs a flavorful punch in every bite, from made-to-order



## ANGLING IN CHILE

Martín Pescador Lodge has a well-earned reputation for guiding anglers to a multitude of highly sought-after trout. The seven-day program is split between two distinct lodges, with a seamless midweek transfer day that's handled luggage and all, by our team. The two locations allow you access to two separate watersheds, where your chance to land large rainbows, browns, sea-run browns, and the occasional salmon and brook trout is nonstop, and lifetime catches of 23+ inches are frequently a weekly occurrence. An extensive fleet of boats and vehicles places anglers on Patagonia's most wild, untouched stretches, where casting big streamers, sight-casting to cruising rainbows, and throwing dry flies make for action-packed days. Combine the diversity of water, notorious wild trout, and an angling program that leaves no stretch unexplored, and you've got a truly unique Patagonian angling experience.

## A WEEK IN THE LIFE





## JOIN OUR NEWSLETTER

First Name · | Last Name · | Email Address ·

SUBSCRIBE

## EXPLORE ELEVEN

### LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Rio Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

### ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

### ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers

reservations@elevenexperience.com

## FOLLOW US

View All Contact Information >

©2023 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap



ELEVEN

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



**ELEVEN REVELSTOKE LODGE**
REVELSTOKE, BRITISH COLUMBIA

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy

**BOOK NOW**

## THE LODGE

### ABOUT THE PROPERTY

Adventure enthusiasts, welcome to Eleven Revelstoke Lodge, where the big mountain skiing is as iconic as the small town charm. Whether you've come to heli ski 300,000 acres of powder perfection or explore the local scene around one of North America's most beloved mountain destinations, Eleven's new downtown home base leaves nothing of British Columbia to the imagination.

Eleven Revelstoke Lodge, set just one block off the main street of this quintessential Rocky Mountain mecca, is as cozy as it is convenient. Coincidentally built in 1911, this historic red brick building conceals nine well-appointed suites that welcome you into a timeless, refined atmosphere characterized by the personality of its early 20th-century roots, yet elevated by such comforts as a rooftop hot tub, sauna, and lounge. The Quartermaster Eatery, its acclaimed restaurant and bar, serves up some of town's best bites and beverages, enticing guests with scratch-made concoctions sourced locally and presented artfully.

During the winter season, which runs from December through March, the lodge exclusively operates as a home base for our heli ski program. Guided by long-time heli-ski operation Kingfisher, winter lodge guests will experience an unmatched combination of exceptional guides and extensive access—in what many would call the world's most desirable terrain. Three distinct mountain ranges' worth of powder-filled bowls, old-growth tree runs, and steep chutes define your days, while the region's 60-foot average snowfall distinguishes your runs as nothing short of epic. Always personalized to suit you and your group's experience level, this small-group heli ski experience spans the Central Monashees, the Pinnacles, and the Valhalla Mountains, boasting an unrivaled experience that should top every powder hound's bucket list.

In the summertime, Eleven Revelstoke Lodge swaps snow for singletrack, along with every other trail, river, and lake adventure imaginable. Whether it's rafting, fly fishing, glacier touring, mountain biking, hiking, or rock climbing you're after, expect the area's best local guides to take you to the center of it all. From our downtown lodging and celebrated cuisine, to the endless outdoor adventures led by local experts, Eleven Revelstoke Lodge is the ultimate year-round hub for all things adventure in British Columbia.

Formerly the "Explorer's Society," Eleven Revelstoke Lodge has joined Eleven's global collection of adventure lodges, where guided adventure meets personalized culinary lodging experiences. The Quartermaster



Eatery, the lodge's adjacent restaurant, continues to serve some of Eleven Revelstoke's finest food in the same beloved space.

### DETAILS

- Nine king guest suites with ensuite bathrooms
- Rooftop lounge with fireplace, library, and TV
- Outdoor patio with hot tub, sauna, and shower
- Gear storage room with boot and glove dryer
- Adjacent restaurant with a seasonal, sustainable dinner menu and extensive craft cocktail selection

⬇ Download Brochure

🖼 Photo Gallery

**PRIVATE EXPERIENCE**      **SEMI-PRIVATE EXPERIENCE**



## EXPLORE THE LODGE



### HELI SKIING

Three different zones, a 300,000-acre tenure, and 60 feet of average snowfall—this is heli skiing, turned up to Eleven. British Columbia's reputation as a legendary magnet for powder enthusiasts has reigned since the 1800's, and there's no better way to explore it than with Eleven's partner Kingfisher. Blending the personalization and privacy of small-group sizes and unmatched guide experience in the tenure, this heli ski experience is unlike any other in the area. With a wide variety of mixed-level terrain, our guides will get you to the zones best suited for you, with a chance to experience the phenomena affectionately called the "Monashee trace," when you wake up to find that the forecasted "trace" left more than 50 cm of powder directly on our tenure.

**LEARN MORE**

### SLEEP

Step into our historic hideaway right off main street, where notes of vintage elegance welcome you into a distinctly warm ambiance. Exposed original brick from 1911, modern aesthetics, and locally made accents blend flawlessly

together to deliver an intentional yet simplistic lodging experience. A variety of spacious suites with en suite bathrooms offer guests the privacy you crave after a big day on the mountain, while our largest suite can expand to a 2-room, 2-bath industrial-chic retreat. These cozy accommodations steeped in heritage are twisted with a modern touch, offering a familiar-feeling yet refined atmosphere to rest and recharge between powder days.

LEARN MORE

## HANG SPACE

While many of the suites offer ample room with desks and couches, the third floor lounge is the heart of your hangout. A sleek bar and fireplace are complemented by a corner library nook, handsome work desks, and a snug TV area. This beautifully lit lounge welcomes guests for a morning coffee, a post-ski movie, or an evening fireside cocktail. Just outside on the deck, find a hot tub, dining table, and an assortment of intimate seating spaces arranged to douse you in staggering views of the peaks that frame the skyline. From there, enjoy outdoor access to a swanky shower and sauna, where a well-needed dose of post-ski relaxation awaits.

LEARN MORE

## EAT & DRINK

You don't have to go far to get your fill of wild fish, local greens, and boutique-raised beef. With an eclectic flair of style and an unmistakable tone of legacy, your next-door neighbor the Quartermaster Eatery dishes up some of Revelstoke's most notable cuisine. Think all things local, sustainable, and delicious—like grass-fed Cote de Boeuf, flavor-forward Jalapeño Couscous, and Vanilla Semifreddo drizzled with rotating seasonal coulis. Paired with an extensive selection of wine, spirits, and imaginative cocktails, the dining experience at Eleven Revelstoke Lodge is exquisitely well-rounded.

LEARN MORE









ELEVEN

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US

### ELEVEN RIO PALENA LODGE
PATAGONIA

ARRIVAL: mm/dd/yyyy     DEPARTURE: mm/dd/yyyy     **BOOK NOW**

## THE LODGE

### ABOUT THE PROPERTY

Set in a pristine Andean valley on the banks of the magnificent Rio Palena, Eleven's new Rio Palena Lodge is your ultimate Patagonian adventure retreat. Our newly-remodeled, riverfront oasis features an array of angling and adventure offerings to ensure you experience the best of Patagonia.

Rio Palena Lodge's location in a region famous for large, wild, brown and rainbow trout, is highlighted by the home waters of the Palena; where you can wade or float right out the front door. Add in a myriad of rivers, lakes and streams plus a riverfront outpost on the Rio Futaleufú with and you have the most dynamic fly fishing experience in South America. With adventure offerings like whitewater rafting, mountain biking and hiking, your entire group will have options to explore Patagonia in their own way. If you are here to ski, set out every morning into the Andes knowing that you are among the first to navigate the snow-capped peaks. When you're not exploring, relax in Eleven comfort and style. Rio Palena Lodge features seven en suite bedrooms, each with a stunning river view. Your private chef prepares creative breakfasts each morning, and savory lunches your guide will present riverside each afternoon.

On your return, kick-back on the deck overlooking the tranquil river while sipping a fine Chilean wine or Pisco Sour. Or unwind with a soak or steam in the wood-fired hot tubs and sauna. For dinner? Enjoy artistic presentations of fine beef, homemade pastas, grilled salmon, and locally-grown produce in the cozy dining room, or indulge in a special Chilean asado, a traditional barbecue paired with fine wines.

Located in a largely uninhabited region of Chilean Patagonia, Rio Palena Lodge is an intimate property with only seven guest rooms. Guests traveling to Rio Palena Lodge have the option to fly private to Palena Airfield or to Chaiten where commercial flights are also available. For information on steps we are taking to protect the health and safety of our guests and employees, please visit our COVID-19 Update Page.

### DETAILS

- Seven guest suites with en suite bathrooms suited for either double and single occupancy
- Suitable for anglers and adventurers of all ability levels
- Wood-fired sauna and two wood-fired hot tubs



- Fully-outfitted with all fly fishing gear, NRS rafts for float fishing, Hyde Power Drifter jet boats, Badfish SUPs, Trek full suspension mountain bikes, 4×4 overland campers and 4×4 SUVs for guest transport.
- Trips include daily guided fishing or adventure activities.

↧ Download Brochure

▦ Property Floor Plan

📷 Photo Gallery

ⓘ Guestroom Information

🏆 Press & Awards

[LODGE BUYOUT]  [BY ROOM]



## WATCH OUR 3-PART VIDEO SERIES: "DISCOVER THE WILD WITHIN"



**PART I: THE POWER OF PLACE**

Join us on an exhilarating journey into the limitless expanses of Patagonia.



**PART II: THE HEART OF ADVENTURE**

You've never adventured like this before. Experience a day in the life at Rio Palena Lodge.



**PART III: THE ART OF THE ASADO**

Steeped in tradition, the Asado is the epitome of Patagonia's storied character.



### RIO PALENA LODGE

Perched a stone's throw from its namesake river, Rio Palena Lodge is an oasis of laid-back comfort concealing over-the-top amenities. Chef-prepared creations for breakfast, lunch, après, and dinner will appease your appetite, while the native stone fireplaces and outdoor lounges beckon groups to gather and celebrate each day. Factor in the wood-fired hot tubs and sauna awaiting nearby to transport anglers and adventurers to a blissful Patagonian reverie and you have the full Eleven experience.





### ANGLING

Just thinking of Patagonia can stir your blood, and it should top every fly angler's bucket list. The river systems are vast, and the season is the ideal complement to the Northern Hemisphere, creating a year-round trout season. The browns and rainbows are similar to the fish found in the Rockies, but on steroids—wild, strong, powerful fish. Our professional guides know every river, stream, and lake in the region, and they will put you on the water fishing best at the time of your trip.

### ADVENTURE

Lose yourself in adventure at our Patagonian home. Revel in the full Eleven experience of adventure offerings, with customized itineraries for your group. Whether hiking on a remote glacier or dormant volcano, or rafting or standup paddleboarding on a world-class river, you'll know few have come before you. Mountain biking and hiking through the jungle are also on the menu at Rio Palena Lodge. Better come hungry.

### HELI SKIING

Explore Patagonia with our professional Eleven Skiing guides as we establish a new frontier in South American heli-skiing. First descents await in every direction, and everyone from hard chargers to laid-back cruisers will find their new favorite lines. Rio Palena Lodge is favorably located in a remote region of Patagonia with incredible, un-tapped heli-ski zones surrounding the lodge. With nearly endless terrain, our guide and experience management teams can customize the perfect itinerary to appease your ultimate alpine objectives.

## A WEEK IN THE LIFE



EXPLORE AT RIO PALENA LODGE

BOOK NOW

JOIN OUR NEWSLETTER

First Name | Last Name | Email Address

SUBSCRIBE





**ELEVEN**

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



❄ WINTER    ☀ SUMMER

**ELEVEN SCARP RIDGE LODGE**
CRESTED BUTTE, COLORADO

ARRIVAL: `mm/dd/yyyy`    DEPARTURE: `mm/dd/yyyy`    **BOOK NOW**

## THE LODGE

ABOUT THE PROPERTY

Eleven®'s flagship property, Scarp Ridge Lodge, delivers a rare combination of an authentic mountain town setting alongside some of the world's most exclusive skiing.

Located in the heart of Crested Butte, dubbed Colorado's last great ski town for its historic charm and soulful spirit, Scarp Ridge Lodge feels like a European ski chalet with Rocky Mountain style. The former Croatian saloon still has its Wild West facade, but the interiors have been transformed with reclaimed iron from the old mills in town and generous amenities, like an indoor saltwater pool and oxygen-enriched air system.

Each morning a custom-designed snowcat will be waiting at the front door to whisk guests to 1,000+ acres of exclusive ski terrain in nearby Irwin. The area receives an average of 450 inches of snow per year and its cold-smoke powder is legendary. Our guides know where to find the deepest powder runs and wide open alpine bowls. Two on-mountain cabins, outfitted with fireplaces, dining areas and seating spaces provide guests with a comfy place to warm up, recharge, and kick off après. Back at the lodge, a steamy rooftop hot tub is the perfect setting to relive the day's highlights.

The health of our team members and guests have always been top of mind. For continuous updates on steps we are taking to protect the health and safety of our guests and employees, please visit our Colorado COVID-19 Update Page.

DETAILS

- Five king rooms with en suite bathrooms and a children's bunkroom with seven bunks and a connecting nanny room
- Indoor saltwater pool
- Steam room and sauna
- Indoor and outdoor hot tubs
- Gym equipped with elliptical machine and pilates reformer
- Media room
- Oxygen enriched air system
- Individual lockers for gear storage
- Personalized in-room retail bar
- Peloton













ELEVEN

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US



☀ WINTER    ☀ SUMMER

**ELEVEN SOPRIS HOUSE**
CRESTED BUTTE, COLORADO

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy    **BOOK NOW**

## THE LODGE

### ABOUT THE PROPERTY

A next-door neighbor to Eleven®'s flagship property, Sopris House is full of history and character, just like the town of Crested Butte. The original 1882 building infamously became the Spritzer Bar, a saloon bought by Martin Spritzer in 1924 and operated by Slovenian immigrants.

The intimate, four-bedroom home still has its original tin ceiling and mountain town touches like a massive buffalo head in the dining room. A custom-designed snowcat picks guests up each morning and drops them at 1,000+ acres of exclusive ski terrain in nearby Irwin, home to cold-smoke powder, alpine bowls, and tight tree runs. Or guests can take it easy and explore the surrounding snowy trails by snowshoe, cross country ski, or fat bike. A sauna, hot tub, and fire pit await back home in the courtyard and après is steps away in the home's private cabin-like bar.

Taking care of the health and safety has always been one of our primary concerns. For more information on the steps we are taking to protect our guests and employees on our COVID-19 updates.

### DETAILS

- Three king rooms with en suite bathrooms
- Twin suite with two full and two twin trundle beds and an en suite bathroom
- Private saloon with pool table and juke box
- Private outdoor courtyard
- Media room
- Outdoor copper hot tub and cold plunge pool
- Sauna
- Personalized in-room retail bar

⬇ Download Brochure

🖼 Property Floor Plan

🖼 Photo Gallery

ⓘ Guestroom Information





LODGE BUYOUT

**EXPLORE THE LODGE**

SLEEP

Each of the four bedrooms offers something unique, like the roll top tub in the Trappers Room and a tiny library and reading nook in the Rainbow Room. Camp 4, the kids' room, has its own playroom. All four bathrooms have steam showers and heated floors. Ideal for families and small groups of friends, the house can also be booked in conjunction with Scarp Ridge Lodge if you require additional space.

LEARN MORE

HANG SPACE

Sopris House is full of fun, quirky touches and eclectic art, including Allman Brothers and Grateful Dead concert posters. A large private courtyard is where guests unwind after the day's adventures, be it in the copper hot tub, outdoor sauna, or around the fire pit. The gem of the house is the Sopris Bar, a private, wood-paneled bar that tempts guests to stay up late with its vintage jukebox, dart board, pool table and old-school shot ski.

LEARN MORE

EAT & DRINK

Wake to the smell of brewing coffee and warm pastries. A chef-prepared breakfast will fuel you through a morning on the slopes. Warm up with a lunch of winter squash soup and grilled cheese in our on-mountain cabins at Irwin. Guests can enjoy an in-house dinner showcasing ingredients from our favorite Colorado purveyors, or head out and experience





WINTER AT SOPRIS HOUSE

BOOK NOW

## JOIN OUR NEWSLETTER

| First Name | Last Name | Email Address |

SUBSCRIBE

## EXPLORE ELEVEN

### LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Rio Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

### ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

### ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers

reservations@elevenexperience.com

View All Contact Information >

## FOLLOW US

©2023 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap





SUMMER ❄ WINTER

**ELEVEN**

LODGES

ADVENTURES

HOMES

ABOUT US

ELEVEN TV

CONTACT US

**ELEVEN TAYLOR RIVER LODGE**
ALMONT, COLORADO

ARRIVAL: mm/dd/yyyy    DEPARTURE: mm/dd/yyyy    **BOOK NOW**

## THE LODGE

### ABOUT THE PROPERTY

The Danes may have invented the concept of hygge, but we have perfected it here in the mountains of Colorado. Taylor River Lodge provides an extraordinary setting for experiencing the best winter in Colorado. In the winter months, a fresh blanket of snow covers the Taylor Canyon, and the lodge is transformed into a tranquil, winter oasis.

The lodge's secluded and wild location offers a prime backdrop for outdoor adventures of all types, ranging from snowshoeing to nordic skiing. Days can be filled with high-energy, winter excursions or relaxing wellness treatments, while evenings at the lodge are punctuated by locally inspired cuisine and s'mores around the fireplace.

Taylor River Lodge, like all of our off-the-grid hideouts, is intimate in size and located in a remote and remarkable corner of the world. The property's location in a secluded Colorado canyon makes it an ideal spot to unplug and recharge. The lodge can be accessed via commercial or private flights into nearby Gunnison and is within driving distance from many of the surrounding states. The property is the perfect setting for a small, private gathering of family and friends. An added bonus is that guests never have to leave the lodge unless they choose to do so.

The safety and health of our guests and employees has always been a priority for us here at Eleven®. Learn more about the steps we are taking to continue to protect the health and safety of our guests and employees, please visit our Colorado COVID-19 Update Page.

### DETAILS

- Six private queen cabins with en suite bathrooms and steam showers – three with twin bedded lofts, three without lofts
- Single family home with two king suites, a bunkroom and a full kitchen
- Single family home with two king suites and a lofted bunkroom
- Main lodge offering communal dining space, bar, fireplace, lounge and river front seating
- Bathhouse including saltwater pool, steam room, sauna and hot tub
- Gym and spa facility equipped with two treatment rooms
- Media and game cabin with pool table, foosball, and a dartboard
- Marksmen's range
- Teepee lounge









## INCLUDED ADVENTURES



ON PROPERTY
HIGH COUNTRY HYGGE



OUTDOORS
SNOWSHOEING



ELEVEN LIFE
COOKING CLASSES



WINTER AT TAYLOR RIVER LODGE

BOOK NOW

## JOIN OUR NEWSLETTER

| First Name | Last Name | Email Address |



**SUBSCRIBE**

## EXPLORE ELEVEN

### LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Rio Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

### ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

### ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers

reservations@elevenexperience.com

**View All Contact Information ›**

### FOLLOW US

©2023 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap



ELEVEN CHALET PELERIN

SELECT A SEASON

CHALET PELERIN WINTER
DEC 5, 2022 - APR 23, 2023

CHALET PELERIN SUMMER 2023
JUN 11, 2023 - SEP 30, 2023

NUMBER OF ROOMS
Select the number of rooms you would like, or click FULL PROPERTY BUYOUT to reserve the entire property.

ROOMS

FULL PROPERTY BUYOUT

CONTACT US RESERVATIONS@ELEVENEXPERIENCE.COM | +1-800-905-7751 (TOLL-FREE) | +1-970-237-5985 (INTERNATIONAL)



< BACK

CHANGE LOCATION

| 1 | Dates | 2 | Room | 3 | Adventures | 4 | Custom Options | 5 | Review | 6 | Checkout |

## ELEVEN RIO PALENA LODGE

**SELECT A SEASON**

**NUMBER OF ROOMS**

Select the number of rooms you would like, or click FULL PROPERTY BUYOUT to reserve the entire property.

ROOMS

0

☐ FULL PROPERTY BUYOUT

CONTACT US: RESERVATIONS@ELEVENEXPERIENCE.COM | +1-800-905-7701 (TOLL-FREE) | +1-970-237-5985 (INTERNATIONAL)



‹ BACK                                                                                                        📍 CHANGE LOCATION

| 1 Dates | 2 Room | 3 Adventures | 4 Custom Options | 5 Review | 6 Checkout |

## ELEVEN SOPRIS HOUSE

### SELECT A SEASON

**SOPRIS HOUSE WINTER**
**DEC 16, 2022 - APR 2, 2023**

**SOPRIS HOUSE WINTER INCLUDES:**
Guide service offering customized adventure itineraries, all gear necessary for activities, pre-arrival planning with an Eleven Experience Manager, use of property bicycles, chef prepared breakfast, lunch and après, organic fresh food minibar, and non-alcoholic beverages.

### NUMBER OF ROOMS

Select the number of rooms you would like, or click FULL PROPERTY BUYOUT to reserve the entire property.

ROOMS

0 ▾          ☐ FULL PROPERTY BUYOUT

CONTACT US: RESERVATIONS@ELEVENEXPERIENCE.COM  |  +1-800-903-776 (TOLL-FREE)  |  +1-970-237-598 (INTERNATIONAL)





## YOUR ADVENTURE STARTS HERE

### 1
**RESERVE YOUR STAY**

Our Reservations Team will handle all of the details of your booking—you just tell us when and where.

### 2
**CUSTOMIZE YOUR EXPERIENCE**

Our Experience Team will work with you to personalize every aspect of your trip, from preferred terrain to favorite flavors.

### 3
**MAKE YOUR MEMORIES**

Experience the most distinct corners of the globe alongside the highest-caliber guides, from the comfort of your new home away from home.

## JOIN OUR NEWSLETTER

First Name

Last Name

Email Address

SUBSCRIBE

## EXPLORE ELEVEN

### LODGES

Eleven Scarp Ridge Lodge
COLORADO

Eleven Taylor River Lodge
COLORADO

Eleven Sopris House
COLORADO

Eleven Chalet Hibou
FRANCE

Eleven Chalet Pelerin
FRANCE

Eleven Bahama House
BAHAMAS

Eleven Martin Pescador Lodge
CHILE

Eleven Rio Palena Lodge
CHILE

Eleven Deplar Farm
ICELAND

Eleven Revelstoke Lodge
CANADA

Eleven Cedar Lodge
NEW ZEALAND

### ADVENTURES

Angling Experiences

Cycling Experiences

Skiing Experiences

Wellness Experiences

Private Events

### ABOUT

Our Mission

Our Team

Blog

Videos

Press

COVID-19 Updates

Careers

## FOLLOW US

reservations@elevenexperience.com

View All Contact Information

©2022 Irwin Backcountry Guides, LLC. All Rights Reserved. 330 Belleview Ave, Crested Butte, CO 81224 | Privacy Policy | Legal | Sitemap