# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24119-FAM-TORRES

GR OPCO, LLC,

    *Plaintiff*,

vs.

ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE,

    *Defendants*,

---

ELEVEN IP HOLDINGS, LLC,

    *Counterclaim-Plaintiff*,

vs.

GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC,

    *Counterclaim-Defendants*,

---

BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,

    *Counterclaim-Plaintiffs*,

vs.

ELEVEN IP HOLDINGS, LLC

    *Counterclaim-Defendant*.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Joseph P. Hynes, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Counterclaim-Defendants Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Block 17 Trustee, LLC and Block 17 Residential Owner, LLC . I should be removed from the Court's service list with respect to the above-captioned action. I am leaving the firm and will no longer be employed by Kilpatrick Townsend & Stockton LLP.  Attorneys from Kilpatrick Townsend & Stockton LLP, who are counsel of record in this case, will continue representing Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Block 17 Trustee, LLC and Block 17 Residential Owner, LLC.

Mr. Hynes no longer represents any parties to this action. By way of this filing, the undersigned respectfully requests the Court issue an order granting this motion to withdraw appearance.

Dated: September 27, 2024

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ *Joseph P. Hynes*
Joseph P. Hynes (Fl. Bar No. 188654)
100 Second Avenue South, Suite 706
St. Petersburg, Florida 33701
Tel.: 727.268.0594
Fax: 312.364.1003
Email: jhynes@ktslaw.com

Jonathan W. Thomas (*pro hac vice*)
3 Times Square
New York, New York 10036
Tel.: 212.775.8856
Fax: 212.208.6849
Email: jwthomas@ktslaw.com

R. Charles Henn, Jr. (*pro hac vice*)
Shreya P. Desai (*pro hac vice*)
Davis-Brooke Caswell (*pro hac* vice)
1100 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30309
Tel.: 404.815.6032
Fax: 404.541.3196
Email: chenn@ktslaw.com
Email: spdesai@ktslaw.com
Email: dbcaswell@ktslaw.com

*Attorney for Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Block 17 Trustees, LLC; and Block 17 Residential Owners, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I caused to be served a copy of the foregoing upon all Counsel of Record in this action by using this Court's ECF system.

/s/ *Joseph P. Hynes*
Joseph P. Hynes