UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1-22-cv-24119-FAM

GR OPCO, LLC,
    Plaintiff,
  v.

ELEVEN IP HOLDINGS, LLC,
GRASSY CREEK LLC, CS IRWIN LLC,
IRWIN BACKCOUNTRY GUIDES, LLC,
ALAN PIKE, and CHAD PIKE,
    Defendants,

and

ELEVEN IP HOLDINGS, LLC,
    Counter-Plaintiff,

  v.

GR OPCO, LLC, 11USA GROUP, LLC,
MARC ROBERTS, DENNIS DEGORI,
MICHAEL SIMKINS, MARC ROBERTS
COMPANIES LLC, PROPERTY
MARKETS GROUP, INC., PMG-11TH
STREET VENTURES, LLC, PMG-11TH
STREET VENTURES II, LLC, BLOCK 17
TRUSTEE, LLC, BLOCK 17 RESIDENTIAL
OWNER, LLC, and LION DEVELOPMENT
OPPORTUNITY FUND LLC,
    Counter-Defendants.
_____/

**Plaintiff and Counter-Defendant GR Opco LLC d/b/a E11EVEN and Counter-Defendants 11USA Group LLC, Marc Roberts, Dennis DeGori, Michael Simkins, Marc Roberts Companies LLC, Property Market Group Inc., PMG-11th Street Ventures LLC, PMG-11th Street Ventures II LLC, Block 17 Trustee, LLC, Block 17 Residential Owner, LLC and Lion Development Opportunity Fund LLC's**

**LOCAL RULE 56.1(A) STATEMENT OF UNDISPUTED MATERIAL FACTS[1]**

---

[1] The cited material has been filed under seal at CM/ECF DE Numbers 260-01 through DE 260-29.

| | SUMMARY OF TESTIMONY | CITATION |
|---|---|---|
| 1. | Eleven IP Holdings LLC ("EIP") filed on April 7, 2011: (a) Trademark App. Ser. No. 85/289,682 ("'682 App.") and (b) Trademark App. Ser. No. 85/289,102 ("'102 App") – for the **ELEVEN** Mark bearing the e-signature "/alanpike/" for EIP Manager Alan Pike ("APike"). | Public Record; Request for Judicial Notice forthcoming |
| 2. | EIP filed on Oct. 27, 2011: (a) Trademark App. Ser. No. 85/458,469 ("'469 App."); (b) Trademark App. Ser. No. 85/458,461 ("'461 App."); and (c) Trademark App. Ser. No. 85/458,463 ("'463 App.") –for ⁂ bearing the e-signature "/b0k3311a/" for APike. | Public Record; Request for Judicial Notice forthcoming |
| 3. | EIP filed on Nov. 8, 2011: (a) Trademark App. Ser. No. 85/466,721("'721 App.") for the **ELEVEN** Mark, and (b) Trademark App. Ser. No. 85/466,719 ("'719 App.") for the ⁂ Mark –with both bearing the e-signature "/b0k3311a/" for APike. | Public Record; Request for Judicial Notice forthcoming |
| 4. | Nov. 14, 2012, EIP filed 15 USC §1051(d) statements of use for: (a) '682 App., (b) '463 App. and (c) '721 App. bearing e-signature for APike ("/Alan Pike/") swearing **ELEVEN** Mark and ⁂ logo were used in commerce by "11/11/11" for (a) "hotel services, …"; (b)"arranging and conducting skiing [and] white water rafting"; and (c) "travel agency services…" and declaring APike's "statements [are] made of his [ ] own knowledge [and] are true[.]" | Public Record; Request for Judicial Notice forthcoming |
| 5. | June 4, 2013, EIP filed a 15 USC §1051(d) statement of use for the '461 App bearing an e-signature for APike ("/Alan Pike/") swearing the ⁂ Mark was used in commerce by "11/11/11" for rental of homes, declaring APike's "statements [are] made of his [] own knowledge [and] are true[.]" | Public Record; Request for Judicial Notice forthcoming |
| 6. | EIP filed on July 14, 2014 two 15 USC §1051(d) statements of use for the (a) '469 App., and (b) '719 App. bearing an e-signature for APike ("/AlanPike/") swearing ⁂ was used in commerce by "11/11/11" for (a) "hotel services…" and (b) travel agency services…," declaring APike's "statements [are] made of his [ ] own knowledge [and] are true[.]" | Public Record; Request for Judicial Notice forthcoming |
| 7. | Based on EIP's 15 USC §1051(d) statements of use bearing Alan Pike's signature, the USPTO issued Reg. No. 4,265,159 (from the '682 App.); Reg. No. 4,621,491 (from the '469 App.), Reg. No. 4,384,681 (from the '461 App.), Reg. No. 4,269,438 (from the '463 App.), Reg. No. 4,269,487 (from the '721 App) and Reg. No. 4,610,119 (from the '710 App.) | Public Record; Request for Judicial Notice forthcoming |
| 8. | [REDACTED] | CPike Depo, 144:22-146:22 |
| 9. | [REDACTED] | Phelps Depo, 26:7-27:5. |
| 10. | [REDACTED] | Phelps Depo, 28:6-29:24. |
| 11. | [REDACTED] | APike Depo, 217:12-218:14; 343:21-344:1 |
| 12. | [REDACTED] | APike Depo, 151:5-18; 153:13-154:5. |

| | | |
|---|---|---|
| 13. | ███████████████████████████ | APike Depo, 148:24-150:2 |
| 14. | 11th Avenue Corporation ("11th Ave. Corp") purchased 3-story lodging operation in 1995 under **11TH AVENUE** Mark in Colorado | Ilg Depo, 245:9-247:16 |
| 15. | The **11TH AVENUE** is one of the oldest hotels in Denver and historically designated both locally & by the Federal Government. | Ilg Depo, 251:16-252:5 |
| 16. | Since 1903, the hotel has always used the **11th AVENUE** Mark (since the 1950s the building signage reads **"11"** and **"HOTEL"**). | Ilg Depo, 253:20-258:8; 295:9-295:8 |
| 17. | TripAdvisor.com ranks **11th AVENUE** as # 1 Hotel in Denver, CO. | Ilg Depo, 228:17-229:4 |
| 18. | With its downtown location (proximate business conventions), **11th AVENUE** has summer rates that are $250.00 per night. | Ilg Depo, 314:4-315:12 |
| 19. | **11th AVENUE**'s guests include "high net worth individuals." | Ilg Depo, 348:10-24. |
| 20. | Since 1995, **11th AVENUE** had ███████████████ | Ilg Depo, 228:13-289:8 |
| 21. | Located in Denver's creative arts district, the **11TH AVENUE** hosts business travelers and "very prominent people" have stayed there like Taylor Swift, Nicholas Cage & writer Matt Batterson. | Ilg Depo, 267:7-21; 270:13-14;305:19-25; 314: 352:2-353: |
| 22. | Prior to the **ELEVEN** Properties first guest in Jan. 2012, 11th AVENUE used site in 2010-2011 at **11THAVENUE**HOTEL.com were the prominent portion of the mark was '11' and '**HOTEL**.' | Ilg Depo, 293:6-296:25; **Ex. 352 & 353**. |
| 23. | ███████████████████████████ | Ilg Depo, 298:16-22; **Ex. 354** |
| 24. | ███████████████████████████ | Ilg Depo, 195:8-196:13; 197:21-25; 202:23-203:8; 201:22-202:7; **Ex. 332** |
| 25. | ███████████████████████████ | Smith Depo, 112:6-13; 116:22-118:20; 119:14-20; **Ex. 245** |
| 26. | ███████████████████████████ | Smith Depo, 171:8-15; 185:6-9. |
| 27. | Eleven Inn is a "quaint" 11 room "rustic-looking" "western style" lodge opened in 1946 2 miles off I-10 in Balmorhea, Tx offering adventure activities including diving, hiking & horseback riding. | Smith Depo 168:2-169:21; 170:6-171:25; 187:12-23 |
| 28. | Eleven Inn has 43 Yelp and 85 Tripadvisor reviews both averaging 4.5 out of 5.0 & 126 Google reviews (averaging 4.8 out of 5 stars). | Smith Depo, 165:12-167:6; 188:16-189:3 |
| 29. | ███████████████████████████ | Smith Depo, 182:24-183:16. |
| 30. | ███████████████████████████. | Smith Depo, 86:15-17 |
| 31. | Customers of Eleven Inn are adventure travelers, families, musicians, and | Smith Depo 67:22-77:11; |

| | | |
|---|---|---|
| | even celebrities (including Kate Hudson)–with alot of repeat guests. | 171:12-15; 207:3-208:18 |
| 32. | ███████████████ | CPike Depo, 135:10-139:6; 143:19-144:12; 149:7-150:12; **Ex. 90;** Hampton Depo, 304:2-305:24 |
| 33. | ███████████████ | Hampton Depo, 253:11-255:23; 257:23-258:13; **Ex. 411** |
| 34. | Trademark searches resulting in "hundreds of marks" suggests that the underlying mark (*i.e.,* **ELEVEN**) is "weak." | Hershkowitz Depo, 172:4-175:2. |
| 35. | Searches of USPTO database showed over 1,300 federal trademark registrations include the formative "eleven" (or "11"), and a search for "Eleven" in Classes 36, 37, 39, and 41-44, which searched for travel, hotel, and other related services, revealed 182 federal registrations, with at least half confirmed as being in use today. On-line searches indicate at least 44 examples where "Eleven" is used for building names alone, and online business directories reflect 4,744 uses of "eleven" in 9 selected cities, including 290 in Miami. | Caswell Decl., Ex. A, p. 1; Desai Decl., Ex. A, pp. 1-2, Ex. 1, pp. 2-487; Germain Dep. 176:3-9; 178:1-11 |
| 36. | A spelled out number – like **ELEVEN** – is "very weak and almost meaningless" as a source identifier. | Sneer, 95:4-11; Franco Depo, 310:19-25 |
| 37. | ███████████████ | **Corrected cite**: Simkins 30(b)(6) Depo, **Ex. 292** (GR OPCO-00272094). |
| 38. | ███████████████ | CPike Depo, 258:11-261; **Ex. 113** |
| 39. | ███████████████ | Wick 30(b)(6), 44-5-46:21; **Exs. 168 & 169** |
| 40. | GR's **E11EVEN** is a "well-known" and "a very successful brand" that has "a very big following" as a "household name in Miami." | Shear 30(b)(6), 24:16-25:18; 56:14-57:1 |
| 41. | E11 Tower #1 has one unsold unit and E11 Tower #2 (collectively, "E11 Towers") is 95% sold. By end of 2022, almost all of 1,000 units were sold. | Shear Depo, 264:12-23; Simkins 30(b)(6), 183:18 -21; 197:15-24. |
| 42. | E11 Tower #1 started construction in '23 w/ completion in 2026. Work on E11 Tower #2 started in mid-2023 w/ completion set for 2027. | Shear 30(b)(6), 18:14-19:13 |
| 43. | ███████████████ | Wick 30(b)(6), 83:18-87:19; 97:17-121:23; **Exs 172 & 173**. |
| 44. | ███████████████ | Wick 30(b)(6), 49:23-52:5; **Exs 168-171** |
| 45. | ███████████████ | Wick 30(b)(6), 95:5-126:13; **Exs 172 & 173** |
| 46. | **E11 Towers** Sales Director Rachel Coffman advised that no buyer, broker or anyone at PMG Residential brought up **ELEVEN** | Roberts Depo, 243:13-245:18 |
| 47. | ███████████████ | Phelps Depo, 146:24-149:2; CPike Depo, 59:16-60:2 |

| | | |
|---|---|---|
| 48. | ███████████████████ | Stoll Depo, 272:25-274:9, **Ex. 281**. |
| 49. | ███████████████████ | CPike Depo, 60:4-9 |
| 50. | ███████████████████ | DeGori Depo, 78:15-79:25; DeGori 30(b)(6), 118:24-119:16 |
| 51. | "[T]he origin of **E11EVEN** [ ] had nothing to do with a scale of 1 to 10" – put simply, as to the meaning of the **E11EVEN** Mark "none of it had to do with scale." | DeGori 30(b)(6), 108:16-109:8;116:4-22; Roberts Depo, 86:8-12 |
| 52. | Inspiration for the **E11EVEN** Mark was the N9NE Steakhouse in the Palms Casino in Las Vegas – namely, "alliteration" of placing "a number within the text" of the number's traditional spelling. | DeGori Depo, 122:4-123:10 |
| 53. | GR's "symbol is the actual number '11' that's presented in the logo of **E11EVEN**." | Franco Rule 30(b)(6), 385:22-25 |
| 54. | GR adopted a "very unique spelling" for its **E11EVEN** Mark that is "very specific." | LoPinto Depo., 39:25-40:25; 260:2-16 |
| 55. | GR's **E11EVEN** Mark is not "phonetic equivalents" to EIP's **ELEVEN** Mark because GR's supplement "11" for the letter "L." | Hershkowitz Depo, 28:18-29:14; 177:20-22 |
| 56. | EIP's ⟨logo⟩ logo gives the appearance of "two skis in a diamond" – it does "not look like a number[.]" | Franco 30(b)(6), 385:2-20; Franco Depo, 23:23-26:8. |
| 57. | ███████████████████ | APike Depo., 147:4-15 |
| 58. | Comparing the **ELEVEN** Mark and ⟨logo⟩ logo confirms there is no visual "similarity [ ] whatsoever" with GR's **E11EVEN** Mark. | Franco 30(b)(6), 384:4-24 |
| 59. | ███████████████████ | APike, 268:2-21; **Ex 63** |
| 60. | ███████████████████ | Phelps Depo., 80:14-82:6 |
| 61. | ███████████████████ | APike Depo, 186:13-24; **Ex. 56 (0004917)**; Wick Depo, 22:8-12. |
| 62. | ███████████████████ | Jeffery Depo, 201:19-202:22 |
| 63. | ███████████████████ | Wick Depo, 327:2-329:14; **Ex. 160** |
| 64. | ███████████████████ | CPike Depo, 47:11-18; Phelps Depo., 294:20-296:7; **Ex. 210**; Stoll 30(b)(6),157:3-23 |
| 65. | ███████████████████ | Phelps Depo., 296:12-16; 300:13-301:7 |

| | | |
|---|---|---|
| 66. | ■■■ | Jeffery Depo, 198:14-23 |
| 67. | ■■■ | Wick Depo., 396:11-410:9; **Ex. 167** (at **ELEVEN 0047624**) |
| 68. | ■■■ | Wick Depo, 148:10-152:22; **Exs. 134 & 135** |
| 69. | ■■■ | Wick Depo, 35:24-37:9; **Ex. 128** |
| 70. | ■■■ | APike Depo, 309:5-311:11. |
| 71. | ■■■ | APike Depo, 290:15-292:7; **Ex. 74.** |
| 72. | ■■■ | Stoll Depo., 279:19-282:24; **Ex 283**; Stoll 30(b)(6), 168:20-173:20, **Ex 295** |
| 73. | ElevenExperience.com touts how their vacation properties are "miles from the main road [ ] away from the crowd." | Wick Depo, 85:21-86:24; **Ex. 131** |
| 74. | ■■■ | CPike Depo, 391:24-395:9; Hampton Depo, 151:6:16 |
| 75. | ■■■ | Huschle Depo., 72:6-10; Phelps Depo., 83:18-84:2. |
| 76. | **ELEVEN** Properties are "lodge-y" – with "Wild West facades", "rustic" and "mountain town" touches, "earth tone furnishings", "exposed wood beams" – which match their "off the beaten path" locations – and "don't have a downtown Miami look." | APike Depo,107:1-8; Stoll Depo, 288:20-296:15; **Exs 284&286**; Hampton,141:5-142:7. |
| 77. | ■■■ | Mody Depo, 398:6-400:15; **Ex. 51 (ELEVEN 0001692)**. |
| 78. | **E11EVEN HOTEL & RESIDENCES** was jointly announced by GR and PMG in January 2021. | Shear Depo, 175:10-176:9 |
| 79. | ■■■ | Shear Depo, 48:16-50:1; 58:11-16; 59:19-60:10; 61:3-11; 64:18-25; **Ex 176** |
| 80. | GR entered into an Oct. 11, 2021 agreement for a one-time $12 million royalty to license the **E11EVEN** Mark (on a limited nonexclusive basis) for **E11EVEN RESIDENCES BEYOND**. | Shear Depo, 76:2-77:9; 78:5-25; **Ex. 179.** |

| | | |
|---|---|---|
| 81. | GR's criteria for a **E11EVEN** hotel is a "busy, urban, metropolitan city" featuring a "pool club", spa, restaurant & "attentive service." | LoPinto Depo, 131:21-133:8 |
| 82. | Any future hotel using the **E11EVEN** Mark must also be in a city with proximity to a "major international airport." | Simkins 30(b)(6) 135:20-138:19 |
| 83. | **E11EVEN HOTEL & RESIDENCES** and **E11EVEN RESIDENCES BEYOND** are 65 story condo developments being constructed in the heart of downtown Miami – both towers are located next to each other and are connected. | Roberts Depo, 34:9-12; 38:17-23; 103:23-25; 114:7-17; 132:22-135:6; 139:23-140:2. |
| 84. | **E11EVEN HOTEL & RESIDENCES** (458 units) & **E11EVEN RESIDENCES BEYOND** combined have about 1,000 units. | DiGori Depo, 250:9-18; Shear Depo, 30:2-4 |
| 85. | While **E11EVEN HOTEL & RESIDENCES** was constructed to allow daily rentals (*i.e.,* a certain number of ADA units) – while **E11EVEN RESIDENCES BEYOND** can only be a condo. | Shear Depo, 94:18-97:24; **Ex. 181**; Shear 30(b)(6): 44:23-45:25 |
| 86. | The **E11EVEN HOTEL & RESIDENCES** will be an "[u]rban oasis" in the heart of downtown Miami – evoking a "party, beach, boating lifestyle". | LoPinto Depo, 159:9-23; Simkins Depo, 233:2-5; LoPinto Depo, 120:16-24. |
| 87. | Condo owners "will be able to put their units in a hotel pool" so "you could purchase your condominium at the **E11EVEN HOTEL & RESIDENCES** and you have the option but not the obligation to put your [ ] unit in a pool to generate some revenue...." | Simkins Depo, 202:16-203:18 |
| 88. | "[T]he experience will be unique as the only Las Vegas style hotel in Miami" - with **E11EVEN HOTEL & RESIDENCES** having a pool club, Deepak Chopra branded wellness center, a cigar club, a Japanese Steakhouse and a sports bar. | Simkins Depo, 204:1-205:1; 211:4-213:18; 233:20-24; Shear Depo, 187:2-22 |
| 89. | **E11 Towers** are not expensive and "not luxury" but rather "small units" with luxury finishes for the "mid-market target" not ultra-high net worth individuals or the "elite"– for those attracted to "a party lifestyle" namely, who "want to be in a 24-hour environment, high energy, close to nightclub[s] and urban core" | Simkins 30(b)(6), 218:1-22; Shear 30(b)(6), 52:13-54:19; LoPinto Depo, 102:10-22; 112:11-115:4 |
| 90. | **E11 Towers** have a distinct modern city look/feel– a "jetset gold" & "jaded and midnight black" color scheme – differing greatly from the **ELEVEN** Properties' rustic mountain town look. | Mody Depo, 349:5-23; Shear 30(b)(6), 40:17-23 |
| 91. | Taylor River Lodge "[f]ormerly used as a locals general store for fishing and tackle[ m]any of the cabins and structures are built on existing footprints using the original six-inch D-log kits." | Eleven_0000518 |
| 92. | "Deplar [Farm] is a converted sheep farm[.]" | Eleven_0000365 |
| 93. | Scarp Ridge Lodge has 8 King suite & 2 bunk rooms | Eleven_0000133 |
| 94. | ███████████████████████████████ | Eleven_0002949 |
| 95. | ███████████████████████████████ | Eleven_0000338-352 |
| 96. | ███████████████████████████████ | Eleven_0002186 |
| 97. | Images in Defendants' brand book | Eleven_0002179-2210 |
| 98. | EIP's services feature country-style, children's game rooms, small residential-style bars for small gatherings, and cozy fireplaces | Eleven_0000370-386; 0000507; 511; 519 |

| 99. | E11 Tower common areas featuring museum-quality curated fine art | GR OPCO-00022708 |
|---|---|---|
| 100. | Renderings of towers | GROPCO-0023738-43 |
| 101. | The **E11EVEN HOTEL & RESIDENCE** plans to target very different customers compared to **ELEVEN** Properties' guests. | Mody Depo, 263:22-264:3; 349:5-350:13 |
| 102. | [redacted] | Wick Depo, 60:12-61:5; Stoll Depo, 135:21-136:4; 137:3-15 |
| 103. | **ELEVEN** Properties' former Dir. of Global Branding and Marketing Jenny Jeffery noted travel agents [redacted] | Jeffery Depo, 208:3-25; Stoll Depo, 135:21-136:4; Wick Depo, 60:12-61:5; Huschle Depo, 266:-267:3 |
| 104. | Chad Pike, Managing Director Ian Wick, Grassy Creek's Ian Huschle and Defendants' Trademark Expert Philip Hampton II all corroborated [redacted] | Huschle Depo., 36:10-37:2; Wick Depo, 63:24-66:8; 208:15-22; CPike, 66:9-25;382:20-384:12; Hampton Depo, 143:19-25. |
| 105. | Travel agents are mostly from the [redacted] | Wick Depo, 66:9-80:19; CPike Depo, 277:5-279:5; Jeffery Depo, 251:5-252:4; Huschle, 165:13-166:6 |
| 106. | [redacted] | Huschle Dep., 162:9-163:11; **Ex 17 (ELEVEN 0006725)** |
| 107. | [redacted] | Huschle Depo, 164:20-165:12; **Ex 17 (ELEVEN 0006724)** |
| 108. | [redacted] | Stoll 30(b)(6), 40:14-41:22. |
| 109. | [redacted] | Stoll Depo, 128:14-133:17; Wick Depo, 67:19-68:5; CPike Depo, 277:13- 278:23. |
| 110. | [redacted] | CPike Depo, 67:2-8; 385:5-386:3; Wick Depo, 61: 6-15; **Ex.139** |
| 111. | [redacted] | CPike Depo, 332:12-333:2; Wick Depo, 63:2-23 |
| 112. | EIP admitted in its discovery responses that no actual confusion has occurred. | First Am. Resp. to B17 First Req. for Admissions (nos. 7-8 pp. 9-11) |
| 113. | [redacted] | CPike Depo, 333:3-25; **Ex 122 (at 0008512)**; Phelps Dep, 290:10-16; 291:2-19. |
| 114. | [redacted] | Jeffery Depo, 170:1-9; Stoll Depo, 138:4-11. |

| | | |
|---|---|---|
| 115. | ■■■ | Wick Depo, 209:24-210:6 |
| 116. | In addition, Defendants' website www.ElevenExperience.com, ■■■ | Stoll Depo, 134:14-135:14; CPike Depo, 41:25-42:9; 384:14-20; Wick Dep, 331:7-12 |
| 117. | **ELEVEN** customer demographics are ■■■ | Huschle Depo., 331:11-332:2; Wick Dep, 57:6-10; CPike Depo, 391:24-393:3; 397:23-403:14; **Ex. 36 (at 00038051-00038053)**; Mody Depo, 280:15-21. |
| 118. | According to Chad Pike, Managing Director Ian Wick & COO Sara Stoll, ■■■ | CPike Depo, 63:2-23; Wick Depo, 51:2-58:11; Stoll 30(b)(6), 140:19-142:8; Mody Depo, 281:7-283:9. |
| 119. | ■■■ | Jeffery Depo, 232:21-233:17 |
| 120. | Social media metrics for the @ElevenExperience Instagram account denoted their ■■■ | Martin 30(b)(6), 182:21 - 184:25; **Ex. 239 (ELEVEN 0033282)** |
| 121. | ■■■ | Stoll 30(b)(6), 102:25-140:17; **Ex 292 (ELEVEN 0048828).** |
| 122. | ■■■ | Stoll 30(b)(6), 107:13-108:4; 110:19-21; 111:21-24; 115:4-116:15; 120:6-121:7; 122:9-125:6; 129:6-130:24; 131:6-132:16; 133:4-134:24; 136:8-137:14; 139:7-140:18; **Ex 292 (ELEVEN 0048828).** |
| 123. | GR does not directly engage in channels of trade to sell the **E11 Towers** – as **E11EVEN HOTEL & RESIDENCES** and **E11EVEN RESIDENCES BEYOND** are sold by PMG Residential at the sales center at NW 10th Steet. | Franco 30(b)(6), 367:23-368:3; Roberts Depo, 42:20-43:3; 142:17-23; 214:2-18 |
| 124. | PMG Residentials sales team's channel of trade includes their 8,000 sq. foot | Simkins Depo, 111:22-112:2; |

| | | |
|---|---|---|
| | sales center on NW 10th St. for the **E11 Towers** and **WERM** –used to showcase the project, show renderings, provide kitchen & bathroom finishes and explain the project to buyers & real estate brokers | Shear Depo, 222:5-16; Shear 30(b)(6), 98:19-99:25; 100:8-101:20 |
| 125. | ███████████████████████████████████ | Shear Depo, 241:3-9; 243:10-13; Shear 30(b)(6), 100:8-13. |
| 126. | No plans exist for how the anticipated hotel rooms at E11 Tower #1 will be managed, advertised, or booked. | Simkins Depo, 245:4-7; 245:23-246:3. |
| 127. | No hotel program exists for **E11EVEN HOTEL & RESIDENCES**. | Shear Indiv, 90:1-20 |
| 128. | Demographics for **E11 Towers** ███████████████ | Simkins 30(b)(6), 211:22-214:14. |
| 129. | PMG Residence targeted buyers ███████████████ | Shear 30(b)(6), 179:8-23. |
| 130. | Hotel guests of E11 Tower #1 will be ███████████████ | Simkins 30(b)(6), 216:19-217:14; 219:7-17 |
| 131. | **E11EVEN HOTEL & RESIDENCES** will target young entertainment-oriented guests interested in **E11EVEN** nightclub. | Mody Depo, 268:3-15; 274:1-11 |
| 132. | Examples of potential **E11EVEN HOTEL & RESIDENCES** guests include celebrities, professional athletes and ULTRA concert VIPs. | Simkins Depo, 38:19-40:6; Simkins 30(b)(6), 217:15-25 |
| 133. | **E11EVEN HOTEL & RESIDENCES** will not target ███████████████ | Simkins 30(b)(6), 218:1-12 |
| 134. | **ELEVEN** Properties guests are older compared to those planned for the **E11EVEN HOTEL & RESIDENCES** – and both are "very distinct brands and clientele." | Mody Depo, 274:12-21; 350:14-351:7. |
| 135. | **ELEVEN**'s high net worth and discerning luxury guest differs demographically and behaviorally from **E11EVEN HOTEL & RESIDENCES**'s younger entertainment-oriented guest. | Mody Depo, 265:16-268:1. |
| 136. | "[T]he more sophisticated the potential buyer or costly the goods, the less likely the consumer will be confused." | Keon Report, 175:18-176:24. |
| 137. | ███████████████ | Keon Report, 178:3-20. |
| 138. | The **ELEVEN** Properties are marketed as ███████████████ | Phelps Depo., 296:12-25; **Ex 210.** |
| 139. | ███████████████ | Jeffery Depo, 161:16-162:11 |
| 140. | ███████████████ | CPike Depo, 390:20-391:9. |

L.R. 56.1(A) Statement of Material Facts – Page 9

| # | | Source |
|---|---|---|
| 141. | ███ | Jeffery Depo, 211:11-16; Wick Depo, 50:7-25. |
| 142. | ███ | Jeffery Depo, 218:14-291:17 |
| 143. | ███ | Wick Depo, 210:16-212:19; **Ex 139**; 256:12-257:11; **Ex 151**; 220:4-222:8; **Ex 140**; 238:13-239:5; 241:24-252:12; **Ex 145**; 272:7-275:5 **Ex 152**; 227:10-229:25; **Ex 142**; 224:5-225:14; **Ex 147**; 280:7-282:3; **Ex 154** |
| 144. | ███ | Mody Depo, 375:7-376:4 |
| 145. | ███ | Mody Depo, 371:9-373:24 |
| 146. | ███ | Mody Depo, 377:2-370:16 |
| 147. | ███ | Mody Depo, 374:1-14. |
| 148. | ███ | Mody Depo, 381:6-384:1 |
| 149. | ███ | Roberts Depo, 149:11-22; Simkins Depo, 182:22-183:10; Shear Depo, 173:5-12 |
| 150. | ███ | Keon Depo, 182:18-183:11 |
| 151. | ███ | Hampton Depo, 131:11-132:33 |
| 152. | ███ | Hampton Depo, 131:13-134:8 |



| | | |
|---|---|---|
| 153. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" | Huschle Depo. 100:16-25. |
| 154. | **ELEVEN** "does its marketing in a variety of ways" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Huschle Depo, 35:8-36:15; 100:16-25; 263:3-15; 266:4-7 |
| 155. | **ELEVEN**'s direct advertising ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Wick Depo, 116:16-124:15; **Ex. 132** |
| 156. | **ELEVEN**'s direct advertising ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Jeffery Depo, 266:8-275:3; Wick Depo, 289:9-291:19; **Ex. 156** |
| 157. | **ELEVEN**'s on-line marketing component ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CPike Depo, 61:2-62:13 |
| 158. | **ELEVEN**'s Public Relations ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Jeffery Depo, 154:24-157:8; CPike Depo, 62:8-13. |
| 159. | **ELEVEN**'s Public Relations ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Jeffery Depo, 157:22-158:20; 218:14-220:9; 247:19-248:10; CPike Depo, 61:2-62:7; 276:14-21; 289:25-290:16; 371:7-373:25; **Ex. 125** (at **0038049**) |
| 160. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Jeffery Depo, 159:12-161:13 |
| 161. | As to the **ELEVEN** Properties advertising to travel agents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Wick Depo, 143:7-144:3; Jeffery Depo, 110:15-112:14; 162:25-163:3; Huschle Depo., 175:15-176:5 |
| 162. | The **ELEVEN** Properties do not display the **ELEVEN** mark or the ⟨logo⟩ logo on visible exterior signage on its properties ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CPike Depo, 272:18-273:2; Phelps Depo, 336:18-22; 337:6-24 |
| 163. | Both **E11 Towers** plan to have visible exterior signage which includes placement of the **E11EVEN** Mark on the towers. | Shear 30(b)(6), 20:13-21:3 |
| 164. | GR had done little to promote the **E11 Towers** (which is handled by PMG Residential) and does not attend any trade shows – but has done limited Public Relations (via Alchemy Agency / Levy PR) for placement in local and real-estate publications like Miami Herald, Miami New Times and The Real Deal. | DeGori 30(b)(6), 131:2-15; Franco Depo, 87:23-88:5; Franco 30(b)(6), 97:13-99:14; 122:3-126:13; **Ex 439** |
| 165. | PMG affiliate PMG Residential is the exclusive broker for the E11 Towers and WERM and manages their marketing and advertising. | Shear Depo, 152:10-156:3; 239:19-25. |
| 166. | PMG Residential's focused on localized advertising for the E11 Towers and WERM via ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Shear Depo, 179:14-180:14; 198:11-202:5; 206:17-208:19; 222:17-23 |

| | | |
|---|---|---|
| 167. | ▮▮▮ | Shear Depo, 168:11-171:16; 233:18-224: |
| 168. | ▮▮▮ | Shear 30(b)(6), 158:6-20; 180:7-181:1 |
| 169. | ▮▮▮ | Shear 30(b)(6), 153:3-155:3 |
| 170. | ▮▮▮ | DeGori Depo, 147:6-18 |
| 171. | USPTO recommends that an applicant search common law uses by others but does not require the search be performed by counsel. | Hershkowitz Depo, 181:12-182:12. |
| 172. | After selecting **E11EVEN** in July 2013, ▮▮▮ | DeGori Depo, 80:21-81:0; Hampton Depo, 174:3-175:7 |
| 173. | ▮▮▮ | LoPinto Depo, 36:5-37:23; Simkins Depo, 137:8-16. |
| 174. | ▮▮▮ | LoPinto Depo, 88-6 89:6 |
| 175. | ▮▮▮ | DeGori Depo, 159:13-160:1 |
| 176. | ▮▮▮ | DeGori Depo, 82:21-84:6; Simkins Depo, 136:17-137:7; Sneeringer Depo, 75:9-76:2; 77:4-81:4 |
| 177. | ▮▮▮ | Sneeringer Depo, 89:18-90:2 |
| 178. | During prosecution of Trademark App. Ser. No 86/206,240 for **ELEVEN MIAMI** & Trademark App. Ser. No 86/206,194 for **E11EVEN MIAMI** in International Classes 41&43–none of EIP's registrations for **ELEVEN** or the ⁄⁄ logo were cited against GR. | Hershkowitz Depo, 183:24-185:19; **Exs. 88 & 91** |
| 179. | Searches conducted for Trademark App. Ser. Nos 86/206,240 & 86/206,194 in International Classes 41 & 43 were reasonable. | Hershkowitz Depo, 143:2-22 |
| 180. | ▮▮▮ | Sneeringer Depo, 81:9-84:19; 130:2-132:9; Hershkowitz Depo, 183:7-20. |
| 181. | Circa 2016 trademark search by Stan Sneeringer found two other E11EVEN marks but did not identify EIP or the **ELEVEN** Properties | Sneeringer Depo, 184:2-186:25 |

| | | |
|---|---|---|
| 182. | During prosecution of Trademark App. Ser. No. 87/962,129 for **E11EVEN** the examining attorney conducted a comprehensive search–again no EIP registrations for **ELEVEN** or 11 logo were cited against GR | Hershkowitz Depo, 145:2-149:19 |
| 183. | Before GR's 2020 expansion into condos / hotels, DeGori again personally performed Google searches for **ELEVEN** for hotels – and again not identify Defendants or their **ELEVEN** Properties. | DeGori Depo, 169:9-170:9; Simkins Depo, 184:14-185:5. |
| 184. | Prior to April 2020 filing of trademark App. Ser. No. 88/871,120 for **E11EVEN** in Class 36 (real estate services), Stan Sneeringer did an additional trademark search for **E11EVEN** – finding five E11EVEN marks being used but not Defendants or their **ELEVEN** Properties. | Sneeringer Depo, 187:8-189:21 |
| 185. | Used **E11EVEN** brand because: "It's an established brand in Miami…a wildly successful club…where, you know, most of Miami ends their night…a wildly popular brand" | Shear Indiv. 32:11-18. |
| 186. | **E11EVEN** "brand was so powerful" and "putting that in a real estate capacity outside of the club was a fun process." | Shear 30(b)(6), 56:14-57:10. |
| 187. | Nov. 11, 2016, GR press release that due to success of **E11EVEN** nightclub it was announcing "plans to enter the hotel industry." | LoPinto Depo, 96:3-16; 97:24-98:8; **Ex. 102** |
| 188. | [redacted] | Shear Depo, 27:1-28:4; **Ex. 174** |
| 189. | [redacted] | Phelps 30(b)(6), 201:20-202:12 |
| 190. | Jenny Jeffery - **ELEVEN** Properties Sales and Marketing Director (later Director of Global Branding and Marketing) from 2011-17 – [redacted] | Jeffery Depo, 61:20-25; 154:5-155:12; 182:15-184:12. |
| 191. | **ELEVEN** Properties COO (to 2016) and former Marketing Director Kyra Phelps [redacted] | Phelps Depo, 8:12-21; 9:21-23; 90:14-91:15; 194:25-195:19 |
| 192. | [redacted] | Phelps 30(b)(6), 208:3-210:5. |
| 193. | [redacted] | CPike 246:12-24 |
| 194. | [redacted] | CPike Depo, 233:2-20; 241:17-242:23; 243:11-245:11 |
| 195. | **ELEVEN** Properties COO Sarah Stoll [redacted] | Stoll Depo, 12:25-17:15; 186:17-189:24; 192:24-195:24. |
| 196. | **ELEVEN** Managing Dir. Ian Wick [redacted] | Wick Depo, 313:4-317:10; Phelps 30(b)(6), 208:10-209:17. |

| | | |
|---|---|---|
| 197. | ███████████████████████████████████████ | Answer to GR Request for Admission No. 189. |
| 198. | ███████████████████████████████████████ | Hampton Depo, 68:14-69:11; 70:17-73:9 |
| 199. | To assess if instances of actual confusion existed, Dennis DeGori inquired: (a) with GR Marketing Director Eddie Franco to search all available digital and social media content (and GR's PR groups); (b) with co-founders and co-owners Marc Roberts & Michael Simkins, (c) with Operating Partner Gino LoPinto, and (d) with Ryan Shear & PMG Residential's agents at the **E11 Towers** sales center. | DeGori 30(b)(6), 137:13-138:25 |
| 200. | GR is unaware of any "instances where anyone has referred to a similarity between the **ELEVEN** name [Defendants] use and the **E11EVEN HOTEL & RESIDENCE** name" or thought **ELEVEN** Properties were affiliated with, related to, or had any connection with the E11 Towers. | DeGori 30(b)(6), 136:11-137:11 |
| 201. | Michael Simkins and Mark Roberts were unaware of anyone ever being confused between **E11EVEN** and Defendants' **ELEVEN** (or thought they were sponsored by or had a relationship) | Simkins Depo, 247:5-21; Roberts Depo, 243:5-245:18. |
| 202. | Despite GR's: ███████████████████████████████████████ | Franco 30(b)(6), 363:20-364:6; 366:22-267:10. |
| 203. | GR reviewed the 15K+ posts on its @11Miami Instagram Account as well as Google and Yelp Reviews – confirming no posts, direct messages or comments showing any instances of confusion. | Franco Depo, 249:15-252:14; Franco 30(b)(6), 365:6-398:19 |
| 204. | GR's Public Relations and marketing firms (World Red Eye, Tams & Alchemy) never advised any instances of consumer confusion. | Franco 30(b)(6), 368:5-369:4 |
| 205. | G. LoPinto was unaware of any website, hotline or electronic inquiry by an **E11EVEN** customer expressing confusion–or any buyer at E11 Towers expressing any complaint or suggesting affiliation with **ELEVEN** | LoPinto Depo, 49:4-10; 258:20-259:24; 363:18-23 |
| 206. | Ryan Shear is unaware of anyone at PMG that was confused between the E11 Towers or WERM and the **ELEVEN** Properties. | Shear Depo, 286:15-287:23 |
| 207. | GR engaged survey expert Brian Sowers of Applied Marketing Science to conduct a likelihood of confusion survey – which noted no confusion between EIP's **ELEVEN** and GR's **E11EVEN**. | Simkins Depo, 247:22-249:22; Sowers Depo, **Ex. 63.** |
| 208. | Sowers's Nov. 2023 survey tested forward confusion regarding GR's **E11EVEN** Mark in a manner relevant to reverse confusion–sampling 403 screened participants resulting in 7.2 % net confusion rate well *below the levels courts have found to be probative of likelihood of confusion* leading him to opine that *"relevant consumers are not likely to be confused[.]"* | Sowers Depo, 29:2-16; 30:20-33:14; 56:11- 57:6; 58:13-59:5; 92:9-94:14; **Ex. 63.** |
| 209. | ███████████████████████████████████████ | DeGori Depo, 16:14-15, 39:12-15 |
| 210. | ███████████████████████████████████████ | LoPinto Depo, 48:4-6; Simkins Dep, 215:3-218:14 |
| 211. | Robert Keon, EIP's expert, ███████████████████ | Keon Depo, 388:2-24 |
| 212. | Nov. 7, 2016, GR filed an application for federal registration of the mark | Public record; Request for |

|      |                                                                                                                                                                                                                                                                                                                               |                                                                                                                          |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------|
|      | E11EVEN used in connection with, among other things, "providing temporary accommodation at [a] hotel."                                                                                                                                                                                                                        | Judicial Notice forthcoming                                                                                              |
| 213. | USPTO issued Registration No. 5,921,909 on November 26, 2019.                                                                                                                                                                                                                                                                 | Public record; Request for Judicial Notice forthcoming                                                                   |
| 214. | July 6, 2022, EIP filed a Petition for Reexamination alleging that GR's mark was not used in commerce for providing temporary accommodation at hotel.                                                                                                                                                                         | Public record; Request for Judicial Notice forthcoming                                                                   |
| 215. | GR denied this allegation and submitted proof of use.                                                                                                                                                                                                                                                                         | Public record; Req. JN.                                                                                                  |
| 216. | Jan. 25, 2023, Office of the Deputy Commissioner for Trademark Reexamination Policy issued its decision finding that GR demonstrated use of its mark in commerce for all services at issue.                                                                                                                                   | Public record; Request for Judicial Notice forthcoming                                                                   |
| 217. | **WEST ELEVENTH RESIDENCES MIAMI** ("WERM") "has no connection to" either of the E11 Towers; it is a "totally separate" project from the E11 Towers, which were "designed in concert."                                                                                                                                        | Shear 30(b)(6) Mar.12 Dep., 16:13-15; 53:2-6; 111:17-19; DeGori Dep., 233:16-21; Simkins Dep., 210:6-9                    |
| 218. | Once construction on **WERM** is complete in or about the first quarter of 2028, it will be a 659-unit, residential condominium building located at 18 Northwest 11th Street in Miami, Florida.                                                                                                                               | Shear Jun. 26 30(b)(6) Dep., 428:1-13; Shear Dec. ¶ 6.                                                                   |
| 219. | Consistent with PMG's long-standing practice of using all or a portion of a project's street name and/or number for its name, the name [WERM] and an interlocking "W11" were selected after a search in 2022, which revealed over 30 active federal trademark applications or registrations for ELEVEN or 11 formative trademarks in Class 37 alone, in addition to dozens of ELEVEN- or 11-formative business names and domain names. | Shear Dep., 393:24-394: 16; PMG-Block17-11thSt-0004707 at '4712-'5012; '5021-'5052; Shear Jun.26 Dep., 377:14-381:23     |
| 220. | Because of the descriptive nature of the name **WERM** and an interlocking "W11," no one has ever claimed trademark rights in those terms or attempted to register them as marks.                                                                                                                                             | Shear Jun. 26 30(b)(6) Dep., 390:15-391: Shear 30(b)(6) Mar.12 Dep. at 165:8-16.                                         |
| 221. |                                                                                                                                                                                                                                                                                                                               | Decl. of Ryan Shear ¶ 8.                                                                                                 |
| 222. |                                                                                                                                                                                                                                                                                                                               | PMG-Block17-11ThSt-0000101; PMG-Block17-11thSt-18192; PMG-Blocck17-11thSt-0018189; PMG-Block17-11thSt-06967              |
| 223. | Since being announced in February 2023,                                                                                                                                                                                                                                                                                       | Eleven_0054456; Shear Jun. 26 30(b)(6) Dep., 427:13-18.                                                                  |
| 224. |                                                                                                                                                                                                                                                                                                                               | PMG-Block-17-11thSt-0000001                                                                                              |
| 225. | Owners of units at the **WERM**                                                                                                                                                                                                                                                                                               | Shear Jun. 26 30(b)(6) Dep. 349:22-350:23; 351:18-352:3 352:5-352:23                                                     |
| 226. | EIP, through Kyra Phelps,                                                                                                                                                                                                                                                                                                     | Phelps June 18 30(b((6) Depo., 55:24-56:11; 76:3-9                                                                       |
| 227. | Block 17's survey expert Brian Sowers conducted survey to test forward confusion regarding West Eleventh Residences Miami, resulting in a 7.2% net confusion rate that is well "*below the levels courts have found to be probative of likelihood of confusion*" leading him to opine that: "*relevant consumers are not likely to be confused*[.]" | Sowers West Eleventh Rpt. ¶ 12, ¶ 58, ¶ 59,   ¶ 61                                                                       |
| 228. | Defendants have never been known as "West Eleven" or "East Eleven"                                                                                                                                                                                                                                                            | Alan Pike Dep, 344:3-16.                                                                                                 |

Dated: October 3, 2024

Respectfully submitted,

By: /s   *Bryan A. Almeida*

**ALLEN, DYER, DOPPELT & GILCHRIST, P.A.**
Robert H. Thornburg / Fla. Bar No. 630829
email: rthornburg@allendyer.com
Susan J. Latham / Fla. Bar No. 687391
email: slatham@allendyer.com
James R. Leahy / Fla. Bar No. 1044500
email: jleahy@allendyer.com
121 Alhambra Plaza, Suite 1250
Coral Gables, Florida 33134
Telephone:  305-374-8303
Facsimile:   305-374-8306

Ryan T. Santurri / Fla. Bar No. 15698
email: rsanturri@allendyer.com
Melissa Dangond / Fla. Bar No. 1025285
email: mdangond@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801
Tele.: 407-841-2330; Facsimile: 407-841-2343

and

**MARTINEZ-CID LAW**
Jordi C. Martinez-Cid / Fla. Bar No. 100566
 email: jmartinez-cid@martinez-cidlaw.com
         service@martinez-cidlaw.com.
Andy Hernandez / Fla. Bar. No. 1018581
email: ahernandez@martinez-cidlaw.com
1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone:            305-704-9162

*Attorneys for GR Opco, LLC d/b/a E11EVEN*

and

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@mnrlawfirm.com
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for Counterclaim Defendants Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC*

and

**PEDERSEN & HOUPT, a Prof. Corp.**
Lawrence W. Byrne, Esq., Ill. Bar No. 6208752
*pro hac vice*
email: lbyrne@pedersenhoupt.com
161 N. Clark Street, Ste. 2700
Chicago, Illinois 60601
Telephone: 312-261-2155

and

**WEISBERG IP LAW P.A.**
Elissa A. Tisdahl, Fla. Bar No. 85521
1232 N. University Drive
Plantation, FL 33322
Telephone: 954-828-1488

*Attorneys for 11USA Group, LLC and Dennis DeGori*

and

**KILPATRICK TOWNSEND & STOCKTON LLP**
Jonathan W. Thomas (admitted *pro hac vice*)
jwthomas@ktslaw.com
The Grace Building
1114 Avenue of the Americas
New York, New York 10020
Tel.: 212.775.8856

and

Joseph P. Hynes
jhynes@ktslaw.com
100 Second Avenue South, Suite 706
St. Petersburg, Florida 33701
Tel.: 727.268.0594

and

Shreya Desai (admitted *pro hac vice*)
spdesai@ktslaw.com
1100 Peachtree Street. Suite 2800
Atlanta, Georgia 30309
Tel.: 404.815.6032

*Attorneys for Counterclaim-Defendants Block 17 Trustees, LLC; and Block 17 Residential Owners, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  s/ *Bryan A. Almeida*
Bryan A. Almeida

## SERVICE LIST
*Case No.* 1:22-cv-24119-FAM

| BERGER SINGERMAN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| Gavin C. Gaukroger | Dale M. Cendali (admitted *pro hac vice*) |
| Florida Bar No. 76489 | dale.cendali@kirkland.com |
| ggaukroger@bergersingerman.com | Shanti Sadtler Conway (admitted *pro hac vice*) |
| Ana Carolina Varela | shanti.conway@kirkland.com |
| Florida Bar No. 123069 | Eric Loverro (admitted *pro hac vice*) |
| cvarela@bergersingerman.com | eric.loverro@kirkland.com |
| 1450 Brickell Avenue, Suite 1900 | 601 Lexington Avenue |
| Miami, FL 33131 | New York, NY 10022 |
| Telephone: (305) 755-9500 | Telephone: (212) 446-4800 *and* Miranda D. Means (admitted *pro hac vice*) |
| *Attorneys for Eleven IP Holdings LLC, Grassy Creek LLC, and CS Irwin LLC* | Miranda.means@kirkland.com |
| | 200 Clarendon Street |
| | Boston, MA 02116 |
| | Telephone: (617) 385-7500 |
| | *Attorneys for Eleven IP Holdings LLC, Grassy Creek LLC, and CS Irwin LLC* |

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Joseph P. Hynes<br>jhynes@ktslaw.com<br>100 Second Avenue South, Suite 706<br>St. Petersburg, Florida 33701<br>Tel.: 727.268.0594<br>and<br>Jonathan W. Thomas (admitted *pro hac vice*)<br>jwthomas@ktslaw.com<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10020<br>Tel.: 212.775.8856<br>and<br>Shreya Desai (admitted *pro hac vice*)<br>spdesai@ktslaw.com<br>1100 Peachtree Street. Suite 2800<br>Atlanta, Georgia 30309<br>Tel.: 404.815.6032<br>*Attorneys for Counterclaim-Defendants Block 17 Trustees, LLC; and Block 17 Residential Owners, LLC* | MARCUS NEIMAN RASHBAUM & PINEIRO LLP<br>Jeffrey A. Neiman, Esq.<br>Florida Bar No. 544469<br>jneiman@mnrlawfirm.com<br>Jeffrey E. Marcus, Esq.<br>Florida Bar No. 310890<br>jmarcus@mnrlawfirm.com<br>Bryan A. Almeida, Esq.<br>Florida Bar No. 1005558<br>balmeida@mnrlawfirm.com<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Ste. 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br>*Counsel for Counterclaim Defendants Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC* |
| | PEDERSEN & HOUPT, a Prof. Corp.<br>Lawrence W. Byrne, Esq., Ill. Bar No. 6208752<br>*pro hac vice*<br>email: lbyrne@pedersenhoupt.com<br>161 N. Clark Street, Ste. 2700<br>Chicago, Illinois 60601<br>Telephone: 312-261-2155<br>and<br>Weisberg IP Law P.A.<br>Elissa A. Tisdahl, Fla. Bar No. 85521<br>1232 N. University Drive<br>Plantation, FL 33322<br>Telephone: 954-828-1488<br><br>*Attorneys for 11USA Group, LLC and Dennis DeGori* |