**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GR OPCO, LLC,

    *Plaintiff*,

vs.

ELEVEN IP HOLDINGS, LLC,
GRASSY CREEK LLC,
CS IRWIN LLC, IRWIN
BACKCOUNTRY GUIDES, LLC,
ALAN PIKE, and CHAD PIKE,

    *Defendants*,

    and

ELEVEN IP HOLDINGS, LLC,

    *Counterclaim Plaintiff*,

vs.

GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Block 17 TRUSTEE, LLC, BLOCK 17 Residential Owner, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC,

    *Counterclaim Defendants.*

BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,

    *Counterclaim Plaintiffs*,

vs.

ELEVEN IP HOLDINGS, LLC,

    *Counterclaim Defendant.*
_____/

Case No. 1:22-cv-24119-FAM-TORRES

**COUNTERCLAIM DEFENDANTS' RESPONSE IN OPPOSITION TO RENEWED MOTION TO FILE SUPPLEMENTAL SUMMARY JUDGMENT BRIEF OR, ALTERNATIVELY, RENEWED REQUEST TO FILE SUPPLEMENTAL BRIEF**

Counterclaim Defendants GR Opco, LLC, 11USA Group, LLC, Marc Roberts, Michael Simkins, Dennis DeGori, Marc Roberts Companies LLC, Lion Development Opportunity Fund LLC, Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Block 17 Trustee, LLC, and Block 17 Residential Owner, LLC (collectively, the "Counterclaim Defendants"), file this response in opposition to Eleven IP Holdings, LLC's ("Eleven") Renewed Motion for Leave to File Limited 5-Page Motion for Summary Judgment on GR Opco, LLC's New Affirmative Defenses [D.E. 488] (the "Renewed Motion").

The Court should deny the Renewed Motion. As Eleven explains in the motion, on October 2, 2024, the parties jointly filed an unopposed motion for leave to file five-page supplemental summary judgment motions and three-page supplemental statements of material fact. [D.E. 479] (the "Original Motion"). The aim of the Original Motion was to dispense with the need for the reopening of summary judgment briefing (as contemplated in the Court's September 17, 2024 order [D.E. 459]), and to allow the parties to address, in short supplemental briefs, claims and defenses that had arisen after the filing of the parties' summary judgment motions on July 26, 2024. On October 3, 2024, without a decision on the Original Motion, the Counterclaim Defendants filed an Amended Motion for Summary Judgment, and a corresponding Amended Statement of Material Facts, consistent with the Court's September 17th order and with the page-length limitations for the original summary judgment motions (no more than 25 pages). [D.E. 482, 483]. Notably, as relevant to the Counterclaim Defendants, the Amended MSJ addressed over 100 new paragraphs of allegations in Eleven's operative Second Amended Counterclaim, which relate to Eleven's claim

2

for contributory trademark infringement, and which Eleven obtained leave to assert only after the July 26th deadline to file summary judgment motions.

Accordingly, the granting of Eleven's Renewed Motion—which would provide Eleven with an aggregate page limit of 30 pages for its summary judgment motion, five more pages than the Counterclaim Defendants had for their motion—would materially prejudice the Counterclaim Defendants. The Counterclaim Defendants respectfully submit that, just as they were required to address a multitude of new allegations in their Amended MSJ, consistent with the original page-length limitations for summary judgment motions, so, too, should Eleven be required to address its issues of concern in its opposition to the Amended MSJ. The Court should therefore deny the Renewed Motion and order Eleven to respond to the Counterclaim Defendants' Amended MSJ, as originally contemplated in the Court's September 17th order.

Alternatively, if the Court were inclined to grant Eleven's Renewed Motion, then the Counterclaim Defendants respectfully request that the Court grant the Counterclaim Defendants leave to file a supplemental summary judgment brief to address the new claims and defenses that have arisen after the July 26th deadline for summary judgment motions. In this scenario, the Counterclaim Defendants request that the Court order the following briefing schedule:

- **October 17, 2024:** The parties shall file a supplemental summary judgment brief of no more than five pages, and a supplemental statement of material facts of no more than three pages. The Counterclaim Defendants' supplemental brief and statement shall be limited to Eleven's claim for contributory trademark infringement in the Second Amended Counterclaim; Eleven's supplemental brief shall be limited to GR Opco, LLC's fifth, fourteenth, and fifteenth affirmative defenses in GR's answer to the Second Amended Counterclaim.

- **October 31, 2024:** The parties shall file responses to the supplemental briefs, not to exceed five pages.

- **November 7, 2024:** The parties shall file replies in support of their supplemental briefs, not to exceed three pages.

Dated: October 14, 2024               Respectfully submitted,

By: /s/ *Bryan A. Almeida*
**Marcus Neiman Rashbaum & Pineiro LLP**
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Attorneys for Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC*

-and-

By: /s/ *Robert H. Thornburg*
**Allen, Dyer, Doppelt & Gilchrist, P.A**.
Robert H. Thornburg / Fla. Bar No. 630829
email: rthornburg@allendyer.com
Susan J. Latham / Fla. Bar No. 687391
email: slatham@allendyer.com
James R. Leahy / Fla. Bar No. 1044500
email: jleahy@allendyer.com
121 Alhambra Plaza, Suite 1250
Coral Gables, Florida 33134
Telephone: 305-374-8303
Facsimile: 305-374-8306
Ryan T. Santurri / Fla. Bar No. 15698
email: rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801
Tel.: 407-841-2330; Facsimile: 407-841-2343

-and-

**Martinez-Cid Law**
Jordi C. Martinez-Cid / Fla. Bar No. 100566
email:  jmartinez-cid@martinez-cidlaw.com
service@martinez-cidlaw.com
Andy Hernandez / Fla. Bar No. 1018581
email: ahernandez@martinez-cidlaw.com
1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-704-9162

*Attorneys for GR Opco, LLC d/b/a E11EVEN*

-and-

**By**: /s   *Lawrence W. Byrne*
**PEDERSEN & HOUPT**, a Prof. Corp.
Lawrence W. Byrne, Esq.
Fla. Bar No. 1057467
pro hac vice
email:  lbyrne@pedersenhoupt.com
161 N. Clark Street, Ste. 2700
Chicago, Illinois 60601
Telephone:  312-261-2155
and
**Weisberg IP Law P.A**.
Elissa A. Tisdahl, Fla. Bar No. 85521
Email: etisdahl@weisbergiplaw.com
1232 N. University Drive
Plantation, FL 33322
Telephone: 954-828-1488

*Attorneys for 11USA Group, LLC and Dennis DeGori*

-and-

**By**: /s   *Jonathan W. Thomas*
**Kilpatrick Townsend & Stockton LLP**
Jonathan W. Thomas (admitted *pro hac vice*)
jwthomas@ktslaw.com
Evan S. Nadel, Fla. Bar No. 165409
enadel@ktslaw.com
The Grace Building
1114 Avenue of the Americas
New York, New York 10020
Tel.: 212.775.8856

5

R. Charles Henn, Jr. (admitted *pro hac vice*)
Shreya P. Desai (admitted *pro hac vice*)
Davis-Brooke Caswell (admitted *pro hac vice*)
chenn@ktslaw.com
spdesai@ktslaw.com
dbcaswell@ktslaw.com
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel.: 404.815.6032

*Attorneys for Block 17 Trustee, LLC and Block 17 Residential Owner, LLC*

6