UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GR OPCO, LLC<br><br>    *Plaintiff*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE<br><br>    *Defendants*.<br><br>and<br><br>ELEVEN IP HOLDINGS LLC<br><br>    *Counterclaim Plaintiff*,<br><br>vs.<br><br>GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC<br><br>    *Counterclaim Defendants,*<br><br>BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,<br><br>    *Counterclaim-Plaintiffs*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC<br><br>    *Counterclaim Defendant* | Case No. 1:22-cv-24119-FAM-TORRES<br><br>**JUSTIN TAYLOR DECLARATION IN SUPPORT OF ELEVEN'S RESPONSE TO PLAINTIFF AND COUNTERCLAIM-DEFENDANTS' LOCAL RULE 56.1(A) AMENDED STATEMENT OF UNDISPUTED MATERIAL FACTS AND ELEVEN'S STATEMENTS OF ADDITIONAL FACTS** |

I, JUSTIN TAYLOR, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York, 10022.

2. I am counsel of record for Defendant/Counterclaim Plaintiff Eleven IP Holdings LLC ("EIP") and Defendants Grassy Creek LLC ("Grassy Creek), CS Irwin LLC ("CS Irwin"), and Irwin Backcountry Guides, LLC ("IBG"), Alan Pike, and Chad Pike (collectively, "Eleven").

3. I submit this Declaration in support of Eleven's Response to Plaintiff and Counterclaim-Defendants' Local Rule 56.1(a) Amended Statement of Undisputed Material Facts and Eleven's Statements of Additional Facts.

4. This declaration is based on my personal knowledge and is made to the best of my knowledge, information, and belief.

5. Attached hereto as **Exhibit 576** is a true and correct copy of excerpts of transcript of the deposition of Ryan Shear, taken March 5, 2024.

6. Attached hereto as **Exhibit 577** is a true and correct copy of excerpts of the transcript of the 30(b)(6) deposition of Ryan Shear, taken March 12, 2024.

7. Attached hereto as **Exhibit 578** is a true and correct copy of a document produced by Eleven bearing the beginning Bates number ELEVEN_0083779.

8. Attached hereto as **Exhibit 579** is a true and correct copy of a document produced by Eleven bearing the beginning Bates number ELEVEN_0083783.

9. Attached hereto as **Exhibit 580** is a true and correct copy of a document produced by Eleven bearing the beginning Bates number ELEVEN_0083787.

10. Attached hereto as **Exhibit 581** is a true and correct copy of a document produced by Eleven bearing the beginning Bates number ELEVEN_0085001.

11. Attached hereto as **Exhibit 582** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00148923.

12. Attached hereto as **Exhibit 583** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00149218.

13. Attached hereto as **Exhibit 584** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00259281.

14. Attached hereto as **Exhibit 585** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00259390.

15. Attached hereto as **Exhibit 586** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00274004.

16. Attached hereto as **Exhibit 587** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00285024.

17. Attached hereto as **Exhibit 588** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00300461.

18. Attached hereto as **Exhibit 589** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00305293.

19. Attached hereto as **Exhibit 590** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00350555.

20. Attached hereto as **Exhibit 591** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00352272.

21. Attached hereto as **Exhibit 592** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00429310.

22. Attached hereto as **Exhibit 593** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00431108.

23. Attached hereto as **Exhibit 594** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00432151.

24. Attached hereto as **Exhibit 595** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00443785.

25. Attached hereto as **Exhibit 596** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00443787.

26. Attached hereto as **Exhibit 597** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00664659.

27. Attached hereto as **Exhibit 598** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00682739.

28. Attached hereto as **Exhibit 599** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00696556.

29. Attached hereto as **Exhibit 600** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00699676.

30. Attached hereto as **Exhibit 601** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00721573.

31. Attached hereto as **Exhibit 602** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00790777.

32. Attached hereto as **Exhibit 603** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00793889.

33. Attached hereto as **Exhibit 604** is a true and correct copy of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00794819.

34. Attached hereto as **Exhibit 605** is a true and correct copy of excerpts of a document produced by GR Opco bearing the beginning Bates number GR OPCO-00795081.

35. Attached hereto as **Exhibit 606** is a true and correct copy of a document produced by Marc Roberts Company bearing the beginning Bates number MRC-LION-00081004.

36. Attached hereto as **Exhibit 607** is a true and correct copy of a document produced by PMG bearing the beginning Bates number PMG-BLOCK17-11THST-0000852.

37. Attached hereto as **Exhibit 608** is a true and correct copy of a document produced by PMG bearing the beginning Bates number PMG-BLOCK17-11THST-0000917.

38. Attached hereto as **Exhibit 609** is a true and correct copy of a document produced by PMG bearing the beginning Bates number PMG-BLOCK17-11THST-0001817.

39. Attached hereto as **Exhibit 610** is a true and correct copy of a document produced by PMG bearing the beginning Bates number PMG-BLOCK17-11THST-0001819.

40. Attached hereto as **Exhibit 611** is a true and correct copy of a document produced by Wire bearing the beginning Bates number WIRE_0002993.

41. Eleven has filed a motion for leave to conventionally file (i) **Exhibit 612**, which is a true and correct copy of a video produced by Waterfront Investment Real Estate, LLC (d/b/a WIRE Miami) bearing the beginning Bates number WIRE_0002955 (filename "612_WIRE_0002955.MOV"), and (ii) **Exhibit 613**, which is a true and correct copy of a video produced by WIRE Miami bearing the beginning Bates number WIRE_0002956 (filename

"613_WIRE_0002956.MOV"). These videos depict a non-party broker marketing West Eleventh and E11even-branded properties at the Property Markets Group sales center.

42. Attached hereto as **Exhibit 614** is a true and correct copy of excerpts of transcript of the deposition of Eddie Franco, taken March 14, 2024.

43. Attached hereto as **Exhibit 615** is a true and correct copy of excerpts of transcript of the deposition of James Ilg, taken March 11, 2024.

44. Attached hereto as **Exhibit 616** is a true and correct copy of excerpts of transcript of the deposition of Kyra Phelps, taken June 18, 2024.

45. Attached hereto as **Exhibit 617** is a true and correct copy of excerpts of transcript of the deposition of 30(b)(6) David Smith, taken March 4, 2024.

46. Attached hereto as **Exhibit 618** is a true and correct copy of excerpts of transcript of the deposition of Jennifer Jeffery, taken June 25, 2024.

47. Attached hereto as **Exhibit 619** is a true and correct copy of excerpts of transcript of the deposition of Kyra Phelps, taken June 15, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2024

                                                                                       */s/ Justin Taylor*
                                                                                       Justin Taylor