# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

GR OPCO, LLC

    *Plaintiff*,

vs.

ELEVEN IP HOLDINGS LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE

    *Defendants*.

and

ELEVEN IP HOLDINGS LLC

    *Counterclaim Plaintiff*,

vs.

GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC

    *Counterclaim Defendants,*

BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,

    *Counterclaim-Plaintiffs*,

vs.

ELEVEN IP HOLDINGS LLC

    *Counterclaim Defendant*

Case No. 1:22-cv-24119-FAM-TORRES

**NOTICE OF FILING EXHIBITS 576-619 TO THE DECLARATION OF JUSTIN TAYLOR IN SUPPORT OF ELEVEN'S RESPONSE TO PLAINTIFF AND COUNTERCLAIM DEFENDANTS' LOCAL RULE 56.1(a) AMENDED STATEMENT OF UNDISPUTED MATERIALS FACTS AND ELEVEN'S STATEMENTS OF ADDITIONAL FACTS**

Defendant/Counterclaim-Plaintiff/Counterclaim Defendant Eleven IP Holdings LLC, and Movants Grassy Creek LLC, CS Irwin, LLC, Irwin Backcountry Guides, LLC, Alan Pike, and Chad Pike (collectively, "Eleven"), by and through undersigned counsel, hereby file Exhibits 576-619 to the *Declaration* of *Justin Taylor in Support of Eleven's Response to Plaintiff and Counterclaim Defendants' Local Rule 56.1(a) Amended Statement of Undisputed Facts and Eleven's Statements of Additional Facts*.

Dated: October 17, 2024

Respectfully submitted,

*/s/ Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500

Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Claudia Ray (admitted *pro hac vice*)
claudia.ray@kirkland.com
Shanti Sadtler Conway (admitted *pro hac vice*)
shanti.conway@kirkland.com
Mary Mazzello (admitted *pro hac vice*)
mary.mazzello@kirkland.com
Eric Loverro (admitted *pro hac vice*)
eric.loverro@kirkland.com
Justin Taylor (admitted *pro hac vice*)
justin.taylor@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone: (212) 446-4800

Miranda D. Means (admitted *pro hac vice*)
miranda.means@kirkland.com
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500

*Attorneys for Eleven IP Holdings LLC, Grassy Creek LLC, CS Irwin LLC, Irwin Backcountry Guides, LLC, Chad Pike, and Alan Pike*