# EXHIBIT 578





BUILDING

## West Eleventh Residences
20 NE 11th St, Miami FL 33132

| | | | |
|---|---|---|---|
| Neighborhood | Park West | Available on | Pre-construction |
| Number of Units | 659 | Stories | 44 |

♡ Save    ⋘ Share

## Overview

Introducing West Eleventh Residences, the luxurious pre-construction tower that proudly represents the third installment under the esteemed E11EVEN brand. Developed in a partnership between Property Markets Group (PMG) and E11EVEN Partners, West Eleventh Residences promises a fully centralized management system, offering the unique opportunity for daily short-term rentals.

West Eleventh Residence Features:

This exceptional tower will offer 659 fully furnished and exquisitely finished residences, meticulously curated by the award-

ELEVEN_0083779

winning interior design firm, Avroko Hospitality Group. These residences are equipped with top-of-the-line Sub-Zero and Wolf appliances, including a paneled microwave, dishwasher, built-in convection oven, and refrigerator. Experience a modern living environment with a contemporary lighting package featuring recessed lighting, dimmers, and lighting control. Relax in style with an LED fireplace in the living room and enjoy the convenience of a built-in, top-tier washer and dryer. As a special touch, each residence includes a signature Home Essentials Package, encompassing silverware, glassware, linens, sheets, and towels.

West Eleventh Amenities:

Designed by the renowned architecture firm Sieger Suarez Architects, West Eleventh Residences will rise majestically to 44 stories, offering Vegas-style amenities that redefine luxury living. Dive into the E11EVENTH rooftop Members-only Club, featuring a unique poolside venue and an exclusive signature dining experience. Unwind at the 8,000-square-foot Sports Lounge, boasting a massive 40-foot-wide LED video wall and an additional 17 displays of 98-inch and 86-inch screens. Enjoy gourmet delights crafted by an executive chef and a selection of over 20 craft beers. Delight in the 20,000-square-foot West Eleventh Day Club & Pool on the 11th floor, with fully furnished cabanas equipped with flatscreen TVs, temperature-controlled plunge pools, a spacious swimming pool, and a lavish lounge with a full music studio. Discover ultimate relaxation at the Chopra Spa & Studio, equipped with a state-of-the-art fitness center, a serene meditation room, a rejuvenating yoga studio, and indulgent restorative spa treatments. Additionally, West Eleventh offers convenient transportation to and from the E11EVEN Beach Club, located on the pristine beachfront in South Beach's South of Fifth neighborhood.

West Eleventh Location in Miami, Florida:

Situated in Miami's vibrant Park West neighborhood at 20 NE 11th Street, West Eleventh Residences places you just blocks away from the expansive 300,000-square-foot-plus shopping district of Miami Worldcenter. Nestled directly west of E11EVEN Residences Miami Beyond and E11Even Hotel & Residences, this prime location is a mere 8 minutes from the trendy Wynwood Miami, 10 minutes from bustling Brickell, 12 minutes from the iconic South Beach, and a convenient 15 minutes from the Miami International Airport. Experience the pinnacle of modern living at West Eleventh Residences.

## West Eleventh Residences Listings



For Sale    For Rent    Sold    Rented    Pending

Bedrooms:  ● All   ○ 1 Bd   ○ 2 Bd   ○ 3 Bd   ○ 4+ Bd

| UNIT | PRICE | ⌄ BEDS | BATHS | SQFT | $/SQFT | DOM | LISTED ON |
|------|-------|--------|-------|------|--------|-----|-----------|
| Please Inquire for Latest Price | | | | | | | |

## Related Buildings



Pre-Construction

### E11EVEN Residences Miami Beyond
20 NE 11th St, Miami FL 33132



Pre-Construction

### The Crosby Miami Worldcenter
640 N Miami Ave, Miami FL 33136

ELEVEN_0083780

From – | Estd. : 2026

From – | Estd. : 2025



**The Elser Hotel & Residences**
398 NE 5th St. Miami FL 33132
$619K – $1.88M | Built : 2022

## Quick Links

**Custom Search**

Condos For Sale

Apartments For Rent

Luxury Condo Buildings

Pre-Construction Buildings

Neighborhoods

**New Developments**

St Regis Residences Miami

The Residences at Mandarin Oriental

The Residences at 1428 Brickell

Cipriani Residences Miami

2200 Brickell

**Buildings**

Brickell Flatiron

Icon Brickell I

1010 Brickell

Rise at Brickell City Centre

Reach at Brickell City Centre

**Neighborhoods**

Brickell

Brickell Key

Downtown

Edgewater

Coconut Grove

COMPASS     Zillow    HL HAUTE LIVING    The Miami Herald    THEREALDEAL

### Sign up to our newsletter

Stay up to date with the latest news, announcements, and articles

Your Email    [ Subscribe ]



**Brickell**.com

A Real Estate and Lifestyle Portal Serving the Brickell & Miami Real Estate & Condo Market.

**EXPLORE**
Buy
Rent
Neighborhoods
Buildings
New Developments
Our Team
Blog

**LEGAL**
Terms & Conditions
Privacy Policy

**SOCIAL**
Facebook
Twitter
Youtube

**KEEP IN TOUCH**
admin@brickell.com

© 2023 Brickell.com – All Rights Reserved

Built by Waak Labs

ELEVEN_0083781

ELEVEN_0083782