# EXHIBIT 579





BUILDING
# E11EVEN Hotel & Residences
20 NE 11th St, Miami FL 33132

| | | | |
|---|---|---|---|
| Neighborhood | Park West | Available on | 2026 |
| Number of Units | 400 | Stories | 65 |

♡ Save          ⚡ Share

## Overview

Welcome to E11EVEN Hotel & Residences, Miami's pioneering 24/11 residential entertainment destination. This exceptional project, a collaborative effort by Property Markets Group (PMG) and E11EVEN Partners, introduces a collection of 400 fully furnished and finished luxury residences. These encompass studios, one- to two-bedroom floor plans, a Limited Penthouse Collection, and two Presidential Suites, each graced with a private indoor pool. Every residence, meticulously curated by the award-winning interior design firm Avroko Hospitality Group, is thoughtfully equipped with a Sub-Zero and Wolf appliance package, contemporary lighting, an LED (or water-based) fireplace, a top-of-the-line washer and dryer, and a signature Home Essentials Package comprising silverware, glassware, linens, sheets, and towels. Standard residences at E11EVEN Hotel &

Residences boast impressive 9-foot-6-inch to 10-foot-high floor-to-ceiling glass windows, while Penthouses offer jaw-dropping 12-foot-high windows, and Presidential Suites showcase panty-dropping 14-foot-high windows. Anticipated delivery is set for the 2nd to 3rd Quarter of 2026.

UPDATE: E11EVEN HOTEL & RESIDENCES IS COMPLETELY SOLD OUT!

E11EVEN Hotel & Residences Amenities:

Designed by the renowned architecture firm Sieger Suarez Architects, E11EVEN Hotel & Residences soars 65 stories and unveils Vegas-style amenities. These include an exclusive E11EVEN rooftop Members-only Club with a unique poolside venue and signature dining experience, an 8,000-square-foot Sports Lounge boasting a 40-foot-wide LED video wall and 17 additional 98-inch and 86-inch displays, a remarkable dining program by an executive chef, and an extensive selection of over 20 craft beers. The 11th-floor E11EVEN Day Club & Pool spans 20,000 square feet and features fully furnished cabanas with flatscreen TVs and temperature-controlled plunge pools, a 2,000-square-foot swimming pool, and a living room lounge complete with a full music studio. Additionally, the development houses the Chopra Spa & Studio, offering a state-of-the-art fitness center, meditation room, yoga studio, and rejuvenating spa treatments. For added convenience, E11EVEN Hotel & Residences provides transportation to and from the E11EVEN Beach Club situated on the beach in South Beach's South of Fifth neighborhood.

E11EVEN Hotel & Residences Location in Miami, Florida:

Strategically positioned in Miami's Park West neighborhood at 20 NE 11th Street, E11EVEN Hotel & Residences enjoys proximity to Miami Worldcenter's expansive 300,000-square-foot-plus shopping district. By car, it's a mere 8 minutes to Wynwood Miami, 10 minutes to Brickell, 12 minutes to the vibrant South Beach, and a convenient 15 minutes to the Miami International Airport. Welcome to the world of E11EVEN Hotel & Residences, where entertainment and luxury converge.

## E11EVEN Hotel & Residences Listings



## Related Buildings



**E11EVEN Residences Miami Beyond**
20 NE 11th St, Miami FL 33132
From - | Estd.: 2026



**The Elser Hotel & Residences**
398 NE 5th St, Miami FL 33132
$619K – $1.88M | Built: 2022

ELEVEN_0083784







ELEVEN_0083786