# EXHIBIT 580





BUILDING
# E11EVEN Residences Miami Beyond
20 NE 11th St, Miami FL 33132

| Neighborhood | Park West | Available on | 2026 |
|---|---|---|---|
| Number of Units | 461 | Stories | 65 |

♡ Save    ⚷ Share

## Overview

Welcome to E11EVEN Residences Miami Beyond, an extraordinary new pre-construction tower that serves as the twin counterpart to E11Even Hotel & Residences. Jointly developed by Property Markets Group (PMG) and E11EVEN Partners, this visionary development offers 461 fully furnished and finished luxury residences, ranging from studios to two-bedroom floor plans, along with a Limited Penthouse Collection. Crafted by the renowned interior design firm Avroko Hospitality Group, each residence boasts a Sub-Zero and Wolf appliance package, contemporary lighting, an LED fireplace in the living room, top-tier washer and dryer, and a signature Home Essentials Package comprising silverware, glassware, linens, sheets, and towels. Standard residences at E11EVEN Residences Miami Beyond showcase impressive 9-foot-6-inch to 10-foot-high floor-to-

ceiling glass windows, while the Penthouses feature awe-inspiring 12-foot-high floor-to-ceiling glass windows. Anticipated delivery is set for 2026.

E11EVEN Residences Miami Beyond Amenities:

Designed by the world-renowned architecture firm Sieger Suarez Architects, E11EVEN Residences Miami Beyond stands tall at 65 stories and offers Vegas-style amenities. Highlights include an exclusive E11EVEN rooftop Members-only Club with a distinctive poolside venue and signature dining experience. An 8,000-square-foot Sports Lounge boasts a 40-foot-wide LED video wall, 17 additional 98-inch and 86-inch displays, and an executive chef-led dining program, offering a choice of over 20 craft beers. The 11th-floor E11EVEN Day Club & Pool spans 20,000 square feet and features fully furnished cabanas with flatscreen TVs, temperature-controlled plunge pools, a 2,000-square-foot swimming pool, and a living room lounge complete with a full music studio. The Chopra Spa & Studio offers a state-of-the-art fitness center, meditation room, yoga studio, and rejuvenating spa treatments. Additionally, E11EVEN Residences Miami Beyond provides transportation to and from the E11EVEN Beach Club located on the beach in South Beach's South of Fifth neighborhood. Notably, the development includes a helipad, granting residents the ability to charter for travel.

E11EVEN Residences Miami Beyond Location in Miami, Florida:

Situated in Miami's Park West neighborhood at 20 NE 11th Street, E11EVEN Residences Miami Beyond enjoys close proximity to Miami Worldcenter's expansive 300,000-square-foot-plus shopping district. It is conveniently adjacent to E11Even Hotel & Residences, connected by a signature bridge linking the two towers. By car, E11EVEN Hotel & Residences is just 8 minutes from Wynwood Miami, 10 minutes from Brickell, 12 minutes from the vibrant South Beach, and a convenient 15 minutes from the Miami International Airport. Welcome to a world of limitless possibilities at E11EVEN Residences Miami Beyond.

## E11EVEN Residences Miami Beyond Listings



## Related Buildings





ELEVEN_0083788



## Quick Links

| Custom Search | New Developments | Buildings | Neighborhoods |
| --- | --- | --- | --- |
| Condos For Sale | St Regis Residences Miami | Brickell Flatiron | Brickell |
| Apartments For Rent | The Residences at Mandarin Oriental | Icon Brickell I | Brickell Key |
| Luxury Condo Buildings | | 1010 Brickell | Downtown |
| Pre-Construction Buildings | The Residences at 1428 Brickell | Rise at Brickell City Centre | Edgewater |
| Neighborhoods | Cipriani Residences Miami | Reach at Brickell City Centre | Coconut Grove |
| | 2200 Brickell | | |

 

### Sign up to our newsletter

Stay up to date with the latest news, announcements, and articles



