# EXHIBIT 583

Message

| | |
|---|---|
| **From:** | Philip Lippiello [phil@lippiellotechservices.com] |
| **Sent:** | 1/22/2021 10:36:35 PM |
| **To:** | Marc Roberts [marc@marcroberts.com] |
| **Subject:** | DRAFT: E11EVEN CREATING HISTORY ONCE AGAIN! |

DRAFT COPY!

Let me know if this is okay and I'll get it sent.

## Philip Lippiello

Lippiello Technology Services
phil@lippiellotechservices.com
561.401.4005

**From:** Marc Roberts <marc@marcroberts.com>
**Sent:** Friday, January 22, 2021 22:35
**To:** Philip Lippiello <phil@lippiellotechservices.com>
**Subject:** E11EVEN CREATING HISTORY ONCE AGAIN!

# "E11EVEN CREATING HISTORY ONCE AGAIN"
# RESERVE YOUR ONCE IN A LIFETIME OPPORTUNITY NOW!
# Call Pablo Rodriguez
# (786) 412-0173

Property Markets Group and the owners of nightclub E11EVEN Miami have teamed with health guru Dr. Deepak Chopra for a new mixed-use development in Miami's Overtown/Park West neighborhood.

The E11EVEN Hotel & Residences would have 375 condominium units and hotel rooms at 20 N.E. 11th St., next to the existing nightclub. The project would include the 10,000-square-foot Chopra Spa & Studio, with the health and healing practices of Ayurveda available for both residents and guests. Offerings would include yoga, a sauna, a steam room, massage therapists and nutrition coaches.

Chopra said this would be the first residential and hotel partnership for Chopra Global. "To its core, Chopra Global is committed to empowering personal transformation for our collective well-being," he said. "The Chopra Spa & Studio will do just that by offering residents and guests a blend of modern well-being practices with Ayurveda – a centuries-old system of health and healing – providing a whole-self approach."

The project would also have a 20,000-square-foot entertainment complex called the E11EVEN Beach Day Club on the 11th floor that would be open to the general public. Other amenities would include a casino-style sports lounge, a sky deck, a signature restaurant, a pool, event space and

a wellness center. There would also be a beach club on Miami Beach exclusively for condo owners and hotel guests.

The units, which range from studios to two bedrooms, start at $300,000. There would also be a some penthouses and presidential suites, with prices up to $18 million. Each unit would have an LED fireplace.

"E11EVEN Hotel & Residences Miami's partnership with Chopra Spa & Studio will bring a wellness sanctuary to the U.S. located in the heart of South Florida," said Ryan Shear, managing partner of PMG. "Now, more than ever, health is at the forefront of everything we do, and this partnership highlights our commitment to providing the very best for everyone who will live and enjoy E11EVEN Hotel & Residences Miami."

New York-based PMG is well known locally for condos such as Echo Brickell, Echo Aventura and Muse Sunny Isles, as well as the X Miami and Society Las Olas apartments.

With this project, PMG is contributing to the growth of Overtown/Park West, which has

Not Confidential
GR OPCO-00149221

gone from an economically depressed area to the home of billions of dollars' worth of development with Miami Worldcenter and surrounding projects.

The site is currently owned by Miami NE 11th LLC, managed by Michael Simkins and Marc Roberts. The property is under contract to a joint venture between PMG and E11EVEN Partners, headed by Simkins, Roberts and Dennis Degori. The latter group has run the nightclub since 2014.

## RECOMMENDED

The project was designed by Sieger Suarez Architects, with interiors by Avroko Hospitality Group & Studio Ramirez.
In an interview with the Business Journal, Simkins said all 375 units are for sale and the buyers can decide whether to live in them full time, part time or place them in the building's hotel program. There will be no physical separation between residential condos and hotel rooms, he added.
The idea for a condo came after Shear visited the club one night and got to talking with the owners.

Not Confidential
GR OPCO-00149222

"He said what the club was about and loved it," Roberts said. "We were very focused on expanding the E11EVEN brand and we wanted to build something with the E11EVEN name on it."

"The E11EVEN brand is about inclusiveness and supporting everyone and feeling good, and people who support that will want to live here," Simkins added.

Roberts compared the project to a high-end Las Vegas hotel.

They only recently started contacting brokers after starting with a "friends and family" marketing campaign, and sales have been going well. The developers plan to start turning reservations into hard contracts in early February and break ground in late summer 2021, Roberts said. It would take about 2.5 years to build.

Simkins and Roberts own an additional 10 acres in the Park West neighborhood, which they call the Miami Innovation District. Over time, they plan to develop it into a booming area.

Not Confidential

GR OPCO-00149223

"The Park West neighborhood can support a super-high-end product with amazing entertainment and social activities," Simkins said.

Marc Roberts Companies | 4167 Main St, Jupiter, FL 33458

Unsubscribe {recipient's email}

Update Profile | About our service provider

Sent by marc@marcroberts.com powered by

Try email marketing for free today!

**THIS IS A TEST EMAIL ONLY.**
This email was sent by the author for the sole purpose of testing a draft message. If you believe you have received the message in error, please contact the author by replying to this message. Constant Contact takes reports of abuse very seriously. If you wish to report abuse, please forward this message to abuse@constantcontact.com.

Not Confidential

GR OPCO-00149224