# EXHIBIT 600

Message

---

| | |
|---|---|
| **From**: | Veronica Gorson [vgorson@propertymg.com] |
| **Sent**: | 3/2/2023 2:02:25 PM |
| **To**: | Matt Brooks [matt@alchemy-agency.com] |
| **CC**: | Marc Roberts [marc@marcroberts.com]; Debra Slifkin [debra@marcroberts.com] |
| **Subject**: | West Eleventh - Amanda Cerny |
| **Attachments**: | West Eleventh Residences Launch Press Release_FINAL.docx; West Eleventh Residences Brochure.pdf |

Hi Matt,

Per your discussion with Marc, here is the info for Amanda Cerny. Thanks for helping us push this out!

Here is the link to the photos:
https://www.dropbox.com/scl/fo/69136sf4hajtcla8025to/h?dl=0&rlkey=77ghd97ocjgec5iot1xdk81jq

I've also attached our press release and brochure so you have the project info.

Let me know if you need anything else.

Thanks,
Vero

GR OPCO-00699672

**PMG Collaborates with Airbnb to Offer West Eleventh Residences**

*The 44-story tower will offer 659 turn-key, luxury residences in Miami's District 11 as the first centrally managed luxury condo tower to grant owners the option to host 365 days on Airbnb*

**MIAMI** – (February 20, 2023) – National developer [ HYPERLINK "https://propertymg.com/" \h ], Miami-based Lion Development Group, and Marc Roberts Companies proudly announce the commencement of sales for West Eleventh Residences. Located at 18 NW 11th Street, West Eleventh Residences will offer short-term rental flexibility and a first-time opportunity for owners to enjoy fully centralized management with the ability to host guests 365 days a year on Airbnb*. Situated in Miami's District 11, one of the city's most notable entertainment destinations, the tower will rise 44 stories and offer 659 fully furnished, turn-key residences complete with vibrant amenities and a distinctive 30,000 square foot, tri-level experiential entertainment and food hall on the ground floor.

"We are excited to announce the launch of West Eleventh Residences. The demand for short-term rental properties with onsite support for seamless hosting is high in South Florida, especially in Downtown Miami," said Ryan Shear, Managing Partner at PMG. "Not only will West Eleventh Residences offer flexible living options and luxury condo ownership for buyers, but it will also provide impeccable residences and superb amenities for Airbnb guests and owners to enjoy."

West Eleventh Residences will give owners the ability to host on Airbnb year-round with seamless centralized management, the first tower in Miami to offer this distinctive luxury. Each residence will be optimized for hosting on Airbnb, giving owners unparalleled autonomy and peace of mind through the convenience of hospitality-level service and oversight. The knowledgeable concierge staff will assist owners in the creation of personalized listings with services ranging from crafting the perfect listing description to offering professional photography resources.

Designed by internationally renowned architecture firm Sieger Suarez Architects, with residential interiors by Cotofana Designs, West Eleventh Residences will offer the latest smart building technology, top-of-the-line appliances, and sweeping views of the Miami skyline, Biscayne Bay, and the Atlantic Ocean. Each of its fully finished and fully furnished studio and one-bedroom residences will also be equipped with PMG smart home technology, delivering seamless personalization with the touch of a button for integrated audio, video and lighting systems.

In addition to the in-residence features, residents at West Eleventh Residences will have access to over 20,000 square feet of elevated amenity space specially curated to extend owner comfort. Amenities include a resort-style pool, private lounge areas, state-of-the-art fitness and wellness centers, a signature on-site restaurant, and more.

"Miami is continuously proving itself as an evolving, world-class entertainment destination people want to call home," said Michael Simkins, President and CEO of Lion Development Group. "Our collaboration with PMG and Marc Roberts Companies on West Eleventh Residences will once again underscore the area's potential, solidifying Downtown Miami's District 11 into a true live-work-play community for all. We are looking forward to delivering this transformative development to the neighborhood."

With luxury residential developments nationwide, PMG delivers impeccable attention to detail throughout each of its projects. The developer is notable for meticulously designed condominium developments such as 111 West 57th Street, Walker Tower, Stella Tower, 111 Leroy in New York City, Echo Aventura, Muse Residences Sunny Isles, Echo Brickell and Mei in South Florida, as well as Waldorf

Astoria Hotel & Residences Miami, The Elser Hotel & Residences in Miami, and two other successful pre-construction towers in Miami's District 11. Currently, PMG is developing more than five million square feet of new development that will deliver sophisticated design, high-end finishes and premium quality.

PMG Residential will exclusively represent sales for West Eleventh Residences. For more information, please call (786) 572-3444 or visit WestEleventhResidences.com.

*Hosting is subject to local laws and other restrictions.*

###

**About PMG**
Founded in 1991 by Kevin Maloney, Property Markets Group (PMG) has gone from a local real estate operator based in New York City to a national investment, development, and asset management firm focused on large scale multifamily and for-sale condominium projects, as well as select high-performing commercial holdings.

Today PMG is run by Managing Partners Ryan Shear and Dan Kaplan, currently operating across Florida, New York, Colorado, Arizona, Tennessee, and Georgia. Their vertically integrated team has departments specializing in acquisitions and land use, design and architecture, construction management, capital markets, asset management, sales and marketing, as well as significant in-house legal and accounting capabilities.

PMG's current multi-billion dollar nationwide portfolio includes assets across pre-development, construction, lease-up, and sell out, totaling more than 8,500 residential units and over 16 million square feet of development. Notable rental projects under the Society Living brand platform include locations in Denver, Nashville, Atlanta, Brooklyn, Orlando, Fort Lauderdale and Miami. Notable current condominium projects include 111 West 57th Street in New York City; the Waldorf Astoria Hotel & Residences and The Elser Hotel & Residences in Miami; as well as Sage Longboat Key Residences and One Park Sarasota on Florida's west coast. Additionally, PMG is growing its Affordable Housing division nationally. For more information, [ HYPERLINK "https://propertymg.com/" \h ].

**About Lion Development Group**
Lion Development Group was founded by business leaders and brothers Michael Simkins and Ron Simkins. The company specializes in world-class development and redevelopment projects in urban settings and emerging neighborhoods focused on the intersection of technology, culture, and the arts. Since launching the firm in 2009, the firm has successfully developed some of Miami's most notable destinations. As a champion of placemaking and revitalizing Miami neighborhoods, Lion Development Group is continuing to add to its track record of excellence in urban regeneration through projects that create global, connected live-work-play ecosystems for innovation and entrepreneurship that complement and enhance the local communities and strengthen Miami's positioning as a world-class city.

**About Marc Roberts Companies**
Led by CEO Marc Roberts, who began his entrepreneurial career as the youngest person to promote a professional boxing match and first person to take a sports management company public on the National NASDAQ, Marc Roberts Companies is a real estate-focused investment firm with a diverse portfolio and upward of $2 billion in investments. The firm has been assembling prime residential and commercial properties throughout Miami for over 20 years, and is a founding partner of Miami Worldcenter, the

GR OPCO-00699674

largest mixed use  project currently in development in  the  United  States.  Now focused on Miami's District 11 and the adjacent Park West District of Miami, the Company holds over 10 acres of prime real estate that it is beginning to develop with PMG and Michael Simkins. Currently, Mr. Roberts, working with PMG and Michael Simkins, has achieved over $1 billion in luxury condominium sales at successful pre-construction developments located within District 11.

**Media Contact**
Levy Public Relations
[ HYPERLINK "mailto:pmg@levypublicrelations.com" \h ]

GR OPCO-00699675



GR OPCO-00699676



The first centrally managed
luxury condo residences to grant
owners the option to host 365 days
on Airbnb.

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

Hosting is subject to rules and local laws. The ability to host 365 days a year is subject to the City of Miami's (the "City") Determination No. 2019-01 (the "Determination"). Any change in the Determination or the City's interpretation of the Determination may cause the ability to host 365 days a year to be limited and/or restricted as mandated by the City.

GR OPCO-00699677

WEST ELEVENTH

RESIDENCES MIAMI



## Uniquely host on Airbnb

Ownership at West Eleventh comes with many advantages, but none more beneficial than our unique hosting on Airbnb. With the option to host 365 days on Airbnb, West Eleventh is the first centrally managed residential tower to offer owners this distinctive luxury.



With fully centralized management, the property has been specifically optimized for effortless hosting on Airbnb, giving owners living flexibility while providing peace of mind. Our expertly trained concierge will assist you in creating your personalized listing, from providing professional photography of the building to helping you craft the perfect description. West Eleventh not only offers owners a fully furnished luxury home, but the option to seamlessly host on Airbnb.

02

03

Hosting is subject to rules and local laws. The ability to host 365 days a year is subject to the City of Miami's (the "City") Determination No. 2019-01 (the "Determination"). Any change in the Determination or the City's interpretation of the Determination may cause the ability to host 365 days a year to be limited and/or restricted as mandated by the City.

SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

WEST ELEVENTH                                                    RESIDENCES MIAMI

## West Eleventh Residences

This 44-story luxury tower, was designed by internationally renowned architecture firm Sieger
Suarez Architects and infused with artistic attention throughout. From the high design lobby and
state-of-the-art fitness and wellness center to the 20,000 square foot amenity level with a
resort style pool and private lounges.



ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

GR OPCO-00699679



GR OPCO-00699680



# CENTER YOUR WORLD

## District 11

Your home should feel like the center of the world. Located in Miami's bustling District 11, The West Eleventh Residences have breathtaking views of the Miami skyline and Biscayne Bay. This towering building exudes an "on top of the world" feeling while still providing a welcoming home-like undertone within each residence. Choose a day of relaxation and let the wellness-focused amenities lead you, indulge in an experience of international culinary expertise, or head out and let the night take you on its own adventure. It's all easy to do when everything is only steps from the building - situated at the heart of the city in District 11, considered one of Miami's newest and most coveted entertainment destinations.

GR OPCO-00699661



GR OPCO-00699682

# DISTRICT 11

### Entertainment

Located in the heart of Miami's thriving creative district, a world of art, nightlife, and culture is mere steps away from West Eleventh. Enjoy access to unlimited options for entertainment.

### Shopping / Dining

West Eleventh offers proximity to the best of everything, only minutes away. Shopping options range from flagship global brands to local favorites. Nearby world-class dining includes food and beverage concepts by Michelin-Star chefs.



SEE LEGAL DISCLOSURES ON BACK COVER

GR OPCO-00699683

WEST ELEVENTH

## In the Center of it All

Other nearby attractions include:

1.  E11EVEN® Hotel & Residences

2.  E11EVEN® Residences Miami Beyond

3.  Miami Worldcenter
    Featuring 300,000 SF of retail, food and beverage,
    and entertainment space.

    • Maple & Ash          • Posman Books
    • El Vecino            • Savage X Fenty
    • Bowlero             • Lululemon
    • ETTA               • Ray-Ban
    • Brasserie Laurel        • Club Studio
    • SEPHORA            • Earl's Kitchen & Bar
    • Lucid Motors

4.  Adrienne Arsht Center for the Performing Arts

5.  Perez Art Museum Miami (PAMM)

6.  Phillip & Patricia Frost Museum of Science

7.  Museum Park

8.  Miami-Dade Arena

9.  Freedom Tower at Miami Dade College

10. Port Miami

11. Bayside Marketplace

12. Miami Dade College - Wolfson Campus

13. Bayfront Park

14. Olympia Theater

15. MiamiCentral Station

16. Waldorf Astoria Residences Miami



SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

GR OPCO-00699684



SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

GR OPCO-00699685

WEST ELEVENTH  RESIDENCES MIAMI

# A NEW

Take living to a new direction never before imagined. West Eleventh takes every detail into account and every convenience is considered to offer residents a tailored and unique experience.

## BUILDING FEATURES

- 44-story tower located in Miami's District 11
- Designed by internationally renowned architecture firm Sieger Suarez Architects
- 659 luxury residences
- Fully centralized management of the property and services for hosting on Airbnb
- Views of the Miami skyline and Biscayne Bay
- 30,000 SF Tri-Level Experiential Entertainment Venue
- Vibrant amenity level featuring a resort style pool with private lounge areas
- Signature Supper Club Restaurant
- State-of-the-art fitness and wellness center
- Co-working space
- Modern and high design residential lobby space
- Features the latest "smart building" technology

# DIRECTION



ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER



West Eleventh Residences

Every convenience was considered and is at your fingertips such as smart building tech to the endless indulgences available in the tri-level experiential entertainment and culinary hall. All of this anchored by a street presence that naturally emanates the energy of the building's exciting surrounding neighborhood.

Not Confidential

GR OPCO-00699687



GR OPCO-00699688





RESIDENCES MIAMI

25

Not Confidential

GR OPCO-00699689



Not Confidential

GR OPCO-00699690

WEST ELEVENTH





SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

GR OPCO-00699691



SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential



WEST ELEVENTH

RESIDENCES MIAMI

Each fully finished and furnished studio and 1-bedroom residence has been thoughtfully curated. Move with seamless efficiency through the fully-integrated, custom kitchens. Customize the ambiance with the 'touch of a button' using PMG's smart home technology. Make getting ready a complete art of its own as you move between your built-out closets in the primary bedroom to the pristinely appointed, immaculately designed bathroom with custom imported cabinetry and glass-enclosed showers. Top of the line is only the beginning in these quarters of complete and total comfort, where any detail and customization is in your hands.

## RESIDENCE FEATURES

- Fully furnished and finished residences
- Fully built-out closets in the primary bedrooms featuring all shelving and drawers pre-installed for absolute convenience
- Custom shades
- Built in top-of-the-line washer and dryer
- Unprecedented efficiency through a PMG smart home technology experience for seamless personalization with the touch of a button. Includes integrated audio, video and lighting systems
- All residences come equipped with a contemporary lighting package, including recessed lighting, dimmers, and lighting control
- Pre-wired for high-speed communications, multiple telephone lines, and cable
- French balconies in select residences

A REFLECTION OF YOU



SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential





SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

WEST ELEVENTH

RESIDENCES MIAMI

# SAVOR

## KITCHEN & BATHS

- Fully-integrated kitchens with custom countertops, backsplashes and a contemporary under-mount sink
- Top-of-the-line appliance package includes microwave, dishwasher, built-in convection oven and refrigerator
- Imported and custom kitchen and bathroom cabinetry by Italkraft
- WaterWorks bathroom fixtures, features & accessories
- Custom bathroom countertops and finished floors and walls in wet areas
- Glass-enclosed showers



# EVERY MOMENT

SEE LEGAL DISCLOSURES ON BACK COVER



Not Confidential
GR OPCO-00699697



ARTIST CONCEPTUAL RENDERING
CONCEPTUAL DESIGN BY ARX

SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential

GR OPCO-00699698

WEST ELEVENTH

RESIDENCES MIAMI



**DEVELOPER**

Founded in 1991 by Kevin Maloney, Property Markets Group (PMG) has evolved from a local real estate operator based in New York City to a national investment, development and asset management firm focused on exceptional for-sale condominiums and large-scale multifamily residential product, as well as select high-performing commercial holdings.

Today PMG is run by Managing Partners Ryan Shear and Dan Kaplan, currently operating projects across Florida, New York, Colorado, Arizona, Tennessee, and Georgia. Their vertically integrated team has departments specializing in acquisitions and land use, design and architecture, construction management, capital markets, asset management, sales and marketing, as well as significant in-house legal and accounting capabilities.

PMG's current multi-billion dollar nationwide portfolio includes assets across pre-development, construction, lease-up, and sell out, totaling more than 8,500 residential units and over 16 million square feet of development. Ground up rental projects under PMG's rapidly expanding Society Living brand platform include locations in Denver, Nashville, Atlanta, Brooklyn, Fort Lauderdale and Miami. Additionally, PMG is growing its Affordable Housing division nationally.



**DEVELOPER**

Lion Development Group was founded by business leaders and brothers Michael Simkins and Ron Simkins. The company specializes in world-class development and redevelopment projects in urban settings and emerging neighborhoods focused on the intersection of technology, culture, and the arts. Since launching the firm in 2009, the firm has successfully developed some of Miami's most notable destinations. As a champion of placemaking and revitalizing Miami neighborhoods, Lion Development Group is continuing to add to its track record of excellence in urban regeneration through projects that create global, connected live-work-play ecosystems for innovation and entrepreneurship that complement and enhance the local communities and strengthen Miami's positioning as a world-class city.



**DEVELOPER**

Led by CEO Marc Roberts, who began his entrepreneurial career as the youngest person to promote a professional boxing match and first person to take a sports management company public on the National NASDAQ, Marc Roberts Companies is a real estate-focused investment firm with a diverse portfolio and upward of $2 billion in investments. The firm has been assembling prime residential and commercial properties throughout Miami for over 20 years, and is a founding partner of Miami Worldcenter, the largest mixed use project currently in development in the United States. Now focused on Miami's District 11 and the adjacent Park West District of Miami, the Company holds over 10 acres of prime real estate that it is beginning to develop with PMG and Michael Simkins. Currently, Mr. Roberts, working with PMG and Michael Simkins, has achieved over $1 billion in luxury condominium sales at successful pre-construction developments located within District 11.

44

45

SEE LEGAL DISCLOSURES ON BACK COVER

Not Confidential



WestEleventhResidences.com

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

☎ THIS PROJECT IS BEING DEVELOPED BY BLOCK 17 TRUSTEE, LLC (THE "DEVELOPER" OR THE "SPONSOR"), WHICH HAS A LIMITED RIGHT TO USE THE NAME AND LOGO OF BLOCK 17 RESIDENTIAL OWNER, LLC. ANY AND ALL STATEMENTS, DISCLOSURES AND/OR REPRESENTATIONS SHALL BE DEEMED MADE BY THE DEVELOPER AND NOT BY BLOCK 17 RESIDENTIAL OWNER, LLC. YOU AGREE TO LOOK SOLELY TO THE DEVELOPER (AND NOT TO BLOCK 17 RESIDENTIAL OWNER, LLC OR TO ANY OTHER DEVELOPER PARTY (AS DEFINED BELOW)) OTHER THAN THE DEVELOPER WITH RESPECT TO ANY AND ALL MATTERS RELATING TO THE SALES AND MARKETING AND/OR DEVELOPMENT OF THE PROJECT. THE DEVELOPER MAY REVISE THESE TERMS AT ANY TIME BY UPDATING THIS POSTING.

NO FEDERAL AGENCY HAS JUDGED THE MERITS OR VALUE, IF ANY, OF THIS PROPERTY. THIS IS NOT AN OFFER TO SELL, OR SOLICITATION OF OFFERS TO BUY, THE CONDOMINIUM UNITS IN STATES WHERE SUCH OFFER OR SOLICITATION CANNOT BE MADE. THESE DRAWINGS ARE CONCEPTUAL ONLY AND ARE FOR THE CONVENIENCE OF REFERENCE. THEY SHOULD NOT BE RELIED UPON AS REPRESENTATIONS, EXPRESS OR IMPLIED, OF THE FINAL DETAIL OF THE RESIDENCES. UNITS SHOWN ARE EXAMPLES OF UNIT TYPES AND MAY NOT DEPICT ACTUAL UNITS. STATED SQUARE FOOTAGES ARE RANGES FOR A PARTICU- LAR UNIT TYPE AND ARE MEASURED TO THE EXTERIOR BOUNDARIES OF THE EXTERIOR WALLS AND THE CENTERLINE OF INTERIOR DEMISING WALLS AND IN FACT ARE LARGER THAN THE AREA THAT WOULD BE DETERMINED BY USING THE DESCRIPTION AND DEFINITION OF THE "UNIT" SET FORTH IN THE DECLARATION OF CONDOMINIUM (WHICH GENERALLY ONLY EXCLUDES THE INTERIOR AIR SPACE BETWEEN THE PERIMETER WALLS AND EXCLUDES INTERIOR STRUCTURAL COMPONENTS). THE AREA OF THE UNIT AS DEFINED IN THE DECLARATION IS LESS THAN THE SQUARE FOOTAGE REFLECTED HERE. ALL DEPICTIONS OF APPLIANCES, PLUMBING FIXTURES, EQUIPMENT, COUNTERS, SOFFITS, FLOOR COVERINGS AND OTHER MATTERS OF DETAIL ARE CONCEPTUAL ONLY AND ARE NOT NECESSARILY INCLUDED IN EACH UNIT. THE FURNISHINGS AND DECOR ILLUSTRATED OR DEPICTED ARE NOT INCLUDED WITH THE PURCHASE OF THE UNIT. CONSULT YOUR PURCHASE AGREEMENT AND ANY ADDENDA THERETO FOR THE ITEMS INCLUDED WITH THE UNIT. DIMENSIONS AND SQUARE FOOTAGE ARE APPROXIMATE, WILL VARY WITH SPECIFIC UNIT TYPE AND MAY VARY WITH ACTUAL CONSTRUCTION. ADDITIONALLY, MEASUREMENTS OF ROOMS SET FORTH ON ANY FLOOR PLAN ARE NOMINAL AND GENERALLY TAKEN AT THE GREATEST POINTS OF EACH GIVEN ROOM (AS IF THE ROOM WERE A PERFECT RECTANGLE), WITHOUT RE- GARD FOR ANY CUTOUTS. UNIT ORIENTATION AND WINDOWS (INCLUDING NUMBER, SIZE, ORIENTATION AND AWNINGS), BALCONY/LANAIS (INCLUDING CONFIGURATION, SIZE AND RAILING/BALUSTRADE), STRUCTURE AND MECHANICAL CHASES MAY VARY. THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS, REVISIONS AND CHANGES IT DEEMS DESIRABLE IN ITS SOLE AND ABSOLUTE DISCRETION AND WITHOUT NOTICE. ALL DRAWINGS ARE CONCEPTUAL RENDERINGS AND THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS. ACTUAL VIEWS MAY VARY AND CAN NOT BE GUARANTEED. VIEWS SHOWN CANNOT BE RELIED UPON AS THE ACTUAL VIEW FROM ANY PARTICULAR UNIT WITHIN THE CONDOMINIUM. IMPROVEMENTS, LANDSCAPING AND AMENITIES DEPICTED MAY NOT EXIST. PRICES, PLANS, ARCHITECTURAL INTERPRETATIONS AND SPECIFICATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. THE INFORMATION PRESENTED WITHIN THIS DOCUMENT IS CONCEPTUAL. THE IMAGES AND FEATURES CONTAINED HEREIN ARE NOT TO BE RELIED UPON OR USED AS A REFERENCE FOR SPECIFICATIONS. THE FOREGOING MATTERS ARE FURTHER ADDRESSED IN THE PURCHASE AGREEMENT AND ANY ADDENDA THERETO AND THE CONDOMINIUM DOCUMENTS.

GR OPCO-00699700

Not Confidential

GR OPCO-00699701