# EXHIBIT 607



PMG-BLOCK17-11THST-0000852







PMG-BLOCK17-11THST-0000853

Life is to be lived, around the clock.

AWAKEN

L I

REVEL — 24/11 — PLAY

F E

INDULGE

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

PMG-BLOCK17-11THST-0000854



Artist Conceptual Rendering

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000855





# RE IMAG INE

Inspired by the human condition in its many forms, E11EVEN® Hotel and Residences was created to promote an exclusive, personal and self-curated way of being.

At the Residences, choice surrounds you all day long. Whether you jetset or prefer to reset, these residences offer moments and experiences that speak to each individual's taste and preference.

Located within the creative and thriving metropolis of Miami, E11EVEN® Hotel and Residences perfectly reflect the vibrancy of its surroundings, people and culture.

So reimagine yourself here and get to the essence of what living your way, is truly all about.

SEE LEGAL DISCLOSURES ON BACK COVER



YOUR SENSES

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000857




**AWAKEN**

ELEVEN HOTEL & RESIDENCES

Embrace the elements that make each morning at E11EVEN® Residences your own. Your senses will emerge like the rising sun as you receive 5-star services, delivered to your residence with the touch of a button. Be zenfully pampered with a restorative treatment at the world renowned Chopra Spa & Studio. Or awaken your body with the movement it craves, whether in the state-of-the-art fitness center or a centering yoga session led by the world's top vinyasa masters. No matter how you begin your day, a personal and unique ritual is sure to unfold naturally.






SEE LEGAL DISCLOSURES ON BACK COVER

# PLAY

WITHOUT RESTRAINT

ELEVEN HOTEL & RESIDENCES

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000859











Fill your days with elements that entice your powers of play. Live without limits as perfectly curated DJ sounds surround your poolside space. Let your game face lead as you get into the game at our lively sports lounge. Enjoy a carefree lunch with refreshing cocktails as positive energies abound. Or simply reset with an afternoon of wellness and self care. Whatever you do in this sea of choices, it's surely time well spent as the sun moves towards Miami's twilight hour.

PLAY

ELEVEN HOTEL & RESIDENCES

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000860



INDULGE

IN DECADENCE

SEE LEGAL DISCLOSURES ON BACK COVER

# INDULGE

ELEVEN HOTEL & RESIDENCES

Dine, sip, savor. Curiosity and cravings are king. Transcend the ordinary and explore the culinary arts of the world's top chefs, mixologists, and restaurateurs within the landscape of E11EVEN®.











SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000862



IN THE MOMENT

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000863









Your journey continues as you revel in a
sea of sounds, sights, and seduction.
Nightlife at E11EVEN® is unrivaled
globally for its pioneering 24-hour approach
to entertainment and creative performance
elements. All residents will be automatic
VIPs with unmatched access to
top tier club amenities.

REVEL

SEE LEGAL DISCLOSURES ON BACK COVER



# UNLEASH THE LAVISH

SEE LEGAL DISCLOSURES ON BACK COVER



Artist Conceptual Rendering

PMG-BLOCK17-11THST-0000865



Artist Conceptual Rendering

## A Reflection of You

Adorned lavishly with fine finishes throughout, each residence is a unique reflection of your choosing. Inspired by visionaries at AvroKO design firm, each item was intentionally and mindfully curated for elegance and style beyond the ordinary. Enjoy complete sophistication and full access to E11EVEN's® every service, with amenities at your touch, making everything from living to entertaining second nature.

## RESIDENCES FEATURES

- Fully furnished and finished Studios, 1- and 2-bedroom residences
- All residential interiors curated by award-winning design firm AvroKO Hospitality Group
- 9'6 – 10' floor-to-ceiling windows varies by floor with stunning Miami skyline and Biscayne Bay views
- Collection of penthouse residences with 12' and Presidential Suites with 14' ceilings
- Each residence offers an unprecedented level of efficiency through a smart home technology experience for seamless personalization with the touch of a button. Includes integrated audio, video and lighting systems
- All residences come equipped with a contemporary lighting package, including recessed lighting, dimmers, and lighting control
- Fully built-out closets in the master bedrooms featuring all shelving and drawers pre-installed for absolute convenience
- Built in top-of-the-line in-unit washer and dryer
- Flooring selections included with specifications recommended by AvroKO
- French balconies in select residences
- Pre-wired for high-speed communications, multiple telephone lines, and cable
- 11 Resident Membership Package featuring exclusive beach club, day pool and ultra club access
- Valet parking

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000866



SEE LEGAL DISCLOSURES ON BACK COVER

Artist Conceptual Rendering

PMG-BLOCK17-11THST-0000867

## Savor every moment

- Fully-integrated kitchens with custom countertops, backsplashes and a contemporary under-mount sink
- Imported and custom kitchen and bathroom cabinetry by Italkraft
- All finishes preselected by AvroKO
- Subzero and Wolf appliance package includes integrated paneled microwave, dishwasher, built-in convection oven and refrigerator
- Waterworks bathroom fixtures, features & accessories
- Custom countertops and finished floors and walls in wet areas with specifications recommended by AvroKO
- Frameless glass-enclosed showers
- European-style pullout faucet sprayer



Artist Conceptual Rendering. Designed by ARX.

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000868



SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000869



## Life Intuitive

Life should flow as intuitively as you. That's why the premium smart-home tech systems at E11EVEN® Hotel and Residences were designed to provide residents seamless access. Services are available through app or concierge to access a full menu of available offerings including:

- Dining reservations
- 24/7 Room service
- Class sign-ups, massages or beauty treatments at the Chopra Spa & Studio
- E11EVEN® house car reservations
- Valet service access
- Package delivery service
- Dog walking services

INTUITIVELY

SEE LEGAL DISCLOSURES ON BACK COVER





ACCESS UNLIMITED

ELEVEN HOTEL & RESIDENCES

SEE LEGAL DISCLOSURES ON BACK COVER



## BUILDING

### Reserved for you

Some things in life are just reserved for those in the know. And at E11EVEN® Hotel and Residences, you will enjoy that same level of exclusivity as A-list access because each and every last detail here has been tailored with your ease of life in mind.

### BUILDING FEATURES

- 65-story tower located in Miami's centrally-located District 11
- Designed by internationally renowned architecture firm Sieger Suarez Architects
- 400 luxury residences
- Features the latest smart building technology with a custom E11EVEN® app, linking residents to E11EVEN® Hotel and Residences concierge services and building amenities
- Common areas featuring museum-quality curated fine art and installations
- Limited Penthouse Collection and two Presidential Suites
- Views of the Miami skyline and Biscayne Bay
- Modern and high design residential lobby space
- Club E11EVEN® Bar & Lounge
- 5-star restaurant collection
- Chopra Spa & Studio mind & body experiences featuring state-of-the-art fitness center, meditation, yoga, and customized treatment services
- E11EVEN® Day Club and pool sits above 11 stories and lives and breathes the A-List lifestyle with every inch of the breathtakingly beautiful, innovative space. This 20,000 square-foot, ultra-modern multi-level venue with cabanas oversees the stunning Miami skyline
- E11EVEN'S® rooftop experience is a unique 24/11 poolside venue featuring its own signature dining experience
- E11EVEN® Beach Club
- 24-hour valet service

SEE LEGAL DISCLOSURES ON BACK COVER

Artist Concept Rendering

PMG-BLOCK17-11THST-0000872





PMG-BLOCK17-11THST-0000873



PMG-BLOCK17-11THST-0000874

## Well being for all

Well-being is a personal journey. Whether immersing yourself in life balance at the Chopra Spa & Studio for complete mind and body therapy, or working out in our state-of-the-art fitness center, your wellness experience is genuinely how you craft it.



**The Chopra Spa & Studio includes:**

○ Featured programming offering:
- Mind-body assessments and personalized plans
- Heart-centered movement and meditation sessions
- Restorative spa treatments
- Well-being education and classes
- Self-care consults
- In-room streaming and amenities for wellness content

○ All featured while utilizing:
- Spectacular hotel and residential settings and views
- World-class operational associates for optimal programming
- Seamless hospitality experience
- Clean and healthy food & beverage operations
- State-of-the-art spa and fitness facilities

SEE LEGAL DISCLOSURES ON BACK COVER

ELEVEN HOTEL & RESIDENCES







CHOPRA SPA & STUDIO

PMG-BLOCK17-11THST-0000875



E11EVEN HOTEL & RESIDENCES

# BEACH LIFE



## Reset on the beach

Let your worries wash away with the tide at the E11EVEN® Hotel & Residences exclusive beach club. Swim, sun and recharge on our 300-foot stretch of exclusive, pristine beach. Located in Miami Beach only steps from South Pointe Park, the E11EVEN® Beach Club offers the perfect setting for outside activities and luxurious lounging.





SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000876





PMG-BLOCK17-11THST-0000877



Artist Conceptual Rendering

PMG-BLOCK17-11THST-0000878







# CARPE DIEM



ELEVEN HOTEL & RESIDENCES

## Seize the day

Rising 11 stories, the E11EVEN® Pool Club lives and breathes the A-List lifestyle with every inch of the breathtakingly beautiful, innovative space. This 20,000 square-foot, ultra-modern multi-level venue oversees the stunning Miami skyline. Designed for the jet-set, the club's premium style features fully furnished cabanas with flat-screen TVs and temperature-controlled plunge pools. Enveloped in luxury fit for celebrities, the venue surrounds a 2,000 sq-foot pool situated below exquisite performance and dance spaces. Residents can expect the same sounds and theatrical artistry that E11EVEN® is famous for, and everything here is state-of-the-art from sound, lighting, and atmospheric effects. Uniquely situated below the pool deck sits the artist Green Room, completely decked out with every VIP amenities imaginable, including direct access to the stage above and a living room lounge complete with a full music studio, for when the inspiration strikes.



Artist Conceptual Rendering

SEE LEGAL DISCLOSURES ON BACK COVER



PMG-BLOCK17-11THST-0000879



SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000880



# ASCEND TO A HIGHER LEVEL



Artist Conceptual Rendering

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000881



SEE LEGAL DISCLOSURES ON BACK COVER



View from Level 62 at E11EVEN® Hotel & Residences



## LEVEL 65

Nestled into the E11EVEN® Hotel and Residences rooftop is a unique, 24/11 venue featuring its own signature dining experience. With a style, taste, and a life all its own, guests encounter imaginative food and drink in an environment that's one of a kind and can only be found here. Travel with us to a level complete with rooftop lounge and bar area. A-list guests and residents will be catered to exclusively with personalized service dining, drink, and amenities that go above and beyond those found in other venues. Truly for those at the top.



Artist Conceptual Rendering

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000883



SEE LEGAL DISCLOSURES ON BACK COVER

Artist Conceptual Rendering





ALL ROADS LEAD TO E11EVEN

SEE LEGAL DISCLOSURES ON BACK COVER



# 24 / 11

ELEVEN HOTEL & RESIDENCES

### District 11

Choice abounds at the E11EVEN® Residences and Hotel, right down to where the property lives in Miami's District 11. Ideally situated centrally within Miami's exciting downtown, guests and residents access endless choices with the best of everything, only minutes away, no matter the desire.



Artist Conceptual Rendering

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000886



## A world outside your door

The E11EVEN® Hotel & Residences is situated centrally adjacent to the Miami Worldcenter and centralized within the heart of Miami's exciting downtown. Residents here will have access to endless choices with the best of everything, only minutes away, no matter the desire. A major transit connectivity hub, a quick hop on the Metromover provides easy access to the Miami Airport, Port of Miami, Marina, or even the Brightline railway to many of South Florida's highlight destinations. The creative energy in the streets here is palpable, complete with a 30-acre illuminated park under a newly constructed iconic bridge. Along with close proximity to Miami's famed museum districts and the Brickell City Centre shops, a world of art, nightlife, and culture are nearby at the Wynwood district. Completely independent from the rest of the city, this location was chosen by design to support a 360-degree perspective complimenting the E11EVEN® lifestyle, while simultaneously providing unlimited options.

Other nearby attractions include:

1. E11EVEN® Miami
2. Miami Worldcenter
3. Adrienne Arsht Center for the Performing Arts of Miami-Dade County
4. Pérez Art Museum Miami (PAMM)
5. Phillip & Patricia Frost Museum of Science
6. Museum Park
7. FTX Arena
8. Freedom Tower at Miami Dade College
9. Port Miami
10. Bayside Marketplace
11. Miami Dade College - Wolfson Campus
12. Bayfront Park
13. Olympia Theater
14. MiamiCentral Station
15. Waldorf Astoria Residences Miami
16. West Eleventh Residences Miami

SEE LEGAL DISCLOSURES ON BACK COVER

## VISIONARIES



**DEVELOPER**

Founded in 1991 by Kevin Maloney, Property Markets Group ("PMG") has direct hands-on experience in the acquisition, renovation, financing, operation, and marketing of commercial and residential real estate.

A development firm of national scope, PMG has over 150 real estate transactions including over 80 residential buildings in Manhattan during its 25-year history. PMG has distinguished itself over the last decade for its development of new construction condominium developments in New York City, Miami, and Chicago.



**DEVELOPER**

E11EVEN® PARTNERS is a leading hospitality, lifestyle, and entertainment company based in Miami, Florida. Led by Dennis DeGori, Michael Simkins, and Marc Roberts, along with operating partners Gino LaPinta, Daniel Solomon, Ken DeGori, Frances Martin and Derick Henry E11EVEN PARTNERS is responsible for the ownership, marketing, management, and the creative direction of E11EVEN® MIAMI and Rooftop. With over 150 years of combined experience between its partners, E11EVEN® PARTNERS possesses one of the industry's most dynamic leadership teams.

With its launch in 2014, E11EVEN® ultraclub concept was the first of its kind, creating an unparalleled hospitality and nightlife experience for their guests. In addition to E11EVEN® MIAMI, E11EVEN® PARTNERS has continued to develop and expand the E11EVEN name & lifestyle with the creation of E11EVEN® Brand, an apparel & hat line; E11EVEN® Sound By Des Audio; and E11EVEN ®Vodka, for which they licensed its name.

## CRAFTSMEN

### sieger suarez

**ARCHITECT**

Sieger Suarez Architects is a distinguished leader of luxury high-rise residential design and development. Premier front-runners in the Southeastern United States, Sieger Suarez have been producing buildings of prominence and a legacy of excellence for four decades.

With masterpieces which range among the most prestigious residential buildings in South Florida, innovative design along with the use of groundbreaking technology have set Sieger Suarez apart, and raised expectations within luxury residential development.

### AVRO|KO

**INTERIOR DESIGN**

AvroKO has established a new paradigm in the hospitality industry, encompassing a multitude of disciplines while creating thoughtful and engaging architecture, trends, products, and environments. Since its launch in 2001, AvroKO has earned a reputation as one of the most innovative design firms in the field, due in large part to the group's integrated design process and focus on creating emotionally connected experiences.



HOTEL & RESIDENCES

MIAMI

E11EVENResidences.com

☎ ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

NO FEDERAL AGENCY HAS JUDGED THE MERITS OR VALUE, IF ANY, OF THIS PROPERTY. THIS IS NOT AN OFFER TO SELL, OR SOLICITATION OF OFFERS TO BUY, THE CONDOMINIUM UNITS IN STATES WHERE SUCH OFFER OR SOLICITATION CANNOT BE MADE. THESE DRAWINGS ARE CONCEPTUAL ONLY AND ARE FOR THE CONVENIENCE OF REFERENCE. THEY SHOULD NOT BE RELIED UPON AS REPRESENTATIONS, EXPRESS OR IMPLIED, OF THE FINAL DETAIL OF THE RESIDENCES. UNITS SHOWN ARE EXAMPLES OF UNIT TYPES AND MAY NOT DEPICT ACTUAL UNITS. STATED SQUARE FOOTAGES ARE RANGES FOR A PARTICULAR UNIT TYPE AND ARE MEASURED TO THE EXTERIOR BOUNDARIES OF THE EXTERIOR WALLS AND THE CENTERLINE OF INTERIOR DEMISING WALLS AND IN FACT ARE LARGER THAN THE AREA THAT WOULD BE DETERMINED BY USING THE DESCRIPTION AND DEFINITION OF THE "UNIT" SET FORTH IN THE DECLARATION OF CONDOMINIUM (WHICH GENERALLY ONLY INCLUDES THE INTERIOR AIR-SPACE BETWEEN THE PERIMETER WALLS AND EXCLUDES INTERIOR STRUCTURAL COMPONENTS). THE AREA OF THE UNIT AS DEFINED IN THE DECLARATION IS LESS THAN THE SQUARE FOOTAGE REFLECTED HERE. ALL DEPICTIONS OF APPLIANCES, PLUMBING FIXTURES, EQUIPMENT, COUNTERS, SOFFITS, FLOOR COVERINGS AND OTHER MATTERS OF DETAIL ARE CONCEPTUAL ONLY AND ARE NOT NECESSARILY INCLUDED IN EACH UNIT. THE FURNISHINGS AND DÉCOR ILLUSTRATED OR DEPICTED ARE NOT INCLUDED WITH THE PURCHASE OF THE UNIT. CONSULT YOUR PURCHASE AGREEMENT AND ANY ADDEN-DA THERETO FOR THE ITEMS INCLUDED WITH THE UNIT. DIMENSIONS AND SQUARE FOOTAGE ARE APPROXIMATE, WILL VARY WITH SPECIFIC UNIT TYPE AND MAY VARY WITH ACTUAL CONSTRUCTION. ADDITIONALLY, MEASUREMENTS OF ROOMS SET FORTH ON ANY FLOOR PLAN ARE NOMINAL AND GENERALLY TAKEN AT THE GREATEST POINTS OF EACH GIVEN ROOM (AS IF THE ROOM WERE A PERFECT RECTANGLE), WITHOUT REGARD FOR ANY CUTOUTS. UNIT ORIENTATION AND WINDOWS (INCLUDING NUMBER, SIZE, ORIENTATION AND AWNINGS), BALCONY/LANAIS (INCLUDING CONFIGURATION, SIZE AND RAILING/BALUSTRADE), STRUCTURE AND MECHANICAL CHASES MAY VARY. THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS, REVISIONS AND CHANGES IT DEEMS DESIR-ABLE IN ITS SOLE AND ABSOLUTE DISCRETION AND WITHOUT NOTICE. ALL DRAWINGS ARE CONCEPTUAL RENDERINGS AND THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS. ACTUAL VIEWS MAY VARY AND CANNOT BE GUARANTEED. VIEWS SHOWN CANNOT BE RELIED UPON AS THE ACTUAL VIEW FROM ANY PARTICULAR UNIT WITHIN THE CONDOMINIUM, IMPROVEMENTS, LANDSCAPING AND AMENITIES DEPICTED MAY NOT EXIST. PRICES, PLANS, ARCHITECTURAL INTERPRETATIONS AND SPECIFICATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. THE INFORMATION PRESENTED WITHIN THIS DOCUMENT IS CONCEPTUAL. THE IMAGES AND FEATURES CONTAINED HEREIN ARE NOT TO BE RELIED UPON OR USED AS A REFERENCE FOR SPECIFICATIONS. THE FOREGOING MATTERS ARE FURTHER ADDRESSED IN THE PURCHASE AGREEMENT AND ANY ADDENDA THERETO AND THE CONDOMINIUM DOCUMENTS.

E11EVEN ® is a registered trademark of GR OPCO, LLC.



PMG-BLOCK17-11THST-0000890