# EXHIBIT 608

PMG-BLOCK17-11THST-0000917



PMG-BLOCK17-11THST-0000918



ARTIST CONCEPTUAL RENDERING

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000919



PRIVATE ROOFTOP HELIPAD



# THERE'S LIFE.
# THEN THERE'S LIFE
# *BEYOND.*

The E11EVEN® Hotel and Residences were inspired by the notion that the human condition is variable, often shifting based on the moment at hand. The Residences Beyond furthers that dynamic lifestyle by offering an even more exclusive, personalized, and self-curated way of life, where choice is not just a benefit, but a way of being.

Located in the heart of Miami's thriving creative district, E11EVEN® Residences Beyond blends the vibrance of the surrounding metropolis with nearly unlimited choices designed to cater to all preferences, however or whenever the mindset arises.

Whether you choose to live in high gear and push the limits of every second or you prefer to slow things down as the world moves at its own pace, these residences allow for dialing things up or down at a moment's notice. So step forward, let your true self lead, and embrace an environment designed to take you above and beyond all notions of what's expected.

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000921



PMG-BLOCK17-11THST-0000922



BEYOND LIMITS

Embrace a way of being that's worlds apart from the rest. Here you'll reimagine how you live, think, eat, and play with a precisely curated and personalized approach to living – one that reaches worlds beyond those that have come before.

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000923



PMG-BLOCK17-11THST-0000924

BEYOND VISION

Arrive home to a sanctuary that pushes the limits of design.
Be Inspired daily by a visual experience that challenges previous
paradigms of what a home environment means – crafted to enhance
each person's unique life experience within the space.

ARTIST CONCEPTUAL RENDERINGS

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000925



PMG-BLOCK17-11THST-0000926



BEYOND DESIRE

Choices here defy the notion of what seamless luxury living can mean. From unlimited personalized 5-star concierge services to top tier gourmet dining choices and the world renowned Chopra Spa & Studio, your life here is truly unique with only the most premium of amenities available.

SEE LEGAL DISCLOSURES ON BACK COVER



BEYOND
A

HO
ME

SEE LEGAL DISCLOSURES ON BACK COVER

ARTIST CONCEPTUAL RENDERING

PMG-BLOCK17-11THST-0000928



SEE LEGAL DISCLOSURES ON BACK COVER

## A reflection of you

A true result of your power of personal manifestation, life in E11EVEN®
Residences Beyond takes your vision and elevates it. Adorned with pristine luxury
from floor-to-ceiling, each residence is designed by the visionaries at AvroKo.
The mindfully driven precision, elegance, and full access to the property's
services and amenities makes life here a natural, much more vast, extension of the
E11EVEN® experience.

## RESIDENCE FEATURES

- Fully furnished and finished Studios, 1- and 2-bedroom residences
- All residential interiors curated by award-winning design firm AvroKO Hospitality Group
- Each residence offers an unprecedented level of efficiency through a PMG smart home technology experience for seamless personalization with the touch of a button
- All residences come equipped with a contemporary lighting package, including recessed lighting, dimmers, and lighting control
- Fully built-out closets in the master bedrooms featuring all shelving and drawers pre-installed for absolute convenience
- Built in top-of-the-line washer and dryer
- Flooring selections included with specifications recommended by AvroKO
- French balconies in select residences
- Pre-wired for high-speed communications, multiple telephone lines, and cable



ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000930



PMG-BLOCK17-11THST-0000931



## Exquisitely crafted

The personalized spaces enable a curated sensory experience. Here, you will immerse in only the most divine, fully integrated and custom rooms with state-of-the-art appliances, bespoke detailing and refined finishes.

### KITCHEN & BATHROOMS

- Fully-integrated kitchens with custom countertops, backsplashes and a contemporary under-mount sink
- Imported and custom kitchen and bathroom cabinetry by Italkraft
- All finishes preselected by AvroKO
- Subzero and Wolf appliance package includes microwave, dishwasher, built-in convection oven and refrigerator
- WaterWorks bathroom fixtures & features
- Custom countertops and finished floors and walls in wet areas with specifications recommended by AvroKO
- Frameless glass-enclosed showers

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000932



SEE LEGAL DISCLOSURES ON BACK COVER

ARTIST CONCEPTUAL RENDERING

PMG-BLOCK17-11THST-0000933

## Life intuitive

Your home should move at the same pace as you do. The premium smart-home tech systems and app at E11EVEN® Residences Beyond were created for uninterrupted access to all of the building's concierge services. With the ease of a touch you'll access a full menu including:

- Dining reservations
- Class sign-ups, massages or beauty treatments at the Chopra Spa & Studio
- E11EVEN® Executive Offices space reservations
- E11EVEN® house car reservations
- Package delivery service
- Dog walking services



E11EVEN RESIDENCES BEYOND

LIFE BEYOND

SEE LEGAL DISCLOSURES ON BACK COVER



BEYOND

DESIGN

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000935

## More than meets the eye.

Life at the E11EVEN® Residences Beyond collection offers more than what may seem evident upon initial arrival. Residents are met with tailored services catering to their every need.

### BUILDING FEATURES

- 65-story tower located in District 11

- Luxury residences
  - Beyond Residences
  - Speakeasy Collection
  - Presidential Collection
  - Penthouses

- Features the latest "smart building" technology with a custom E11EVEN® app, linking residents to concierge services and building amenities

- Private Rooftop Helipad *(pending FAA and other necessary approvals)*

- Views of the Miami skyline and Biscayne Bay

- Modern and high design residential lobby space

- Signature Restaurant

- E11EVEN® signature bridge connecting Tower 1 to Tower 2

- Exclusive social club The Clayton located on LVL 2

- E11EVEN® Fully Staffed Executive Office Suites

- Resort Style Pool with private lounge areas located on LVL 9 and upper deck with terrace bar & lounge

- State-of-the-art fitness center

- E11EVEN® Beyond Rooftop Bar & Lounge located on LVL 64

- E11EVEN® Beach Club

- Valet Parking



ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER



E11EVEN® SIGNATURE BRIDGE
Connecting E11EVEN Hotel and Residences with
E11EVEN® Residences Beyond

ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000937



PMG-BLOCK17-11THST-0000938



## A choice for every need

As a part of our Beyond Members Club, all residents enjoy the exclusive top tier amenities that only Club E11EVEN® can provide. In addition to the 5-star cuisine, private clubs, and casino-style sports lounges, residents can take their wellness journey to new heights with the Chopra Spa & Studio complete with a state-of-the-art fitness center, meditation, yoga and custom treatments. These premier properties also feature private pools and entrances with a distinctly more personalized approach to amenities available on demand and anytime. The possibilities for expanding here are truly endless.

SEE LEGAL DISCLOSURES ON BACK COVER



BEYOND POOL DECK

SEE LEGAL DISCLOSURES ON BACK COVER

ARTIST CONCEPTUAL RENDERING

PMG-BLOCK17-11THST-0000940



BEYOND POOL DECK

SEE LEGAL DISCLOSURES ON BACK COVER

ARTIST CONCEPTUAL RENDERING

PMG-BLOCK17-11THST-0000941



## Well being for all

Well-being is a personal journey. Whether immersing yourself in life balance at the Chopra Spa & Studio located in E11EVEN® Hotel and Residences for complete mind and body therapy, or working out in our state-of-the-art fitness center, your wellness experience is genuinely how you craft it.

 chopra

**The Chopra Spa & Studio includes:**

○ Featured programming offering:
- Mind-body assessments and personalized plans
- Heart-centered movement and meditation sessions
- Restorative spa treatments
- Well-being education and classes
- Self-care consults
- In-room streaming and amenities for wellness content

○ All featured while utilizing:
- Spectacular hotel and residential settings and views
- World-class operational associates for optimal programming
- Seamless hospitality experience
- Clean and healthy food & beverage operations
- State-of-the-art spa and fitness facilities






SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000943











## Seize the day

Rising 11 stories, the E11EVEN® Pool Club located in E11EVEN® Hotel and Residences, lives and breathes the A-List lifestyle with every inch of the breathtakingly beautiful, innovative space. This 20,000 square-foot, ultra-modern multi-level venue oversees the stunning Miami skyline. Designed for the jet-set, the club's premium style features fully furnished cabanas with flat-screen TVs and temperature-controlled plunge pools. Enveloped in luxury fit for celebrities, the venue surrounds a 2,000 square-foot pool situated below exquisite performance and dance spaces. Residents can expect the same sounds and theatrical artistry that E11EVEN® is famous for, and everything here is state-of-the-art from sound, lighting, and atmospheric effects. Uniquely situated below the pool deck sits the artist Green Room, completely decked out with every VIP amenities imaginable, including direct access to the stage above and a living room lounge complete with a full music studio, for when the inspiration strikes.

## Live for the action

Much like an owner's box, but an entire venue and with unlimited games to be viewed, the Sports Lounge at E11EVEN® Hotel and Residences brings game time to entirely new levels with exclusivity that only the team at E11EVEN® can bring. This 10,000 square foot space features expansive LED video wall with additional displays throughout, beer garden and ample seating to enjoy every sporting event from football, basketball, hockey, baseball, NASCAR, Formula 1, boxing, MMA, soccer, golf and tennis to name a few.

SEE LEGAL DISCLOSURES ON BACK COVER



PMG-BLOCK17-11THST-0000946







## Reset on the beach

Let your worries wash away with the tide at the E11EVEN®
Hotel & Residences exclusive beach club. Swim, sun and
recharge on our 300-foot stretch of exclusive, pristine beach.
Located in Miami Beach only steps from South Pointe Park,
the E11EVEN® Beach Club offers the perfect setting for outside
activities and luxurious lounging.

SEE LEGAL DISCLOSURES ON BACK COVER



## Level 65

Nestled into the E11EVEN® Hotel and Residences rooftop is a unique, 24/11 venue featuring its own signature dining experience. With a style, taste, and a life all its own, guests encounter imaginative food and drink in an environment that's one of a kind and can only be found here. Travel with us to a level complete with rooftop lounge and bar area. A-list guests and residents will be catered to exclusively with personalized service dining, drink, and amenities that go above and beyond those found in other venues. Truly for those at the top.

ROOFTOP LOUNGE
Located in E11EVEN® Hotel and Residences

E11EVEN RESIDENCES MIAMI BEYOND

LIFE BEYOND

ARTIST CONCEPTUAL RENDERING

SEE LEGAL DISCLOSURES ON BACK COVER

PMG-BLOCK17-11THST-0000948



PMG-BLOCK17-11THST-0000949

## A world outside your door

The E11EVEN® Residences Beyond is situated centrally adjacent to the Miami Worldcenter and centralized within the heart of Miami's exciting downtown. Residents here will have access to endless choices with the best of everything, only minutes away, no matter the desire. A major transit connectivity hub, a quick hop on the Metromover provides easy access to the Miami Airport, Port of Miami, Marina, or even the Brightline railway to many of South Florida's highlight destinations. The creative energy in the streets here is palpable, complete with a 30-acre illuminated park under a newly constructed iconic bridge. Along with close proximity to Miami's famed museum districts and the Brickell City Centre shops, a world of art, nightlife, and culture are nearby at the Wynwood district. Completely independent from the rest of the city, this location was chosen by design to support a 360-degree perspective complimenting the E11EVEN® lifestyle, while simultaneously providing unlimited options.

Other nearby attractions include:

1. E11EVEN® Miami
2. Miami Worldcenter
3. Adrienne Arsht Center for the Performing Arts of Miami-Dade County
4. Pérez Art Museum Miami (PAMM)
5. Phillip & Patricia Frost Museum of Science
6. Museum Park
7. Kaseya Center
8. Freedom Tower at Miami Dade College
9. Port Miami
10. Bayside Marketplace
11. Miami Dade College - Wolfson Campus
12. Bayfront Park
13. Olympia Theater
14. MiamiCentral Station
15. Waldorf Astoria Residences Miami
16. West Eleventh Residences Miami

SEE LEGAL DISCLOSURES ON BACK COVER

## VISIONARIES

## E11EVEN PARTNERS

### PRINCIPAL

E11EVEN® PARTNERS is a leading hospitality, lifestyle, and entertainment company based in Miami, Florida. Led by Dennis DeGori, Michael Simkins, and Marc Roberts, along with operating partners Gino LoPinto, Daniel Solomon, Ken DeGori, Frances Martin and Derick Henry E11EVEN PARTNERS is responsible for the ownership, marketing, management, and the creative direction of E11EVEN® MIAMI and Rooftop. With over 150 years of combined experience between its partners, E11EVEN® PARTNERS possesses one of the industry's most dynamic leadership teams.

With its launch in 2014, E11EVEN® ultraclub concept was the first of its kind, creating an unparalleled hospitality and nightlife experience for their guests.  In addition to E11EVEN® MIAMI, E11EVEN® PARTNERS has continued to develop and expand the E11EVEN name & lifestyle with the creation of E11EVEN® Brand, an apparel & hat line; E11EVEN® Sound By w Audio; and E11EVEN ®Vodka, for which they licensed its name.



### PRINCIPAL

Founded in 1991 by Kevin Maloney, Property Markets Group (PMG) has evolved from a local real estate operator based in New York City to a national investment, development and asset management firm focused on exceptional for-sale condominiums and large-scale multifamily residential product, as well as select high-performing commercial holdings.

Today PMG is run by Managing Partners Ryan Shear and Dan Kaplan, currently operating projects across Florida, New York, Colorado, Arizona, Tennessee, and Georgia. Their vertically integrated team has departments specializing in acquisitions and land use, design and architecture, construction management, capital markets, asset management, sales and marketing, as well as significant in-house legal and accounting capabilities.

PMG's current multi-billion dollar nationwide portfolio includes assets across pre-development, construction, lease-up, and sell out, totaling more than 8,500 residential units and over 16 million square feet of development. Ground up rental projects under PMG's rapidly expanding Society Living brand platform include locations in Denver, Nashville, Atlanta, Brooklyn, Fort Lauderdale and Miami. Additionally, PMG is growing its Affordable Housing division nationally.

## CRAFTSMEN

## sieger suarez

### ARCHITECT

Sieger Suarez Architects is a distinguished leader of luxury high-rise residential design and development. Premier front-runners in the Southeastern United States, Sieger Suarez have been producing buildings of prominence and a legacy of excellence for four decades.

With masterpieces which range among the most prestigious residential buildings in South Florida, innovative design along with the use of groundbreaking technology have set Sieger Suarez apart, and raised expectations within luxury residential development.

## AVRO | KO

### INTERIOR DESIGN

AvroKO has established a new paradigm in the hospitality industry, encompassing a multitude of disciplines while creating thoughtful and engaging architecture, brands, products, and environments. Since its launch in 2001, AvroKO has earned a reputation as one of the most innovative design firms in the field, due in large part to the group's integrated design process and focus on creating emotionally connected experiences.

SEE LEGAL DISCLOSURES ON BACK COVER.



E11EVENResidences.com

☎ ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, MAKE REFERENCE TO THIS BROCHURE AND TO THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.

NO FEDERAL AGENCY HAS JUDGED THE MERITS OR VALUE, IF ANY, OF THIS PROPERTY. THIS IS NOT AN OFFER TO SELL, OR SOLICITATION OF OFFERS TO BUY, THE CONDOMINIUM UNITS IN STATES WHERE SUCH OFFER OR SOLICITATION CANNOT BE MADE. THESE DRAWINGS ARE CONCEPTUAL ONLY AND ARE FOR THE CONVENIENCE OF REFERENCE. THEY SHOULD NOT BE RELIED UPON AS REPRESENTATIONS, EXPRESS OR IMPLIED, OF THE FINAL DETAIL OF THE RESIDENCES. UNITS SHOWN ARE EXAMPLES OF UNIT TYPES AND MAY NOT DEPICT ACTUAL UNITS. STATED SQUARE FOOTAGES ARE RANGES FOR A PARTICULAR UNIT TYPE AND ARE MEASURED TO THE EXTERIOR BOUNDARIES OF THE EXTERIOR WALLS AND THE CENTERLINE OF INTERIOR DEMISING WALLS AND IN FACT ARE LARGER THAN THE AREA THAT WOULD BE DETERMINED BY USING THE DESCRIPTION AND DEFINITION OF THE "UNIT" SET FORTH IN THE DECLARATION OF CONDOMINIUM (WHICH GENERALLY ONLY INCLUDES THE INTERIOR AIR-SPACE BETWEEN THE PERIMETER WALLS AND EXCLUDES INTERIOR STRUCTURAL COMPONENTS). THE AREA OF THE UNIT AS DEFINED IN THE DECLARATION IS LESS THAN THE SQUARE FOOTAGE REFLECTED HERE. ALL DEPICTIONS OF APPLIANCES, PLUMBING FIXTURES, EQUIPMENT, COUNTERS, SOFFITS, FLOOR COVERINGS AND OTHER MATTERS OF DETAIL ARE CONCEPTUAL ONLY AND ARE NOT NECESSARILY INCLUDED IN EACH UNIT. THE FURNISHINGS AND DÉCOR ILLUSTRATED OR DEPICTED ARE NOT INCLUDED WITH THE PURCHASE OF THE UNIT. CONSULT YOUR PURCHASE AGREEMENT AND ANY ADDENDA THERETO FOR THE ITEMS INCLUDED WITH THE UNIT. DIMENSIONS AND SQUARE FOOTAGE ARE APPROXIMATE, WILL VARY WITH SPECIFIC UNIT TYPE AND MAY VARY WITH ACTUAL CONSTRUCTION. ADDITIONALLY, MEASUREMENTS OF ROOMS SET FORTH ON ANY FLOOR PLAN ARE NOMINAL AND GENERALLY TAKEN AT THE GREATEST POINTS OF EACH GIVEN ROOM (AS IF THE ROOM WERE A PERFECT RECTANGLE), WITHOUT REGARD FOR ANY CUTOUTS. UNIT ORIENTATION AND WINDOWS (INCLUDING NUMBER, SIZE, ORIENTATION AND AWNINGS), BALCONY/LANAIS (INCLUDING CONFIGURATION, SIZE AND RAILING/BALUSTRADE), STRUCTURE AND MECHANICAL CHASES MAY VARY. THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS, REVISIONS AND CHANGES IT DEEMS DESIR-ABLE IN ITS SOLE AND ABSOLUTE DISCRETION AND WITHOUT NOTICE. ALL DRAWINGS ARE CONCEPTUAL RENDERINGS AND THE DEVELOPER EXPRESSLY RESERVES THE RIGHT TO MAKE MODIFICATIONS. ACTUAL VIEWS MAY VARY AND CANNOT BE GUARANTEED. VIEWS SHOWN CANNOT BE RELIED UPON AS THE ACTUAL VIEW FROM ANY PARTICULAR UNIT WITHIN THE CONDOMINIUM. IMPROVEMENTS, LANDSCAPING AND AMENITIES DEPICTED MAY NOT EXIST. PRICES, PLANS, ARCHITECTURAL INTERPRETATIONS AND SPECIFICATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. THE INFORMATION PRESENTED WITHIN THIS DOCUMENT IS CONCEPTUAL. THE IMAGES AND FEATURES CONTAINED HEREIN ARE NOT TO BE RELIED UPON OR USED AS A REFERENCE FOR SPECIFICATIONS. THE FOREGOING MATTERS ARE FURTHER ADDRESSED IN THE PURCHASE AGREEMENT AND ANY ADDENDA THERETO AND THE CONDOMINIUM DOCUMENTS.

E11EVEN® is a registered trademark of GR OPCO, LLC.



PMG-BLOCK17-11THST-0000952

PMG-BLOCK17-11THST-0000953