**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GR OPCO, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE<br><br>*Defendants*.<br><br>and<br><br>ELEVEN IP HOLDINGS LLC<br><br>*Counterclaim Plaintiff*,<br><br>vs.<br><br>GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC<br><br>*Counterclaim Defendants,*<br><br>BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,<br><br>*Counterclaim-Plaintiffs*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC<br><br>*Counterclaim Defendant* | Case No. 1:22-cv-24119-FAM-TORRES<br><br>**DECLARATION OF ERIC LOVERRO IN SUPPORT OF DEFENDANTS AND COUNTERCLAIM-PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, ERIC LOVERRO, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022.

2. I am counsel of record for Defendant/Counterclaim Plaintiff Eleven IP Holdings LLC ("EIP") and Defendants Grassy Creek LLC ("Grassy Creek), CS Irwin LLC ("CS Irwin"), Irwin Backcountry Guides, LLC ("IBG"), Alan Pike, and Chad Pike (collectively, "Eleven").

3. I submit this Declaration in support of Eleven's Amended Motion for Partial Summary Judgment.

4. This declaration is based on my personal knowledge and is made to the best of my knowledge, information, and belief.

5. Attached hereto as **Exhibit 620** is a true and correct copy of an excerpt of the transcript of the individual deposition of Meryl Hershkowitz taken on June 5, 2024.

6. Attached hereto as **Exhibit 621** is a true and correct copy of Plaintiff and Counterclaim Defendant GR Opco, LLC's ("GR") response to Defendants/Counterclaim Plaintiff's Third Set of Requests for Admission dated December 1, 2023.

7. Attached hereto as **Exhibit 622** is a true and correct copy of GR's response to the non-final office action for U.S. Trademark Application No. 90086479 for 11 HOTEL.

8. Attached hereto as **Exhibit 623** is a true and correct copy of GR's response to the non-final office action for U.S. Trademark Application No. 88868063 for E11EVEN.

9. Attached hereto as **Exhibit 624** is a true and correct copy of GR's response to the non-final office action for U.S. Trademark Application No. 88871120 for E11EVEN.

10. Attached hereto as **Exhibit 625** is a true and correct copy of GR's response to the non-final office action for U.S. Trademark Application No. 88899708 for E11EVEN HOTEL AND RESIDENCES.

11. Attached hereto as **Exhibit 626** is a true and correct copy of GR's response to the non-final office action for U.S. Trademark Application No. 90083101 for E11EVEN HOTEL.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2024

*/s/ Eric Loverro*
Eric Loverro