UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1-22-cv-24119-FAM

GR OPCO, LLC,

       Plaintiff,

v.

ELEVEN IP HOLDINGS, LLC,
GRASSY CREEK LLC, CS IRWIN LLC,
IRWIN BACKCOUNTRY GUIDES, LLC,
ALAN PIKE, and CHAD PIKE,

       Defendants,

and

ELEVEN IP HOLDINGS, LLC,

       Counter-Plaintiff,

v.

GR OPCO, LLC, 11USA GROUP, LLC,
MARC ROBERTS, DENNIS DEGORI,
MICHAEL SIMKINS, MARC ROBERTS
COMPANIES LLC, PROPERTY
MARKETS GROUP, INC., PMG-11TH
STREET VENTURES, LLC, PMG-11TH
STREET VENTURES II, LLC, BLOCK 17
TRUSTEES, LLC, BLOCK 17
RESIDENTIAL OWNERS, LLC, and LION
DEVELOPMENT OPPORTUNITY FUND
LLC,

       Counter-Defendants.
_____/

**Plaintiff and Counter-Defendant GR Opco LLC d/b/a E11EVEN and Counter-Defendants 11USA Group LLC, Marc Roberts, Dennis DeGori, Michael Simkins, Marc Roberts Companies LLC, Property Market Group Inc., PMG-11th Street Ventures LLC, PMG-11th Street Ventures II LLC and Lion Development Opportunity Fund LLC's**

**Local Rule 56.1(a)(3) & (b)(3) Statement of Disputed Material Facts**
**on Reply in Support of their Joint Motion for Summary Judgment**

i

## DISPUTED EIP ADDITIONAL OPPOSITION FACTS ("DEF")[1]

| No | SUMMARY OF TESTIMONY | CITATION |
|---|---|---|
| 1 | Disputed. ████████ | Pike Depo., 152:7-154:5, 169:15-172:1, 290:17-301:23, 302:16-322:11 (**Exs. 74 & 75**); D.E. 69 & 79; DEF ¶¶2-3 |
| 2 | Disputed. ████████ | A.Pike Depo., 10:24-14:11, 148:24-149:10 & 150:17-154:5 (**Ex. 53**); Hershkowitz Dep., 129:6-130:20; DEF ¶¶1,3; *See* DE 327, Exs. 1-40 |
| 3 | Disputed. ████████ | *See* DE 327, Exs. 1-40 A. Pike Dep., 164:4-165:23, 174:12-177:19, 182:7-24, 347:9-21; DEF ¶¶1-2 |
| 4 | **Disputed**. Three examples are not "many." Merriam-Webster defines "many" as "consisting of or amounting to a large but indefinite number" and "the great majority of people." ████████ | D.E. 205, **Exs. A-D**; Humphreys Rpts; **Ex. 3** Keon Rpts; **Ex. 4** www.merriam-webster.com/dictionary/many **Ex. 5** |

---

[1] Exhibit citations herein refer to Exhibits to Sealed D.E. 449.

1

| | | |
|---|---|---|
| | ███████████████████ | |
| 5 | Disputed. ███████████████████ | DE 329, DMF ¶¶ 48, 58 |
| 6 | Disputed. 11 Avenue Hotel has operated as a hotel since 1903 & still offers private hotel rooms as well as hostel rooms | DE 227, SOF ¶ 16 |
| 7 | Disputed. 11th Avenue Hotel well uses 'ELEVENTH' | Ilg Dep.,254:8-24 &267:7-27 |
| 8 | Disputed. 11th Avenue Hotel "conduct[s] business as 11th Avenue Hotel" and is a "fair characterization" as it is "hybrid of a historic hotel and an international-style hostel." | Ilg. Dep, 23:2-10 & 46:15-47:5. **Ex. 6** |
| 9 | Disputed. It is not 4.5 hours of flying time between airports but, rather, only about 4 hours of driving time by car between 11 Avenue Hostel in Denver and EIP's Scarp Ridge Lodge in Crested Butte. https://www.google.com/maps/dir/Eleven+Scarp+Ridge+Lodge,+2nd+Street,+Crested+Butte,+CO/1112+Broadway,+Denver,+CO+80203/@39.0868735,106.6461699,9z/am=t/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x8740723e5cb07e99:0x54ea42ec3a195d4f!2m2!1d-106.9871915!2d38.8682284!1m5!1m1!1s0x876c7f2a3ddedf8f:0x56aedefdbde1c15!2m2!1d104.9872221!2d39.7340967?entry=ttu&g_ep=EgoyMDI0MDgyOC4wIKXMDSoASAFQAw%3D%3D | Website source within description. **Ex. 7** |
| 10 | Disputed. ███████████████████ | DE 227, SOF ¶¶39 & 43 |
| 11 | Undisputed. | |
| 12 | Disputed. ███████████████████ | D.E. 227, SOF, ¶157. |
| 13 | Disputed. ███████████████████ | Ian Wick 30(b)(6) 235:19-236:16; **(Ex. 185) Ex. 8** |
| 14 | Disputed. ███████████████████ | D.E. 227, SOF ¶¶44 & 45 |
| 15 | Disputed. EIP obtains press coverage by ███████████████████ | J. Taylor Decl., **Exs. 299, 306**; Stoll 30(b)(6) Dep., 40:2-41:10; Wick 30(b)(6) Dep., 94:16-95:4; Ex. 173. |
| 16 | Undisputed. | |
| 17 | Undisputed. | |
| 18 | Disputed. Michael Simkins is in Aspen every summer and has "hiked from Aspen to Crested Butte before, and [had] never heard of [EIP] before this matter," knows no EIP customers because "it is a miniscule subset" of market. ███████████████████ | Simkins Depo, 228:17-231:1 **Ex. 10**; Taylor Decl., at Ex.s 299, 300, 303, 306, 308 |
| 19 | Disputed. ███████████████████ | C.Pike, 143:10-144:4; 152:2-21, **(Ex. 90). Ex. 11** |
| 20 | Undisputed. | |
| 21 | Undisputed. | |

L.R. 56.1(a)(3) & (b)(3) Statement of Additional Material Facts on Reply – Page 2

| 22 | **Undisputed** that the interlocking "W11" incorporates the number 11 to reflect WERM's location on 11th Street. Disputed. EIP's diamond logo does not contain a traditional, upright number 11 inside the diamond, as it appears slanted akin to ski tracks. | D.E. 227, SOF, ¶57; Taylor Decl., **Exs**. 285 & 286 (cover-pages) |
|---|---|---|
| 23 | **Disputed.** The word "Beyond" in E11EVEN RESIDENCES *Beyond* (Tower 2) is not in sans serif font and is not in all capital letters. Use of the E11EVEN HOTEL & RESIDENCES and E11EVEN RESIDENCES *BEYOND* marks is heavily laden with luxe black and gold amid urban core and nightlife scenery—the lavish, party-centric Miami environment. | Humphreys Dep. 152:11-17 **Ex. 12**; see Taylor Decl., at Ex. 471 |
| 24 | **Disputed.** There were several reasons, *e.g.*, the age of the principles children, the street name, and architect's address | D.E. 227, SOF, ¶ 50 |
| 25 | **Disputed.** West Eleventh Residences is not referred to as "Tower 3" or any part of the E11EVEN Hotels. Exhibits 269 and 243 and D.E. 250-48 do not support EIP's contention. | Mar. 12 30(b)(6) Shear Dep. 57:11-58:6 **Ex. 13**; DeGori Dep. at 45:19-23 **Ex. 14** |
| 26 | **Disputed.** West Eleventh Residences is a unique project that is not affiliated with E11EVEN Hotel & Residences or E11EVEN Residences Beyond. | Mar. 12 30(b)(6) Shear Dep. 16:9-17:12; Simkins Dep. 111:5-10; DeGori Dep. 189:4-24 |
| 27 | **Disputed.** The ELEVEN Properties are "hideouts," "not [ ] mainstream resorts" and are "not a hotel company." | D.E. 227, SOF ¶ 66-72. |
| 28 | **Disputed.** See Response to No. 27 immediately above. EIP's marks are used together and in the context of rugged and remote outdoor adventures (often with blinding-white snowy mountains) and rustic lodges with a focus on full-property buyouts. EIP operates an all-inclusive model of experiential travel to give customers a custom-tailored, "once-in-a-lifetime experience" through "expert guides" with a clear focus on experiential travel from its intention to attend only one trade show aimed at "keep[ing] us relevant in the experiential travel industry." | D.E. 227, SOF ¶ 66-72; D.E. 28-2, pp. 3, 5, 6, 11, 29, 35-36, 53; Taylor Decl., Ex. 306 pp. 4-5, ln. 74; see Taylor Decl., at Ex.s 285-286 |
| 29 | **Undisputed.** | |
| 30 | **Undisputed.** | |
| 31 | **Disputed.** Prices range from ███████████████████████ | ELEVEN_0048836 **Ex. 15**; ELEVEN_0050115 **Ex. 16**; CPike Depo, 391:24-393:3; Ex.36 at 00038051-38053 |
| 32 | **Disputed.** No hotel services are available or marketed yet at any of Counter-Defendants' properties because construction will not be complete until 2026, 2027 and 2028. | See SOF, ¶¶ 42, 218 |
| 33 | **Disputed.** See response to No. 32 above | *Id.* |
| 34 | **Disputed.** ███████████████████████ | Mar. 12 30(b)(6) Shear Dep. 55:11-56:5; Simkins Dep. 182:22-184:2; Roberts Dep. 149:11-156:8 |

L.R. 56.1(a)(3) & (b)(3) Statement of Additional Material Facts on Reply – Page 3

| | | |
|---|---|---|
| 35 | **Disputed.** The properties are advertised as condominiums (real property) for sale and purchase as an asset. | Mar. 12 30(b)(6) Shear Dep. 103:2-105:4; Simkins Dep. 201:21-203:8 |
| 36 | **Disputed.** ███████████████████████ | Mar. 12 30(b)(6) Shear Dep. 103:2-105:4 |
| 37 | **Undisputed.** | |
| 38 | **Disputed.** Airbnb is for individual property owners. | Keon Dep. 124:2-18 **Ex. 18** |
| 39 | **Disputed.** See Response to No. 4 above and SAF ¶229 below. | DEF ¶ 4; SAF ¶ 229 |
| 40 | **Disputed.** EIP has altered the testimony; it is not a quote. | Ex. 232, at 197:6-12. |
| 41 | **Undisputed.** | |
| 42 | **Disputed.** There is no evidence of brokers (plural), only one. | Ex. 240 |
| 43 | **Disputed.** Ongoing construction prevents direct hotel sales. | Mar. 12 30(b)(6) Shear Dep. 104:1-11; Keon Dep. 362:4-14 |
| 44 | **Disputed.** Third-party brokers are wholly independent. | **Ex. 26** |
| 45 | **Undisputed.** | |
| 46 | **Disputed.** There are no ██████████ | Simkins Dep. 245:4-246:13. |
| 47 | **Disputed.** Ongoing construction prevents direct hotel sales. | LoPinto Dep. 201:2-206:3 **Ex. 19**; Wick Dep. 318:5-319:14 **Ex. 20**; Phelps Dep. 76:11-25 **Ex. 21**; A. Pike Dep., 229:2-10 |
| 48 | **Disputed.** ███████ | ELEVEN_0048836, _0050115; DEF ¶31. |
| 49 | **Disputed.** See SOF, ¶89, 101, 119, 129, 131, 133. | |
| 50 | **Disputed.** ███████ | Dennis Dep. 220:10-19 |
| 51 | **Disputed.** Keon did not discuss ███████ | Keon Dep. 206:9-208:14 |
| 52 | **Undisputed.** | |
| 53 | **Disputed.** GR is featured by, but does not use, third parties. | Dennis 218:1-14; **Ex. 26** |
| 54 | **Disputed.** The parties have not appeared in the same issue of such publications. | *See* EIP's ¶54 citations |
| 55 | **Disputed.** EIP's direct online advertising was ███████ | SOF ¶¶104, 155-56 |
| 56 | **Disputed.** GR does not use "11" alone. | Franco Dep. 253:20-25 **Ex. 22** |
| 57 | **Disputed.** GR does not use (i.e., no content) such URLs. | Mar. 15 30(b)(6) Franco Dep. 267:20-269:15 **Ex. 23** |
| 58 | **Disputed.** Eddie Franco found different results, as has EIP's counsel. EIP does not have a lodge in Florida; thus, its results are influenced by the Google AdWords paid search program. | Franco Dep. 287:16-288:3; Ex. 288 |
| 59 | **Disputed.** EIP's Cease and Desist letter was the first instance of actual knowledge. | Simkins Dep. 246:15-25; DeGori Dep. 162:2-7 |
| 60 | **Undisputed.** | |

| | | |
|---|---|---|
| 61 | **Disputed.** Stan Sneeringer was not aware of how the Weiss Serota law firm searched for 'ELEVEN' or '11' in July 2013. | Sneeringer Depo., 59:23–60:2. **Ex. 24** |
| 62 | **Disputed.** Movants conducted several searches which together were comprehensive | See SOF, ¶¶171-184 |
| 63 | **Disputed.** The searches did not turn up EIP's website | See EIP's ¶64 citations |
| 64 | **Disputed.** Mr. Franklyn's surveys are fatally flawed and subject to exclusion. | D.E. 205, pgs 11-18 |
| 65 | **Undisputed** that Mr. Sower's found ████████████████████ | D.E. 219-43 ¶¶ 14, 52-58 |
| 66 | **Disputed.** Mr. Franklyn did not properly analyze Mr. Sowers' survey and Mr. Sowers' surveys do not contain serious methodological issues—rather, Franklyn's methods and surveys are fatally flawed. D.E. 219-43 ¶¶ 14, 52-58. | *Sowers Rebuttal Rpt.* pp. 10-32 |
| 67 | **Disputed.** Sower's survey had no flaws to correct; rather, the Franklyn rebuttal surveys are flawed and were untimely. | *Sowers Rebuttal Rpt.* pp. 10-32 |
| 68 | **Disputed.** ████████████████████ there are no revenues. | Mar. 12 30(b)(6) Shear Dep. 211:4-13 |
| 69 | **Undisputed.** | |
| 70 | **Undisputed.** | |
| 71 | **Undisputed** that ████████████ **Disputed** as to remainder (see below response to No. 73 below). | |
| 72 | **Disputed.** 11USA is a licensee not a licensor | *See* EIP's ¶73 citation |
| 73 | **Disputed.** GR owns www.11miami.com. | Franco Dep. 46:25-47:10 |
| 74 | **Disputed.** 11USA not mentioned in citation. | |
| 75 | **Disputed.** 11USA is a ████████ | DeGori Dep. 112:15-114:1 |
| 76 | **Disputed.** 11USA is a ████████ and Ken DeGori was a GR Opco employee. | DeGori Dep. 112:15-114:1 |
| 77 | **Disputed.** It is ████████, not 11USA. | GR OPCO-00021919 **Ex. 25** |
| 78 | **Disputed.** It is ████████, not 11USA. | GR OPCO-00021919 |
| 79 | **Undisputed.** | |
| 80 | **Undisputed.** | |
| 81 | **Disputed.** EIP's Eleven is first and foremost an experiential travel services and lodging business aiming to be "better than 10" and giving customers a custom-tailored, "once-in-a-lifetime experience" through "expert guides." | D.E. 227, SOF ¶¶ 48-49 and DE 28-2, pp. 3, 5, 6, 29, 53 |
| 82. | **Undisputed.** | |
| 83. | **Undisputed.** | |
| 84. | **Disputed.** Significantly overstated. | ELEVEN 0048961 **Ex. 27** |
| 85. | **Disputed**. regarding the use of the term "Infringing Hotels" and use of the phrase "hefty commissions." **Undisputed** that real estate brokers in Miami advertise PMG's properties. | |
| 86. | **Undisputed.** | |
| 87. | **Disputed** that MRC or Lion are involved in the subject projects or any events or transactions in this case. | |

Dated: October 24, 2024                                Respectfully submitted,

**By**:_/s__*Bryan A. Almeida*_____
**Marcus Neiman Rashbaum & Pineiro LLP**
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Attorneys for Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ *Bryan A. Almeida*
        BRYAN A. ALMEIDA

## SERVICE LIST
*Case No.* 1:22-cv-24119-FAM

| BERGER SINGERMAN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| Gavin C. Gaukroger | Dale M. Cendali (admitted *pro hac vice*) |
| Florida Bar No. 76489 | dale.cendali@kirkland.com |
| ggaukroger@bergersingerman.com | Shanti Sadtler Conway (admitted *pro hac vice*) |
| Ana Carolina Varela | shanti.conway@kirkland.com |
| Florida Bar No. 123069 | Eric Loverro (admitted *pro hac vice*) |
| cvarela@bergersingerman.com | eric.loverro@kirkland.com |
| 1450 Brickell Avenue, Suite 1900 | 601 Lexington Avenue |
| Miami, FL 33131 | New York, NY 10022 |
| Telephone: (305) 755-9500 | Telephone: (212) 446-4800 *and* Miranda D. Means (admitted *pro hac vice*) |
| *Attorneys for Eleven IP Holdings LLC, Grassy Creek LLC, and CS Irwin LLC* | Miranda.means@kirkland.com |
| | 200 Clarendon Street |
| | Boston, MA 02116 |
| | Telephone: (617) 385-7500 |
| | *Attorneys for Eleven IP Holdings LLC, Grassy Creek LLC, and CS Irwin LLC* |

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Joseph P. Hynes<br>jhynes@ktslaw.com<br>100 Second Avenue South, Suite 706<br>St. Petersburg, Florida 33701<br>Tel.: 727.268.0594<br>and<br>Jonathan W. Thomas (admitted *pro hac vice*)<br>jwthomas@ktslaw.com<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10020<br>Tel.: 212.775.8856<br>and<br>Shreya Desai (admitted *pro hac vice*)<br>spdesai@ktslaw.com<br>1100 Peachtree Street. Suite 2800<br>Atlanta, Georgia 30309<br>Tel.: 404.815.6032<br>*Attorneys for Counterclaim-Defendants Block 17 Trustees, LLC; and Block 17 Residential Owners, LLC* | MARCUS NEIMAN RASHBAUM & PINEIRO LLP<br>Jeffrey A. Neiman, Esq.<br>Florida Bar No. 544469<br>jneiman@mnrlawfirm.com<br>Jeffrey E. Marcus, Esq.<br>Florida Bar No. 310890<br>jmarcus@mnrlawfirm.com<br>Bryan A. Almeida, Esq.<br>Florida Bar No. 1005558<br>balmeida@mnrlawfirm.com<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Ste. 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br>*Counsel for Counterclaim Defendants Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC* |
| | PEDERSEN & HOUPT, a Prof. Corp.<br>Lawrence W. Byrne, Esq., Ill. Bar No. 6208752<br>*pro hac vice*<br>email: lbyrne@pedersenhoupt.com<br>161 N. Clark Street, Ste. 2700<br>Chicago, Illinois 60601<br>Telephone: 312-261-2155<br>and<br>Weisberg IP Law P.A.<br>Elissa A. Tisdahl, Fla. Bar No. 85521<br>1232 N. University Drive<br>Plantation, FL 33322<br>Telephone: 954-828-1488<br>*Attorneys for 11USA Group, LLC and Dennis DeGori* |