UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1-22-cv-24119-FAM/TORRES

GR OPCO, LLC,

        Plaintiff,

    v.

ELEVEN IP HOLDINGS, LLC,
GRASSY CREEK LLC, CS IRWIN LLC,
IRWIN BACKCOUNTRY GUIDES, LLC,
ALAN PIKE, and CHAD PIKE,

        Defendants,

    and

ELEVEN IP HOLDINGS, LLC,

        Counter-Plaintiff,

    v.

GR OPCO, LLC, 11USA GROUP, LLC,
MARC ROBERTS, DENNIS DEGORI,
MICHAEL SIMKINS, MARC ROBERTS
COMPANIES LLC, PROPERTY
MARKETS GROUP, INC., PMG-11TH
STREET VENTURES, LLC, PMG-11TH
STREET VENTURES II, LLC, BLOCK 17
TRUSTEE, LLC, BLOCK 17 RESIDENTIAL
OWNER, LLC, and LION DEVELOPMENT
OPPORTUNITY FUND LLC,

        Counter-Defendants

and

BLOCK 17 TRUSTEE, LLC, BLOCK 17
RESIDENTIAL OWNER, LLC

        Counterclaim-Plaintiff,

v.

ELEVEN IP HOLDINGS LLC,

        Counterclaim-Defendant

_____/

**PLAINTIFF AND COUNTERCLAIM-DEFENDANTS' NOTICE OF FILING
<u>DECLARATION OF JONATHAN W. THOMAS</u>**

Plaintiff GR Opco, LLC, d/b/a E11EVEN ("GR"), Counter-Defendants/Counterclaim-Plaintiffs BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC (Collectively, "Block 17"), and Counterclaim-Defendants 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, LION DEVELOPMENT OPPORTUNITY FUND LLC, (collectively, all of the foregoing are the "Opposers"), hereby file the attached Declaration of Jonathan W. Thomas, Esq. in Support of the Opposition to Defendant/Counterclaim-Plaintiff, ELEVEN IP HOLDINGS LLC ("EIP") and its co-Defendants' Amended Partial Motion for Summary Judgment.

Dated: November 1, 2024

Respectfully submitted,

By: /s _Robert H. Thornburg_

**ALLEN, DYER, DOPPELT & GILCHRIST, P.A.**
Robert H. Thornburg / Fla. Bar No. 630829
email: rthornburg@allendyer.com
Susan J. Latham / Fla. Bar No. 687391
email: slatham@allendyer.com
James R. Leahy / Fla. Bar No. 1044500
email: jleahy@allendyer.com
121 Alhambra Plaza, Suite 1250
Coral Gables, Florida 33134
Telephone:  305-374-8303
Facsimile:  305-374-8306

Ryan T. Santurri / Fla. Bar No. 15698
email: rsanturri@allendyer.com
Melissa Dangond / Fla. Bar No. 1025285
email: mdangond@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801
Tele.: 407-841-2330; Facsimile: 407-841-2343
 and

**MARTINEZ-CID LAW**
Jordi C. Martinez-Cid / Fla. Bar No. 100566
 email:  jmartinez-cid@martinez-cidlaw.com
        service@martinez-cidlaw.com.
Andy Hernandez / Fla. Bar. No. 1018581
email: ahernandez@martinez-cidlaw.com
1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131

Telephone:          305-704-9162

*Attorneys for GR Opco, LLC d/b/a E11EVEN*

and

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jeffrey A. Neiman, Esq.
Florida Bar No. 544469
jneiman@mnrlawfirm.com
Bryan A. Almeida, Esq.
Florida Bar No. 1005558
balmeida@mnrlawfirm.com
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for Counterclaim Defendants Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC*

and

**PEDERSEN & HOUPT, a Prof. Corp.**
Lawrence W. Byrne, Esq., Ill. Bar No. 6208752
*pro hac vice*
email:  lbyrne@pedersenhoupt.com
161 N. Clark Street, Ste. 2700
Chicago, Illinois 60601
Telephone:  312-261-2155

and

**WEISBERG IP LAW P.A.**
Elissa A. Tisdahl, Fla. Bar No. 85521
1232 N. University Drive
Plantation, FL 33322
Telephone: 954-828-1488

*Attorneys for 11USA Group, LLC and Dennis DeGori*

and

**KILPATRICK TOWNSEND & STOCKTON LLP**
Evan S. Nadel (Florida Bar. No. 165409)
Jonathan W. Thomas (admitted *pro hac vice*)
enadel@ktslaw.com
jwthomas@ktslaw.com
3 Times Square

New York, New York 10036
Tel.: 212.775.8856
and
R. Charles Henn, Jr. (admitted *pro hac vice*)
Shreya P. Desai (admitted *pro hac vice*)
Davis-Brook Caswell (admitted *pro hac vice*)
rhenn@ktslaw.com
spdesai@ktslaw.com
dbcaswell@ktslaw.com
1100 Peachtree Street. Suite 2800
Atlanta, Georgia 30309
Tel.: 404.815.6032
*Attorneys for Counterclaim-Defendants Block 17*
*Trustee, LLC; and Block 17 Residential Owner, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ Robert H. Thornburg*

## SERVICE LIST
*Case No.* 1:22-cv-24119-FAM/TORRES

| BERGER SINGERMAN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| Gavin C. Gaukroger | Dale M. Cendali (admitted *pro hac vice*) |
| Florida Bar No. 76489 | dale.cendali@kirkland.com |
| ggaukroger@bergersingerman.com | Shanti Sadtler Conway (admitted *pro hac vice*) |
| Ana Carolina Varela | shanti.conway@kirkland.com |
| Florida Bar No. 123069 | Eric Loverro (admitted *pro hac vice*) |
| cvarela@bergersingerman.com | eric.loverro@kirkland.com |
| 1450 Brickell Avenue, Suite 1900 | 601 Lexington Avenue |
| Miami, FL 33131 | New York, NY 10022 |
| Telephone: (305) 755-9500 | Telephone: (212) 446-4800*and*Miranda D. |
| *Attorneys for Eleven IP Holdings LLC,* | Means (admitted *pro hac vice*) |
| *Grassy Creek LLC, and CS Irwin LLC* | Miranda.means@kirkland.com |
| | 200 Clarendon Street |
| | Boston, MA 02116 |

| | |
|---|---|
| | Telephone: (617) 385-7500<br><br>*Attorneys for Eleven IP Holdings LLC,<br>Grassy Creek LLC, and CS Irwin LLC* |
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Evan S. Nadel (Florida Bar. No. 165409)<br>Jonathan W. Thomas (admitted *pro hac vice*)<br>enadel@ktslaw.com<br>jwthomas@ktslaw.com<br>3 Times Square<br>New York, New York 10020<br>Tel.: 212.775.8856<br>and<br>Shreya Desai (admitted *pro hac vice*)<br>spdesai@ktslaw.com<br>1100 Peachtree Street. Suite 2800<br>Atlanta, Georgia 30309<br>Tel.: 404.815.6032<br><br>*Attorneys for Counterclaim-Defendants<br>Block 17 Trustee, LLC; and Block 17<br>Residential Owner, LLC* | MARCUS NEIMAN RASHBAUM & PINEIRO LLP<br>Jeffrey E. Marcus, Esq.<br>Florida Bar No. 310890<br>jmarcus@mnrlawfirm.com<br>Jeffrey A. Neiman, Esq.<br>Florida Bar No. 544469<br>jneiman@mnrlawfirm.com<br>Bryan A. Almeida, Esq.<br>Florida Bar No. 1005558<br>balmeida@mnrlawfirm.com<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Ste. 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4260<br><br>*Counsel for Counterclaim Defendants Property Markets Group, Inc.; PMG-11th Street Ventures, LLC; PMG-11th Street Ventures II, LLC; Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC* |
| | PEDERSEN & HOUPT, a Prof. Corp.<br>Lawrence W. Byrne, Esq., Ill. Bar No. 6208752<br>*pro hac vice*<br>email: lbyrne@pedersenhoupt.com<br>161 N. Clark Street, Ste. 2700<br>Chicago, Illinois 60601<br>Telephone: 312-261-2155<br>and<br>Weisberg IP Law P.A.<br>Elissa A. Tisdahl, Fla. Bar No. 85521<br>1232 N. University Drive<br>Plantation, FL 33322<br>Telephone: 954-828-1488<br><br>*Attorneys for 11USA Group, LLC and Dennis DeGori* |