**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case No.: 1-22-cv-24119-FAM/TORRES

GR OPCO, LLC,

    *Plaintiff*,

vs.

ELEVEN IP HOLDINGS, LLC, GRASSY CREEK LLC, and CS IRWIN LLC,

    *Defendants*.

ELEVEN IP HOLDINGS, LLC,

    *Counterclaim-Plaintiff*,

vs.

GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC,

    *Counterclaim-Defendants*.

BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,

    *Counterclaim-Plaintiffs*,

vs.

ELEVEN IP HOLDINGS, LLC

    *Counterclaim-Defendant*.

## DECLARATION OF JONATHAN W. THOMAS, ESQ.

I, Jonathan W. Thomas, make the following Declaration:

1. I am over the age of 18 and am competent to testify as to the matters contained in this Declaration, all of which are within my personal knowledge. I am a partner at the law firm of Kilpatrick Townsend & Stockton LLP, and I represent Counterclaim-Defendants/Counterclaim-Plaintiffs Block 17 Trustee, LLC, and Block 17 Residential Owner, LLC in this matter.

2. I submit this Declaration in Support of the Opposition to Defendant/Counterclaim-Plaintiff, ELEVEN IP HOLDINGS LLC ("EIP") and its co-Defendants' Amended Partial Motion for Summary Judgment.

3. Attached as **Exhibit 1** is a true and correct copy of a document produced in this litigation and bearing Bates No. PMG-BLOCK17-11THST-0005227.

4. Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation and bearing Bates No. PMG-BLOCK17-11THST-0005211.

5. Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation and bearing Bates No. PMG-BLOCK17-11THST-0005193.

6. Attached as **Exhibit 4** is a true and correct copy of a document produced in this litigation and bearing Bates No. PMG-BLOCK17-11THST-0005187.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 1, 2024.

*/s/ Jonathan W. Thomas*