# EXHIBIT 4

# *MOUNTAIN HIGH Head to western Colorado for outdoor fun from rock-climbing to rafting*

The New York Post

September 13, 2016 Tuesday

Copyright 2016 N.Y.P. Holdings, Inc. All Rights Reserved

**Section:** All Editions; Pg. 40

**Length:** 1402 words

**Byline:** and Chris Bunting

## Body

Back in 2014, Crested Butte's then-mayor Aaron Huckstep was very fortunate he didn't spark a bloody, Arab Spring-like uprising among his citizenry - a Colorado Spring, if you will - after he and the town elders shamelessly whored out the city to Bud Light for $500,000.

The "beer" brand proceeded to paint the town blue and temporarily renamed it "Whatever, USA" for three obnoxious days as part of a corny spring break-themed ad campaign.

I mean, sell your soul to Bud freakin' Light of all godforsaken things? Where was their dignity? Their self-respect? And where was Coors, pride of the Rockies (well, maybe not pride), and their silver bullets to lead a counterinsurgency against such blasphemy?

This is supposed to be Colorado, dammit, where the motto is less Bud, more  bud.

The good news is the blue paint has long since been scraped off, the Bud Light-branded umbrellas tossed in a woodchipper and the city's beer taps cleansed of Bud's foul jenkem and replaced with all those righteous local craft brews Colorado's known for.

The even better news for this pretty pocket of bucolic Gunnison County, some 8,000 to 9,000 feet above sea level, is the imminent official opening of Eleven Experience's new Taylor River Lodge in Taylor Canyon on Sept. 15. Squatting right above its rushing tributary namesake, TRL is about a 20-minute drive from Crested Butte, and about a four-hour drive southwest of Denver (and they'll soon be brewing their own beer in house, to boot, so take that, Vichy Anheuser puppets!).

The massive gated compound, which has an intimate 30-guest occupancy, is a mix of towering pine and aspen trees, six individual luxury (and TV-less, but Wi-Fi-connectedish) cabins, two massive guest houses made of wood repurposed from razed barns and farm houses (inside you'll find quirky touches like Allman Brothers posters and solid cedar Alfi tubs), a horseshoe range, croquet yard, a beautifully landscaped fishing pond, bath house, spa, rec room and a posh dining/drinking lodge.

You know, rustic.

A la carte stays from $720/night include meals; all-inclusive stays, including meals, house booze and all guided experiences, start at $1,720/night.

Inside every cabin, you'll probably notice anti-bear air horns. These are not cutesy ornamental tchotchkes; this here is ursine turf and the varmints have been known to wander about the property once in a blue moon. (Maybe just rub Bud Light all over yourself and they'll likely leave you alone.)

The brains/ownership behind the Eleven operation is an outdoorsy kid trapped inside a 46-year-old Illuminati-styled multinational investment executive's body named Chad Pike. His company specializes in luxury adventure lodges and experiences, with other properties in exotic places like northern Iceland and the Bahamas. (He also already has Scarp Ridge Lodge and Sopris House in Crested Butte proper; the former with a rooftop Jacuzzi, the latter with "Seinfeld"-saluting man cave.) Pike must be a charmer, considering the almost Manson Family-like devotion his staffers have for him, even when he's not physically there - er, but in a sweet way.

His company's name, Eleven Experience, refers not to how many properties Pike owns (he has about half that), but rather it's a nod to the famous amps of "This is Spinal Tap," a flick Pike reportedly watched on an endless loop in college. You'll find smaller, smartphone plug-n-playable versions of those amps in your cabin, as well.

Speaking of metal, you'll enter the TRL compound through these massive circular steel doors that open

MOUNTAIN HIGH Head to western Colorado for outdoor fun from rock-climbing to rafting

and close like something out of the "Get Smart" intro. They're courtesy of metal worker Jeff Brethauer. He's just one of many local Gunnison County celebs that have a hand in TRL. His pal, Brian Barry, is another one. A former engineer in the army, Barry is Eleven's resident grease monkey; a MacGyver-esque super genius who tricks out snow cats and pretty much anything else on wheels. He keeps their fleet of SUVs hale and hearty during those harsh Centennial State winters.

The next few days were a blur of outdoor activities led by Eleven's awesome squad of truly gifted guides (many of whom split their time, amazingly, between here and Eleven's other properties around the world).

There's white-water rafting which, despite the morbid safety preamble about falling overboard and knocking your noggin on river rocks our guide Dave is forced to give, is actually a really fun, relatively mild category-3 run that lasts about 90 minutes.

Then we hiked the Doctor Park bike trail. When my guide Annie heard faint thunderstorms in the distance, her scary-accurate meteorological Spidey sense took over. We made like the bird tattoo on her ankle, flying out of there and back into the car right before it poured, dry as a bone.

Mellowed out fly-fishing with "Moose," a skilled angler who's the nicest and most patient person you'll ever meet wearing polarized "American Sniper" sunglasses.

Jumped on a particularly chatty massage sesh with a fun non-native Coloradan, much to the chagrin of the person getting treated in the next room over who just wanted me to shut the hell up.

But I was most excited about chuckin' and shootin' stuff.

Over at TRL's target range you'll find a giant toy box, er, locker full of goodies like hatchets, bows, arrows, air rifles and BBs galore. The intended victims? A field of wooden bull's-eyes, a plastic deer, some hay bales and hopefully not your (mandatory) guide. This is where the magic happens. Somehow I managed to ricochet a hatchet off a wooden target about 50 feet into the air, only for it to land and come to rest on a tree limb. When we shook the trunk to get it down, it made for one helluva pine needle. This is fun city.

After a poly-course dinner when there was some down time, I bumped into a smoker of some kush or another, procured in one of Crested Butte's dispensaries. You might imagine that after Colorado legalized recreational marijuana in 2012, places like Crested Butte, a former coal miner outpost turned year-round vacation town now with a population of 1,500, would be teeming with them. But actually it's the opposite. CB has only a small handful, and they're all found on the fringes of town if not outside city limits all together.

By contrast, Crested Butte's downtown area, especially the main drag of Elk Avenue, is a just a colorful mix of quaint Wild West-style buildings - all with corrugated metal roofs to handle the coming snow. It's an eccentric mix of museums, curio shops, cheery open-seating bars like The Last Steep and even a rum distillery, Montanya, which serves up a mean habanero pineapple-infused rum margarita called "Señorita."

Maybe it was acid reflux from all those margs but that night I only got about two hours of sleep. Which would have been fine except that I was set to hike to the top of Mount Crested Butte that next morning, which peaks at 12,162 feet.

Oh, and I've never been in shape in my entire loser life.

Luckily, Ian, my very morale-boosting guide, helped carry my backpack as I awkwardly crawled about its steep rocky crags like a wheezing, dying spider.

Ian is one of the most erudite leaders I've ever met, casually musing about Colorado's "consequential geography" and "quaffable beers," and the esotericism of Icelandic fishing and puffin hunting along the way. At one point we encounter some local numbskull who asked him, "Do you just make up words?"

Dude, read a book.

We pushed on and, after my numerous threats to quit, finally made it to the top of the mountain. Thank god I did. After my shaky, acrophobic hand signed the guest book up there, it was time to crack open a Dave's Pale Ale and take in those stunning views of Gunnison Valley - which required a little bit of imagination given the veil of cooling fog wrapped around us. It was amazing all the same.

That's the brilliance of TRL - you can arrive as a group with diverse likes and dislikes and simply choose your own adventure. Individualism at its finest.

So if the wife and kids want to rock-climb and fly-fish all day, you can be like, "Nice, have fun with that. I myself plan on heading to the rec room to kick back with some home-brewed IPA, play some darts, watch "Mr.

Marco Ruiz

Robot" on a 70-inch flatscreen, hit the hot tub then head out to the ax range and go all Jason Voorhees on a tree. See you suckers lay-tah."

## Graphic

-ROCKIN' IT: A climber takes on a serious bluff. [Eleven Experience (3)]-SINK OAR SWIM: Conquer the rapids of Taylor River.-Montanya serves up 'Señorita' cocktails.-LOOKIN' FLY: Practice your fishing skills in Taylor River Lodge's pretty pond. [Eleven Experience; Below: Nathan Bilow]-LAP UP: Hit the pool at Taylor River Lodge.

**Load-Date:** September 13, 2016

End of Document