# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:22-cv-24119-FAM

GR OPCO, LLC,

    Plaintiff,

v.

ELEVEN IP HOLDINGS, LLC,
GRASSY CREEK LLC, and
CS IRWIN LLC,

    Defendants,

    and

ELEVEN IP HOLDINGS, LLC,

    Counter-Plaintiff,

v.

GR OPCO, LLC,

    Counter-Defendant.
_____/

**CHART OF EIP'S RESPONSE TO THE AMENDED STATEMENT OF UNDISPUTED MATERIAL FACTS AND EIP'S STATEMENTS OF ADDITIONAL FACTS**

The charts use the following key:
¶ # = Paragraph Number
Mis = Mischaracterization of Record Evidence
Pin = Failure to Provide Pinpoint Citations
Legal = Legal Conclusion or Opinion
None = No Issue

**Response to the Amended Statement of Undisputed Material Facts**

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | X | No misrepresentation. |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 2 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 3 | | | | | | X | No misrepresentation. |
| 4 | | | | | | X | No misrepresentation. |
| 5 | | | | | | X | No misrepresentation. |
| 6 | | | | | | X | No misrepresentation. |
| 7 | | | | | | X | No misrepresentation. |
| 8 | | | | | X | | Undisputed. |
| 9 | X | | | | | | Misrepresents the testimony of Kyra Phelps. |
| 10 | | | | | | X | No misrepresentation. |
| 11 | X | X | | | | | Misrepresents record evidence and fails to provide pinpoint citation in support of cited exhibits. |
| 12 | | | | | | X | No misrepresentation. |
| 13 | | | | X | | | There is a discrepancy between the cited exhibits that creates a contradiction in this paragraph. |
| 14 | | | X | | | | This sets forth an impermissible legal opinion that the purchase date for 11th Avenue Hostel is irrelevant. |
| 15 | | | | | | X | No misrepresentation. |
| 16 | | X | | X | | | Unable to determine which pinpoint citations correspond to each individual response that is set forth in this paragraph. |
| 17 | | | | | | X | No misrepresentation. |
| 18 | | | | | | X | No misrepresentation. |
| 19 | X | | | | | | The record evidence is mischaracterized. |
| 20 | | | X | | | | Sets forth impermissible legal conclusion or opinion that whether 11th Avenue Hostel has guests from Florida is irrelevant. |
| 21 | | | | | | X | No misrepresentation. |
| 22 | | | | | | X | No misrepresentation. |
| 23 | | | X | | | X | No misrepresentation of the record evidence, but sets forth impermissible legal conclusion or opinion. |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 24 | X | | | | | | Misrepresentation of the record evidence that is cited. |
| 25 | X | | | | | | Misrepresentation of the record evidence that is cited. |
| 26 | X | | | | | | Misrepresentation of the cited testimony. |
| 27 | X | | | | | | Misrepresentation of the cited testimony. David Smith's deposition testimony is not accurately described in this paragraph. |
| 28 | | | | | X | | Undisputed. |
| 29 | | | | | X | | Undisputed. |
| 30 | | | | | | X | No misrepresentation. |
| 31 | | X | | | | | This paragraph cites to deposition excerpt that is not present in the cited exhibit. |
| 32 | | | X | | | X | Sets forth impermissible legal conclusion or opinion that the statement at issue is not relevant to the summary judgment papers. |
| 33 | | | | | | X | No misrepresentation. |
| 34 | | | X | X | | | There are no citations or quotes provided response statement of material fact. EIP simply states, in conclusory fashion, that statement of material number 34 is a legal conclusion and not a fact. |
| 35 | | | | X | | | States, in conclusory fashion, that Movants have cited evidence that is unavailable in the record. |
| 36 | | | | X | | | States in conclusory fashion that testimony in a deposition should not be treated as a legal conclusion. |
| 37 | | | | | | X | No misrepresentation. |
| 38 | | | | | | X | No misrepresentation. |
| 39 | | | | | | X | No misrepresentation. |
| 40 | X | X | | X | | | Citation to record evidence that does not support the response statement of material facts. |
| 41 | | X | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 42 | | X | | X | | | The record evidence that is cited in support of this response statement of |

3

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | material fact is unrelated to the contents of the paragraph. |
| 43 |  |  | X |  |  |  | States in conclusory fashion that statement of material fact number 43 is unsupported by the cited exhibits. |
| 44 |  |  |  |  |  | X | No misrepresentation. |
| 45 |  |  |  |  |  | X | No misrepresentation. |
| 46 | X |  | X |  |  |  | Mischaracterization of record evidence and sets forth impermissible legal conclusion or opinion that the testimony being cited in this paragraph is hearsay. |
| 47 |  |  | X |  |  |  | Contains impermissible legal conclusion or opinion that the statement at issue is irrelevant to the summary judgment papers. |
| 48 |  |  | X |  |  |  | This response statement of material fact contains an impermissible legal conclusion or opinion. |
| 49 |  |  | X |  |  |  | Sets forth impermissible legal conclusion or opinion that "[w]hat matters is the inherent and consumer-facing meaning of the marks, not a company's internal perception." |
| 50 |  |  |  |  |  | X | No misrepresentation. |
| 51 |  |  |  |  |  | X | No misrepresentation. |
| 52 |  |  |  |  |  | X | No misrepresentation. |
| 53 |  |  |  | X |  |  | States in conclusory fashion that testimony in a deposition should not be treated as expert testimony. |
| 54 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 55 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 56 |  |  |  |  |  | X | No misrepresentation. |
| 57 |  | X |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |

4

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 58 |  | X |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 59 |  |  |  |  |  | X | No misrepresentation. |
| 60 |  |  |  |  |  | X | No misrepresentation. |
| 61 |  |  |  | X |  |  | Record evidence cited does not support response statement of material fact. |
| 62 |  |  |  |  |  | X | No misrepresentation. |
| 63 |  |  |  |  |  | X | No misrepresentation. |
| 64 |  |  |  |  |  | X | No misrepresentation. |
| 65 |  |  |  |  |  | X | No misrepresentation. |
| 66 |  |  |  |  |  | X | No misrepresentation. |
| 67 |  |  |  |  |  | X | No misrepresentation. |
| 68 |  |  |  |  |  | X | No misrepresentation. |
| 69 |  |  | X |  |  |  | Sets forth impermissible legal conclusion or opinion that the location of Eleven hotels is irrelevant. |
| 70 |  |  |  |  |  | X | No misrepresentation. |
| 71 |  |  |  |  |  | X | No misrepresentation. |
| 72 |  |  |  |  | X |  | Undisputed |
| 73 |  |  |  |  |  | X | No misrepresentation. |
| 74 |  |  |  |  |  | X | No misrepresentation. |
| 75 |  |  |  |  |  | X | No Misrepresentation. |
| 76 |  |  |  |  |  | X | No misrepresentation. |
| 77 |  |  |  |  |  | X | No misrepresentation. |
| 78 | X |  |  |  |  |  | Misrepresentation of the record evidence that is cited. |
| 79 |  |  |  |  |  | X | No misrepresentation. |
| 80 |  |  |  |  | X |  | Undisputed. |
| 81 | X |  |  |  |  |  | Misrepresentation of the record evidence that is cited. |
| 82 | X |  |  |  |  |  | Misrepresentation of the record evidence that is cited. |
| 83 |  |  |  | X |  |  | The response statement of material does not address the issue raised in the statement of material fact. |
| 84 |  |  |  |  | X |  | Undisputed. |
| 85 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |

5

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 86 | | | X | | | | Sets forth impermissible legal conclusion or opinion without evidentiary support that the statement at issue is not material to the summary judgment papers. |
| 87 | X | | | | | | Misrepresentation of the record evidence. |
| 88 | | | | X | | | It is unclear what statements are being refuted in this response statement of material fact. |
| 89 | | | | | | X | No misrepresentation. |
| 90 | | | X | | | | Sets forth impermissible legal conclusion or opinion that "[a] party's subjective belief of what the Infringing Hotels will appear to be once constructed is irrelevant." |
| 91 | X | | | | | | Misrepresentation of the record evidence that is cited. |
| 92 | | | | | | X | No misrepresentation. |
| 93 | | | | | X | | Undisputed |
| 94 | | | | | | X | No misrepresentation. |
| 95 | | | | | | X | No misrepresentation. |
| 96 | | | | | | X | No misrepresentation. |
| 97 | | | | | | X | No misrepresentation. |
| 98 | X | | | | | | Misrepresentation of the record evidence. |
| 99 | | | | | | X | No misrepresentation. |
| 100 | | | | | | X | No misrepresentation. |
| 101 | | | | | | X | No misrepresentation. |
| 102 | | | | | X | | Undisputed |
| 103 | | | | | X | | Undisputed |
| 104 | X | | | | | | Misrepresentation of the record evidence. |
| 105 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 106 | | | | | X | | Undisputed |
| 107 | | | | | X | | Undisputed |
| 108 | | | | | X | | Undisputed |
| 109 | | | | | X | | Undisputed |
| 110 | | X | X | | | | Contains an impermissible legal conclusion or opinion and fails to set |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | forth pinpoint or any kind of citation. |
| 111 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 112 | | | X | | | | Contains an impermissible legal conclusion or opinion that "[t]here is both survey and anecdotal evidence of confusion." |
| 113 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 114 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 115 | | X | X | | | | Contains an impermissible legal conclusion and fails to set forth any citation. |
| 116 | | | | | X | | Undisputed |
| 117 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 118 | | X | | X | | | Fails to set forth pinpoint citations and the record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the paragraph. |
| 119 | | | | | | X | No misrepresentation. |
| 120 | | X | X | | | | This statement of material fact is disputed, but no record evidence is cited in this response statement of material fact. This response statement of material fact also sets forth an impermissible legal conclusion. |
| 121 | | | | | | X | No misrepresentation. |
| 122 | | | X | | | | Contains an impermissible legal conclusion opinion. |
| 123 | | | | | | X | No misrepresentation. |
| 124 | | | | | X | | Undisputed. |
| 125 | | | | | X | | Undisputed. |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 126 | | | | | | X | No misrepresentation. |
| 127 | | | | | | X | No misrepresentation. |
| 128 | | | | | | X | No misrepresentation. |
| 129 | | | | | X | | Undisputed |
| 130 | | | | | | X | No misrepresentation. |
| 131 | | | | | | X | No misrepresentation. |
| 132 | | | | | | X | No misrepresentation. |
| 133 | | | | | | X | No misrepresentation. |
| 134 | X | | | | | | Misrepresents the record evidence because E11even's brochure does not only welcome "international adventurers." |
| 135 | X | | | | | | Misrepresents the record evidence because E11even's brochure does not only welcome "international adventurers." |
| 136 | | | X | | | | States in conclusory fashion that this statement of material fact is a legal conclusion. |
| 137 | | | X | | | | States in conclusory fashion that this statement of material fact is a legal conclusion. |
| 138 | | | | | | X | No misrepresentation. |
| 139 | | X | X | | | | Sets forth impermissible legal conclusion or opinion and also fails to set forth a pinpoint citation. |
| 140 | | | | X | | | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the corresponding paragraph. |
| 141 | | X | | X | | | Fails to provide pinpoint citation. Fails to fully address the subject matter of the corresponding paragraph in Movants' statement of material facts. |
| 142 | | | | | | X | No misrepresentation. |
| 143 | | | | | | X | No misrepresentation. |
| 144 | | | | X | | | States in conclusory fashion that this statement of material fact is an opinion, not a fact. |
| 145 | | | | X | | | States in conclusory fashion that this statement of material fact is an opinion, not a fact. |
| 146 | | | | | | X | No misrepresentation. |

8

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 147 | | | | X | | | States in conclusory fashion that this statement of material fact is an opinion, not a fact. |
| 148 | | | | X | | | States in conclusory fashion that this statement of material fact is an opinion, not a fact. |
| 149 | X | | | | | | Misrepresents record evidence that is cited to. |
| 150 | | | | X | | | This response statement of material fact lacks specificity and it is not entirely clear what Defendants are attempting to convey here based on Mr. Keon's testimony. |
| 151 | | | | | | X | No misrepresentation. |
| 152 | | | X | | | | States in conclusory fashion that statement of material fact contains a legal conclusion without any citation. |
| 153 | | | | | | X | No misrepresentation. |
| 154 | | | | | | X | No misrepresentation. |
| 155 | | | | | X | | Undisputed |
| 156 | | | | | X | | Undisputed |
| 157 | | | | | X | | Undisputed |
| 158 | | | | | X | | Undisputed |
| 159 | | | | | X | | Undisputed |
| 160 | | | | | X | | Undisputed |
| 161 | | X | X | | | | Fails to provide any citation. Sets forth a legal conclusion with no supporting record evidence. |
| 162 | | | | | | X | No misrepresentation. |
| 163 | | | | | X | | Undisputed |
| 164 | | | | | | X | No misrepresentation. |
| 165 | | | | | | X | No misrepresentation. |
| 166 | | X | | | | | Fails to set forth pinpoint citations. |
| 167 | | | | | X | | Undisputed |
| 168 | | X | | | | | Fails to set forth pinpoint citations. |
| 169 | | | | | X | | Undisputed |
| 170 | X | | | X | | | Misrepresents the record evidence. The cited exhibit also contradicts the response statement of material fact. |
| 171 | | | | | | X | No misrepresentation. |
| 172 | | | | | | X | No misrepresentation. |
| 173 | X | | | | | | Misrepresents record evidence. |
| 174 | | | | | | X | No misrepresentation. |

9

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 175 | X | | | X | | | Misrepresents the record evidence. The cited exhibit contradicts the response statement of material fact. |
| 176 | | | | | | X | No misrepresentation. |
| 177 | | | | | | X | No misrepresentation. |
| 178 | | | | | | X | No misrepresentation. |
| 179 | | | | | | X | No misrepresentation. |
| 180 | | | | | | X | No misrepresentation. |
| 181 | X | | | | | | Misrepresents record evidence. |
| 182 | | | | | | X | No misrepresentation. |
| 183 | | | | | | X | No misrepresentation. |
| 184 | X | | | | | | Misrepresents record evidence. |
| 185 | | | | | | X | No misrepresentation. |
| 186 | | | | | | X | No misrepresentation. |
| 187 | X | | | | | | The deposition testimony that is cited in this response statement of material fact does not support the statement set forth herein. |
| 188 | X | | | | | | The deposition testimony that is cited in this response statement of material fact does not support the statement set forth herein. |
| 189 | | X | | | | | Cites to the deposition testimony of Kyra Phelps without providing a pinpoint citation. |
| 190 | | X | | | | X | Fails to set forth pinpoint citations. |
| 191 | X | | | | | | Mischaracterizes record evidence. |
| 192 | | | | | X | | Undisputed. |
| 193 | | | | | X | | Undisputed. |
| 194 | X | | | | | | Mischaracterizes record evidence. |
| 195 | X | | | | | | Mischaracterizes record evidence. |
| 196 | X | | | | | | Mischaracterizes record evidence. |
| 197 | | | | | X | | Undisputed |
| 198 | X | | | | | | Incomplete quote of deposition testimony that mischaracterizes record evidence. |
| 199 | | | | X | | | This is incoherent as drafted. |
| 200 | | | | | | X | No misrepresentation. |
| 201 | | | | | X | | Undisputed |
| 202 | X | | | | | | Misrepresents the record evidence. |
| 203 | X | | | | | | Misrepresentation of the record evidence. |
| 204 | | X | | | | | Cites to testimony that is not available in the record. The |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | deposition excerpt provided in the cited exhibit does not contain the pages that are cited. |
| 205 |  |  |  |  | X |  | Undisputed |
| 206 |  |  |  |  | X |  | Undisputed |
| 207 |  |  |  |  |  | X | No misrepresentation. |
| 208 |  |  |  |  |  | X | No misrepresentation. |
| 209 |  |  |  |  | X |  | Undisputed |
| 210 | X |  |  |  |  |  | Misrepresentation of the record evidence. |
| 211 | X |  |  |  |  |  | Misrepresentation of the record evidence. |
| 212 |  |  |  |  |  | X | No misrepresentation. |
| 213 |  |  |  |  |  | X | No misrepresentation. |
| 214 |  |  |  |  |  | X | No misrepresentation. |
| 215 |  |  |  |  |  | X | No misrepresentation. |
| 216 |  |  |  |  |  | X | No misrepresentation. |
| 217 |  |  |  |  |  | X | No misrepresentation. |
| 218 |  |  |  | X |  |  | This response statement of material fact is completely irrelevant to the corresponding statement of material fact by Movants. |
| 219 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the corresponding paragraph. |
| 220 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the corresponding paragraph. |
| 221 |  |  |  |  | X |  | Undisputed |
| 222 |  |  |  |  | X |  | Undisputed |
| 223 |  |  |  |  | X |  | Undisputed |
| 224 |  |  |  |  | X |  | Undisputed |
| 225 |  |  |  | X |  |  | The record evidence that is cited in support of this response statement of material fact is unrelated to the contents of the corresponding paragraph. |
| 226 |  |  | X |  |  |  | Sets forth impermissible legal conclusion or opinion by expert who asserts that Plaintiffs' expert's reports contains fatal flaws. |

11

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 227 | | | X | | | | Sets forth impermissible legal conclusion or opinion by expert who asserts that Plaintiffs' expert's reports contains fatal flaws. |
| 228 | | | | | X | | Undisputed |

**Statement of Additional Material Facts**

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 1 | X | X | | | | | Mischaracterization of record evidence and cites to materials that are not present in the record. |
| 2 | | | | | | X | No misrepresentation. |
| 3 | | X | | | | | Cites to materials that are not present in the record. |
| 4 | | | | | | X | No misrepresentation. |
| 5 | X | | | | | | Mischaracterizes record evidence. |
| 6 | X | | | | | | Misrepresents record evidence. |
| 7 | X | | | | | | Mischaracterizes record evidence. |
| 9[1] | | | | | | X | No misrepresentation. |
| 10 | | X | | | | | Sets forth impermissible opinion or argument that "Eleven has spent and invested heavily in advertising and promotion…" |
| 11 | | | | X | | | Undisputed. |
| 12 | | | | | | X | No misrepresentation. |
| 13 | | | | | | X | No misrepresentation. |
| 14 | | | | | | X | No misrepresentation. |
| 15 | | | X | | | | Contains an impermissible opinion and argument that "Eleven has received substantial press coverage…." |
| 16 | | | | X | | | Undisputed. |
| 17 | | | | X | | | Undisputed. |
| 18 | | | | | | X | No misrepresentation. |
| 19 | X | | | | | | Misrepresents record evidence because Chad Pike's February 10, 2011, clearance search revealed one of Movants' predecessors in interest. |
| 20 | | | | | X | | Undisputed. |

---

[1] This numbering sequence is consistent with and reflects the numbering sequence in EIP's Statement of Additional Facts—which skips over the number 8. *See* [ECF No. 495 p. 1 (Statement of Additional Facts Section)].

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| 21 | | | | | X | | Undisputed. |
| 22 | | | | | | X | No misrepresentation. |
| 23 | X | | | | | | Misrepresents the record evidence. The cited record evidence does not support the statement that Movants' marks are in sans serif or all in capital letters. |
| 24 | X | | | X | | | Misrepresents record evidence and is contradicted by cited testimony. |
| 25 | | X | | X | | | Fails to set forth pinpoint citations for various citations. Various exhibits do not support the contention set forth in paragraph 25. |
| 26 | | | X | | | | Sets forth an impermissible legal conclusion or opinion that "consumers will view the name West Eleventh as an extension of the E11EVEN brand." |
| 27 | | | | X | | | Sets forth an ambiguous and undefined statement. Defendants fail to define "comforts and amenities of five-star hotels." |
| 28 | | | | X | | | Sets forth an ambiguous and undefined statement. Defendants fail to define "luxury amenities." |
| 29 | | | | | X | | Undisputed. |
| 30 | | | | | X | | Undisputed. |
| 31 | | | | | | X | No misrepresentation. |
| 32 | | | X | | | | Sets forth impermissible legal conclusion that Movants' properties that are currently under construction are "Infringing Hotels." |
| 33 | | | X | | | | Sets forth impermissible legal conclusion that Movants' properties are "Infringing Hotels." |
| 34 | | | X | | | | Sets forth impermissible legal conclusion that Movants' properties that are currently under construction are "Infringing Hotels." |
| 35 | | | X | | | | Sets forth impermissible legal conclusion that Movants' properties that are currently under |

13

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | construction are "Infringing Hotels." |
| 36 | | | | | | X | No misrepresentation. |
| 37 | | | | | X | | Undisputed. |
| 38 | | | | | | X | No misrepresentation. |
| 39 | | | | | | X | No misrepresentation. |
| 40 | X | | | | | | Misrepresents the expert testimony that is cited in the additional statement of material fact by altering the testimony that is presented a s a quote. |
| 41 | | | | | X | | Undisputed. |
| 42 | | X | | | | | Contains citation that fails to provide pinpoint, in violation of the local rules. |
| 43 | | | X | | | | Sets forth impermissible legal conclusion that Movants' properties that are under construction are "Infringing Hotels." |
| 44 | | X | | | | | Fails to provide pinpoint citations for any of the four citations that are set forth in this statement of additional fact, in violation of the local rules. |
| 45 | | | | | X | | Undisputed. |
| 46 | X | | | | | | Misrepresents the record evidence. The record evidence does not support the contention that Movants will be offering hotel stays through any specific platforms or third-parties. |
| 47 | | | | | | X | No misrepresentation. |
| 48 | | | | | | X | No misrepresentation. |
| 49 | X | | | | | | Misrepresents the record evidence that is cited to. Michael Simkins testifies that, while E11EVEN will target ultra wealthy clients, this demographic will not be the sole group that is targeted the focus of sales and stays will be directed toward people who enjoy the Miami culture and nightlife environment. |
| 50 | | | X | | | | Sets forth impermissible opinion or argument that "Movants' marketing |

14

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | materials have been featured in publications that are geared toward high-net-worth individuals." |
| 51 | | | X | | | | Sets forth impermissible opinion that EIP's expert discussed certain topics extensively. |
| 52 | | | | | X | | Undisputed. |
| 53 | | X | | X | | | Sets forth an ambiguous and undefined statement. Defendants fail to define "luxury media publications." This paragraph also fails to provide pinpoint citations for a multitude of citations. |
| 54 | | X | | | | | This paragraph fails to provide pinpoint citations for the six exhibits that are referenced in this paragraph, in violation of the local rules. |
| 55 | | | | | | X | No Misrepresentation. |
| 56 | | | | | | X | No misrepresentation. |
| 57 | | X | | X | | | Fails to provide pinpoint citations for two exhibits that are referenced, in violation of the local rules. Moreover, the contention that is set forth in paragraph 57 is not supported. |
| 58 | X | X | | | | | Fails to provide pinpoints for various citations, in violation of the local rules. Also misrepresents the record evidence because the parties' websites clearly do not appear together in the cited exhibits. |
| 59 | | | X | | | | Sets forth an impermissible legal conclusion. Whether E11even possessed actual knowledge of Defendants' marks is a legal determination that is inappropriate for a statement of material facts. |
| 60 | | | | | X | | Undisputed. |
| 61 | | | | X | | | The contention set forth in paragraph 61 is unsupported by the cited record evidence. |
| 62 | | | X | | | | Sets forth impermissible opinion or argument. This statement of additional fact speculates what |

15

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | would have occurred had Movants conducted a purportedly "comprehensive search." |
| 63 | | | X | | | | This is not a statement of fact. Instead, this paragraph speculates that E11even's google searches should have purportedly returned Eleven's website. |
| 64 | | X | | | | | This paragraph fails to provide a pinpoint citation. This additional statement of material fact cites to an entire section of an expert report that is ten pages long without providing a pinpoint. |
| 65 | | | X | | | | This sets forth an impermissible legal conclusion or opinion. The view that Plaintiffs' expert's report contains evidence of confusion is a legal conclusion. |
| 66 | | | X | | | | Sets forth an impermissible legal conclusion or opinion that Movants' expert report contains "serious issues." |
| 67 | | | X | | | | Sets forth an impermissible legal conclusion or opinion that Movants' expert report contains flaws that had to be corrected. |
| 68 | | | X | | | | Sets forth impermissible opinion or argument. Whether Movants far eclipse EIP in terms of economic power and marketing strength is a statement of opinion, not fact. |
| 69 | | | | | X | | Undisputed. |
| 70 | | | | | X | | Undisputed. |
| 71 | | | | | | X | No misrepresentation. |
| 72 | | X | | | | | Fails to set forth pinpoint citation, in violation of the local rules. |
| 73 | | X | | | | | Fails to set forth pinpoint citations for the majority of exhibits that are referenced, in violation of the local rules. |
| 74 | X | X | | | | | Fails to set forth pinpoint citations, in violation of the local rules. This paragraph also misrepresents the |

| ¶ # | Mis | Pin | Legal | Other | Undisputed | None | Description |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | record evidence because 11 USA is not mentioned in the citation. |
| 75 |  | X |  |  |  |  | Fails to set forth pinpoint citations for the six exhibits that are referenced in this paragraph, in violation of the local rules. |
| 76 |  | X |  |  |  |  | Fails to set forth pinpoint citations for the two exhibits that are referenced, in violation of the local rules. |
| 77 | X | X |  |  |  |  | Misrepresents record evidence and fails to set forth pinpoint citation for the four exhibits that are referenced. |
| 78 | X | X |  |  |  |  | Misrepresents record evidence that is cited and fails to set forth pinpoint citation for the exhibit that is referenced. |
| 79 |  |  |  |  | X |  | Undisputed. |
| 80 |  |  |  |  | X |  | Undisputed. |
| 81 |  |  |  |  |  | X | No misrepresentation. |
| 82 |  |  |  |  | X |  | Undisputed. |
| 83 |  |  |  |  | X |  | Undisputed. |
| 84 |  |  |  |  |  | X | No misrepresentation. |
| 85 |  | X | X |  |  |  | Fails to set forth pinpoint citations for a majority of the exhibits that are referenced in this paragraph, in violation of the local rules. This paragraph is also deficient because it sets forth a legal conclusion that Movants advertised their "Infringing Hotels." |
| 86 |  |  |  |  | X |  | Undisputed. |
| 87 |  | X |  |  |  |  | Fails to set forth pinpoint citations for a majority of the numerous exhibits that are referenced in this paragraph, in violation of the local rules. |

17