**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GR OPCO, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE<br><br>*Defendants*.<br><br>and<br><br>ELEVEN IP HOLDINGS LLC<br><br>*Counterclaim Plaintiff*,<br><br>vs.<br><br>GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG-11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC<br><br>*Counterclaim Defendants,*<br><br>BLOCK 17 TRUSTEE, LLC and BLOCK 17 RESIDENTIAL OWNER, LLC,<br><br>*Counterclaim Plaintiffs*,<br><br>vs.<br><br>ELEVEN IP HOLDINGS LLC<br><br>*Counterclaim Defendant* | Case No. 1:22-cv-24119-FAM-TORRES<br><br>**JOINT NOTICE OF SETTLEMENT** |

Defendant and Counterclaim Plaintiff/Counterclaim Defendant Eleven IP Holdings, LLC, and Defendants Grassy Creek LLC, CS Irwin, LLC, Irwin Backcountry Guides, LLC, Alan Pike and Chad Pike (collectively, "Eleven"); Plaintiff/Counterclaim-Defendant, GR Opco, LLC ("GR Opco"); Counterclaim-Defendants Marc Roberts, Michael Simkins, Marc Roberts Companies LLC, Lion Development Opportunity Fund LLC, Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC (collectively, the "MNR Represented Counterclaim Defendants"); Counterclaim-Defendants Dennis DeGori and 11USA Group, LLC ("DeGori/11USA"); and Counterclaim-Defendants/Counterclaim-Plaintiffs Block 17 Trustee, LLC and Block 17 Residential Owner, LLC (collectively, "Block 17") (collectively, all together, the "Parties"), in accordance with Local Rule 16.4, hereby advise the Court that the Parties have reached a settlement in principle of this dispute and have executed a binding term sheet.

The Parties are in the process of drafting a settlement agreement. The Parties' settlement agreement will require that the Court retain jurisdiction of this matter to enforce the terms, conditions, and stipulations of the settlement agreement. Upon compliance with the terms of the settlement agreement, the Parties will promptly file a Joint Motion for Order of Dismissal, conditioned upon the Court's entry of an Order retaining jurisdiction, pursuant to Fed. R. Civ. P. 41(a) and (c).

| January 23, 2025. | Respectfully submitted, |
|---|---|
| */s/ Jonathan W. Thomas* | */s/ Gavin C. Gaukroger* |
| Joseph P. Hynes (Fl. Bar No. 188654) | Gavin C. Gaukroger |
| 100 Second Avenue South, Suite 706 | Florida Bar No. 76489 |
| St. Petersburg, Florida 33701 | ggaukroger@bergersingerman.com |
| Tel.: 727.268.0594 | BERGER SINGERMAN LLP |
| Fax: 312.364.1003 | 1450 Brickell Avenue, Suite 1900 |
| Email: jhynes@ktslaw.com | Miami, FL 33131 |
| | Telephone: (305) 755-9500 |

| | |
|---|---|
| Jonathan W. Thomas (*pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10020<br>Tel.: 212.775.8856<br>Fax: 212.208.6849<br>Email: jwthomas@ktslaw.com<br><br>William H. Brewster (*pro hac vice*)<br>R. Charles Henn, Jr. (*pro hac vice*)<br>Shreya P. Desai (*pro hac vice*)<br>Davis-Brooke Caswell (*pro hac vice*)<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta, Georgia 30309<br>Tel.: 404.815.6032<br>Fax: 404.541.3196<br>Email: bbrewster@ktslaw.com<br>Email: chenn@ktslaw.com<br>Email: spdesai@ktslaw.com<br>Email: dbcaswell@ktslaw.com<br><br>*Attorneys for Block 17 Trustee, LLC and Block 17 Residential Owner, LLC* | Dale M. Cendali (admitted *pro hac vice*)<br>dale.cendali@kirkland.com<br>Claudia Ray (admitted *pro hac vice*)<br>claudia.ray@kirkland.com<br>Shanti Sadtler Conway (admitted *pro hac vice*)<br>shanti.conway@kirkland.com<br>Mary Mazzello (admitted *pro hac vice*)<br>mary.mazzello@kirkland.com<br>Eric Loverro (admitted *pro hac vice*)<br>eric.loverro@kirkland.com<br>Justin Taylor (admitted *pro hac vice*)<br>justin.taylor@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 446-4800<br><br>Miranda D. Means (admitted *pro hac vice*)<br>Miranda.means@kirkland.com<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>Telephone: (617) 385-7500<br><br>*Attorneys for Eleven IP Holdings, LLC, Grassy Creek LLC, CS Irwin LLC, Irwin Backcountry Guides, LLC, Alan Pike and Chad Pike* |
| */s/ Robert H. Thornburg*<br>Robert H. Thornburg<br>Fla. Bar No. 630829<br>Email: rthornburg@allendyer.com<br>Susan J. Latham<br>Fla. Bar No. 687391<br>E-mail: slatham@allendyer.com<br>James R. Leahy<br>Fla. Bar No. 1044500<br>Email: jleahy@allendyer.com<br>ALLEN, DYER, DOPPELT & GILCHRIST, P.A.<br>121 Alhambra Plaza, Suite 1250<br>Miami, Florida 33131<br>Telephone: (305) 374-8303<br>Facsimile: (305) 374-8306 | */s/ Bryan A. Almeida*<br>Jeffrey A. Neiman, Esq.<br>Fla. Bar No. 544469<br>jneiman@mnrlawfirm.com<br>Jeffrey E. Marcus, Esq.<br>Fla. Bar. No. 310890<br>jmarcus@mnrlawfirm.com<br>Bryan A. Almeida, Esq.<br>Fla. Bar No. 1005558<br>balmeida@mnrlawfirm.com<br>Kathryn A. Meyers, Esq.<br>Fla. Bar No. 711152<br>kmeyers@mnrlawfirm.com<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower - Suite 2530<br>2 South Biscayne Boulevard |

Ryan T. Santurri
Fla. Bar No. 15698
Email: rsanturri@allendyer.com
Melissa Dangond
Fla. Bar No. 1025285
Email: mdangond@allendyer.com

ALLEN, DYER, DOPPELT &
GILCHRIST, P.A.

255 South Orange Ave., Ste. 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343

Jordi C. Martinez-Cid
Fla. Bar No. 100566
Email: jmartinez-cid@martinez-cidlaw.com
Andy Hernandez
Fla. Bar. No. 1018581
Email: ahernandez@martinez-cidlaw.com
Email: service@martinez-cidlaw.com.
MARTÍNEZ-CID LAW
1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 704-9162

*Attorneys for GR Opco, LLC*

Miami, FL 33131
305-400-4260

*Attorneys for Property Markets Group, Inc., PMG-11th Street Ventures, LLC, PMG-11th Street Ventures II, LLC, Michael Simkins, Marc Roberts, Marc Roberts Companies LLC, and Lion Development Opportunity Fund LLC*


*/s/ Lawrence Byrne*
Lawrence Byrne (admitted *pro hac vice*)
Pedersen & Houpt
161 North Clark Street, Suite 2700
Chicago, IL 60601
(312) 261-2155
Email: lbyrne@pedersenhoupt.com

Elissa Ann Tisdahl
Fla. Bar No. 85521
Weisberg I.P. Law, P.A.
1232 N. University Drive
Plantation, FL 33322
312-213-9595
Email: etisdahl@cwiplaw.com


*Attorneys for 11USA Group, LLC and Dennis DeGori*