UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-24119-CIV-MORENO**

GR OPCO, LLC,

        Plaintiff,

vs.

ELEVEN IP HOLDINGS LLC, GRASSY CREEK LLC, CS IRWIN LLC, IRWIN BACKCOUNTRY GUIDES, LLC, ALAN PIKE, and CHAD PIKE,

        Defendants.
_____/

ELEVEN IP HOLDINGS, LLC,

        Counterclaim Plaintiff,

vs.

GR OPCO, LLC, 11USA GROUP, LLC, MARC ROBERTS, DENNIS DEGORI, MICHAEL SIMKINS, MARC ROBERTS COMPANIES LLC, PROPERTY MARKETS GROUP, INC., PMG-11TH STREET VENTURES, LLC, PMG11TH STREET VENTURES II, LLC, BLOCK 17 TRUSTEE, LLC, BLOCK 17 RESIDENTIAL OWNER, LLC, and LION DEVELOPMENT OPPORTUNITY FUND LLC,

        Counterclaim Defendants,
_____/

BLOCK 17 TRUSTEE, LLC, and BLOCK 17 RESIDENTIAL OWNER, LLC,

        Counterclaim Plaintiffs,

vs.

ELEVEN IP HOLDINGS LLC,

        Counterclaim Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Motion for Order of Dismissal Conditioned upon the Court's Retention of Jurisdiction to Enforce Settlement Agreement (**D.E. 544**), filed on **April 3, 2025**.

THE COURT has considered the joint motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. The Court reserves jurisdiction for six months to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 of April 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record