**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 22-cv-24119-FAM**

GR OPCO, LLC,

     Plaintiff,

v.

ELEVEN IP HOLDINGS, LLC, et al.,

     Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

Bryan A. Almeida, Esq., of the law firm Neiman Mays Floch & Almeida, PLLC, under

Southern District of Florida Local Rule 11.1(g) and Section 3D of the CM/ECF Administrative

Procedures, files this Notice of Change of Address to advise the Court of his current contact

information, which is as follows:

**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**
Mailing address: 545 N.W. 26th St., Sixth Floor, Miami, Florida 33127
Email Address: balmeida@nmfalawfirm.com
Telephone number: (305) 434-4942

The undersigned counsel respectfully requests that copies of all future pleadings, orders, and other

papers be provided to him at the above mailing or email addresses.

Dated: August 7, 2025                                             Respectfully submitted,

**NEIMAN MAYS**
**FLOCH & ALMEIDA, PLLC**

By: **Bryan A. Almeida**
Florida Bar No. 1005558
balmeida@nmfalawfirm.com

545 N.W. 26th St., Sixth Floor
Miami, Florida 33127
Telephone: (305) 434-4942

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, I filed this document through CM/ECF, which will

cause a Notice of Electronic Filing to be transmitted to all parties and counsel of record.

By: **Bryan A. Almeida**
Bryan A. Almeida, Esq.